UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING on behalf of Himself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SIRIUS XM RADIO INC., | ) ) ) |
| Defendant. | ) ) ) |

No. 1:09-cv-10035-HB
ECF CASE

<u>ORAL ARGUMENT REQUESTED</u>

## **<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, Sirius XM Radio Inc., hereby moves for summary judgment on plaintiffs' claims pursuant to Fed. R. Civ. P. 56(b) & (c)(2).  The grounds for defendant's motion are set forth in Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment and the Statement of Undisputed Material Facts submitted pursuant to Local Civil Rule 56.1(a).

Dated:  January 18, 2011                    Respectfully submitted,

                                                   /s/ Thomas Demitrack
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
(202) 879-3939

Thomas Demitrack
Brian K. Grube
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

Todd R. Geremia (TG-4454)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for Defendant Sirius XM Radio Inc.*