USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, EDWARD A. SCERBO, JOHN CRONIN, CHARLES BONSIGNORE, BRIAN BALAGUERA, SCOTT BYRD, GLENN DEMOTT, ANDREW DREMAK, MELISSA FAST, JAMES HEWITT, TODD HILL, CURTIS JONES, RONALD WILLIAM KADER, EDWARD LEYBA, GREG LUCAS, JOSHUA NATHAN, JAMES SACCHETTA, DAVID SALYER, SUSIE STANAJ, JANEL and KEVIN STANFIELD, PAUL STASIUKEVICIUS, TODD STAVE, and PAOLA TOMASSINI, on Behalf of Themselves and All Others Similarly Situated, <br><br>         Plaintiffs, <br><br>     -against- <br><br> SIRIUS XM RADIO INC., <br><br>         Defendant. | No. 09-cv-10035 (HB) |

## STIPULATION AND [~~PROPOSED~~] ORDER TO
## DISMISS PLAINTIFF MELISSA FAST WITHOUT PREJUDICE

WHEREAS Melissa Fast is a plaintiff in the Second Consolidated Class Action Complaint in the above-captioned matter;

WHEREAS Melissa Fast, through the undersigned counsel, hereby voluntarily dismisses her individual claims against defendants without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS Melissa Fast does not intend by this voluntary dismissal to waive her right to participate and recover as a class member in any action;

WHEREAS no prejudice to any party or class member will result from this dismissal; and

WHEREAS all parties identified herein shall bear their own attorneys' fees, costs and expenses in connection with Melissa Fast;

NOW, THEREFORE, the parties, by and through their respective counsel of record hereby agree and stipulate that Melissa Fast be dismissed as a plaintiff from the above-captioned action without prejudice.

Dated:  March 17, 2011

**GRANT & EISENHOFER P.A.**

James J. Sabella
Jay W. Eisenhofer
Richard S. Schiffrin
Shelly L. Friedland
485 Lexington Avenue
New York, NY 10017
Tel.: 646-722-8500
Fax: 646-722-8501
            and

Mary S. Thomas
1201 N. Market Street
Wilmington, DE 19801
Tel.: 302-622-7000


            and

Reuben Guttman
1920 L. Street, N.W.
Suite 400
Washington, DC 20036
|Tel.: 202-386-9500

**MILBERG LLP**

Peter Safirstein
Herman Cahn
Anne Fornecker
One Pennsylvania Plaza
New York, NY 10119
Tel.: 212-594-5300
Fax.: 212-868-1229

            and

Paul F. Novak
One Kennedy Square
777 Woodward Avenue
Suite 890
Detroit, MI 48826
Tel.: 313-309-1760

            and

Nicole Duckett
300 S. Grand Avenue, 39th Floor}Los
Angeles, CA 90071
Tel.: 213-617-1200

2

**COOK, HALL & LAMPROS, LLP**

Christopher B. Hall
Edward S. Cook
P. Andrew Lampros
Promenade Two, Suite 3700
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: 404-876-8100
Fax: 404-876-3477

*Attorneys For Plaintiffs Carl Blessing, Charles Bonsignore, Scott Byrd, Glenn Demott, Andrew Dremak, Curtis Jones, Ronald William Kader, Edward Leyba, James Sacchetta, David Salyer, Susie Stanaj, Paul Stasiukevicius, Todd Stave, and Paola Tomassini, and Interim Class Counsel*

Dated: March 17, 2011

**JONES DAY**

Thomas Demitrack
Brian K. Grube
901 Lakeside Avenue
North Point
Cleveland, Ohio 44114-1190
Tel.: (216) 586-3939

John M. Majoras
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3939

Todd R. Geremia
222 East 41st Street
New York, New York 10017-6702
Tel.: (212) 326-3939

*Attorneys for Defendant, Sirius XM Radio, Inc.*

SO ORDERED:

Harold Baer Jr., U.S.D.J.

Date: 3/21/11

3