UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>     -against-<br><br>SIRIUS XM RADIO INC.,<br><br>                                        Defendant. | No. 09-cv-10035 (HB)(RLE) |

**NOTICE OF MOTION (1) FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, (2) FOR APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND (3) TO SCHEDULE A HEARING ON FINAL APPROVAL OF THE SETTLEMENT AND ON CLASS COUNSEL'S <u>APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES</u>**

PLEASE TAKE NOTICE that upon the Second Consolidated Amended Class Action Complaint; the Court's March 29, 2011 Opinion and Order respecting Plaintiffs' Motion for Class Certification; the accompanying Declaration of Shannon Wheatman; the accompanying Declaration of James J. Sabella; the accompanying Memorandum of Law; and all other papers and proceedings herein, Plaintiffs Carl Blessing, Edward A. Scerbo, John Cronin, Brian Balaguera, Scott Byrd, Glenn Demott, James Hewitt, Todd Hill, Curtis Jones, Ronald William Kader, Edward Leyba, Greg Lucas, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj, Janel and Kevin Stanfield, Paul Stasiukevicius, and Paola Tomassini will move this Court, at a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 23 that (i) preliminary approves of the settlement of this Action; (ii) approves of the form and manner of notice to Class Members; and (iii) schedules a hearing on final approval of the Settlement and on Co-Lead Class Counsel's motion for attorneys' fees and reimbursement of litigation expenses.

Dated:  May 13, 2011                                              Respectfully submitted,

**GRANT & EISENHOFER P.A.**                          **MILBERG LLP**

/s/ James J. Sabella                                              /s/ Paul F. Novak
Jay W. Eisenhofer                                                 Herman Cahn
Richard S. Schiffrin                                              Peter Safirstein
James J. Sabella                                                  Anne Fornecker
Shelly L. Friedland                                               One Pennsylvania Plaza
485 Lexington Avenue                                              New York, NY  10119
New York, NY  10017                                               Tel.:  212-594-5300
Tel.:  646-722-8500                                               Fax:  212-868-1229
Fax:  646-722-8501                                                        and
        and                                                       Paul F. Novak
Mary S. Thomas                                                    One Kennedy Square
1201 N. Market Street                                             777 Woodward Avenue, Suite 890
Wilmington, DE  19801                                             Detroit, MI  48826
Tel.: 302-622-7000                                                Tel.:  313-309-1760
        and                                                               and
Reuben Guttman                                                    Nicole Duckett
1920 L Street, N.W., Suite 400                                    300 S. Grand Avenue, 39th Floor
Washington, DC  20036                                             Los Angeles, CA  90071
Tel.:  202-386-9500                                               Tel.:  213-617-1200

**COOK, HALL & LAMPROS, LLP**

/s/ Christopher B. Hall
Edward S. Cook
Christopher B. Hall
P. Andrew Lampros
Promenade Two, Suite 3700
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.:  404 876-8100
Fax:   404 876-3477

*Plaintiffs' Co-Lead Class Counsel*

2

| | |
|---|---|
| **ABBEY SPANIER RODD & ABRAMS, LLP**<br>Jill Abrams<br>Natalie Marcus<br>212 East 39th Street<br>New York, NY 10016<br>Tel.: 212-889-3700 | **FREED & WEISS LLC**<br>Jeffrey A. Leon<br>Eric D. Freed<br>111 West Washington Street, Suite 1331<br>Chicago, IL 60602<br>Tel.: 312-220-0000 |
| **SHAHEEN & GORDON, P.A.**<br>Christine Craig<br>140 Washington Street<br>Dover, NH 03821<br>Tel.: 603-749-5000<br><br>*Attorneys for Plaintiff John Cronin and Todd Hill* | **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>James E. Cecchi<br>Lindsey Taylor<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel.: 973-994-1700 |
| **GARDY & NOTIS, LLP**<br>Mark C. Gardy<br>James S. Notis<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Tel.: 201-567-7377 | **SEEGER WEISS LLP**<br>Stephen A. Weiss<br>James A. O'Brien, III<br>One William Street<br>New York, NY 1 0004<br>Tel.: 888-584-0411 |
| **FARUQI & FARUQI, LLP**<br>Nadeem Faruqi<br>Shane T. Rowley<br>369 Lexington Avenue<br>New York, NY 10017<br>Tel.: 212-983-9330<br><br>*Attorneys for Plaintiff Edward A. Scerbo* | **LAYTIN VERNER LLP**<br>Jeffrey L. Laytin<br>Richard B. Verner<br>One Pennsylvania Plaza, 48th Floor<br>New York, NY 10119<br>Tel.: 212-631-8695<br><br>*Additional Counsel for Plaintiffs* |
| **SCOTT+SCOTT LLP**<br>Joseph P. Guglielmo<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: 212-223-6444<br>    and<br>Christopher M. Burke<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Tel.: 619-233-4565 | **BLOOD HURST & O'REARDON LLP**<br>Timothy G. Blood<br>Thomas J. O'Reardon, II<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>Tel.: 619-338-1100 |

| | |
|---|---|
| **THE WRIGHT LAW OFFICE, P.A.**<br>William C. Wright<br>301 Clematis Street, Suite 3000<br>West Palm Beach, FL  33401<br>Tel.:  561-514-0904 | **ADEMI & O'REILLY, LLP**<br>Shpetim Ademi<br>Guri Ademi<br>David J. Syrios<br>3620 East Layton Avenue<br>Cudahy, WI  53110<br>Tel.:  866-264-3995<br><br>*Additional Counsel for Plaintiffs* |
| **BERGER & MONTAGUE, P.C.**<br>Merrill G. Davidoff<br>Michael Dell'Angelo<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel.:  215-875-3000<br><br>*Attorneys for Plaintiff Brian Balaguera* | **LEXINGTON LAW GROUP**<br>Howard Hirsch<br>1627 Irving Street<br>San Francisco, CA  94122<br>Tel.:  415-759-4111<br><br>*Attorneys for Plaintiff James Hewitt* |