UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  -against-<br><br>SIRIUS XM RADIO INC.,<br><br>  Defendant. | No. 09-cv-10035 (HB)(RLE) |

**DECLARATION OF JAMES J. SABELLA IN SUPPORT OF MOTION
(1) FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
(2) FOR APPROVAL OF THE FORM AND MANNER OF NOTICE
TO THE CLASS, AND (3) TO SCHEDULE A HEARING ON FINAL
APPROVAL OF THE SETTLEMENT AND ON CLASS COUNSEL'S
APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

JAMES J. SABELLA hereby declares under penalty of perjury as follows:

1. I have been a member of the Bar of this Court for over 34 years and am a director of Grant & Eisenhofer P.A., Co-Lead Class Counsel. I make this declaration in support of Plaintiffs' motion (1) for preliminary approval of proposed settlement, (2) for approval of the form and manner of notice to the class, and (3) to schedule a hearing on final approval of the settlement and on class counsel's application for an award of attorneys' fees and expenses.

2. Attached hereto as Exhibit 1 is a copy of the Settlement Stipulation.

Done at New York, New York this 13th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James J. Sabella
　　　　　　　　　　　　　　　　　　　　　　　　James J. Sabella