UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Case No. 09-cv-10035 (HB) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Rachel Schwartz, 267 Edgecombe Ave. #2H, New York, NY 10031; Telephone: (646) 415-4977; Email: rachelschwartz@juno.com; hereby appears in this action on behalf of class member Dave Denny.

Dated: June 24, 2011
City, State: New York, New York

    Respectfully submitted,

    /s/ Rachel Schwartz
    Rachel Schwartz
    SDNY Bar No. RS 5439

    Attorney for Class Member Dave Denny

NOTICE OF APPEARANCE
Case No. 09-cv-10035 (HB)