UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARL BLESSING ET AL.,**<br><br>　　　　**Plaintiffs**<br><br>　　　v.<br><br>**SIRIUS XM RADIO INC.,**<br><br>　　　　**Defendant.** | Case No.<br>09 Civ. 10035 (HB)<br><br>**NOTICE OF APPEARANCE** |

　　NOW COMES attorney David Stein, Esq., and enters his appearance as co-counsel in this matter with Theodore H. Frank, Esq. (*pro hac vice* pending) on behalf of class member and objector Nicolas Martin.

Dated:  July 15, 2011

　　　　　　　　　　　　　　　　　/s/ David Stein
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David Stein (DS 2119)
　　　　　　　　　　　　　　　　　Samuel & Stein
　　　　　　　　　　　　　　　　　38 West 32nd St., Suite 1110
　　　　　　　　　　　　　　　　　New York, New York  10001
　　　　　　　　　　　　　　　　　Phone: (212) 563-9884
　　　　　　　　　　　　　　　　　Fax:   (212) 563-9870
　　　　　　　　　　　　　　　　　dstein@samuelandstein.com

　　　　　　　　　　　　　　　　　Theodore H. Frank
　　　　　　　　　　　　　　　　　(*pro hac vice* pending)
　　　　　　　　　　　　　　　　　Center for Class Action Fairness
　　　　　　　　　　　　　　　　　1718 M Street NW, No. 236
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　Phone: (703) 203-3848
　　　　　　　　　　　　　　　　　Email: tedfrank@gmail.com

　　　　　　　　　　　　　　　　　Attorneys for Objector/Class
　　　　　　　　　　　　　　　　　Member Nicolas Martin