UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>SIRIUS XM RADIO INC.,<br><br>                              Defendant. | No. 09-cv-10035 (HB)(RLE) |

## NOTICE OF MOTION FOR
## FINAL APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE, that upon the Second Amended Complaint, the accompanying Declaration of James J. Sabella and the exhibits thereto, the accompanying Declaration of James Langenfeld, the accompanying Declaration of Catherine Brooker, the accompanying Declaration of Amy Lake, the accompanying Declaration of Shannon Wheatman, the accompanying Declaration of Shelly Friedland, the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiffs Carl Blessing, Edward A. Scerbo, John Cronin, Brian Balaguera, Scott Byrd, Glenn Demott, James Hewitt, Todd Hill, Curtis Jones, Ronald William Kader, Edward Leyba, Greg Lucas, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj, Janel and Kevin Stanfield, Paul Stasiukevicius, and Paola Tomassini will move this Court, at the courthouse at 500 Pearl Street, NY, NY, on August 8, 2011, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, granting final approval of the proposed settlement of this Action with Defendant Sirius XM Radio Inc., and for such other and further relief as the Court deems proper and just.

| | |
|---|---|
| Dated:  July 15, 2011 | Respectfully submitted, |

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **MILBERG LLP** |
| /s/ James J. Sabella | /s/ Paul F. Novak |
| Jay W. Eisenhofer | Herman Cahn |
| Richard S. Schiffrin | Peter Safirstein |
| James J. Sabella | Anne Fornecker |
| Shelly L. Friedland | One Penn Plaza |
| 485 Lexington Avenue | New York, NY  10119 |
| New York, NY  10017 | Tel.:  212-594-5300 |
| Tel.:  646-722-8500 | Fax:  212-868-1229 |
| Fax:  646-722-8501 | and |
| and | Paul F. Novak |
| Mary S. Thomas | One Kennedy Square |
| 1201 N. Market Street | 777 Woodward Avenue, Suite 890 |
| Wilmington, DE  19801 | Detroit, MI  48826 |
| Tel.: 302-622-7000 | Tel.:  313-309-1760 |
| and | and |
| Reuben Guttman | Nicole Duckett |
| 1920 L Street, N.W., Suite 400 | 300 S. Grand Avenue, 39th Floor |
| Washington, DC  20036 | Los Angeles, CA  90071 |
| Tel.:  202-386-9500 | Tel.:  213-617-1200 |
| | |
| | **COOK, HALL & LAMPROS, LLP** |
| | /s/ Christopher B. Hall |
| | Edward S. Cook |
| | Christopher B. Hall |
| | P. Andrew Lampros |
| | Promenade Two, Suite 3700 |
| | 1230 Peachtree Street, N.E. |
| | Atlanta, GA 30309 |
| | Tel.:  404 876-8100 |
| | Fax:   404 876-3477 |

*Class Counsel*

**ABBEY SPANIER RODD & ABRAMS, LLP**
Jill Abrams
Natalie Marcus
212 East 39th Street
New York, NY 10016
Tel.: 212-889-3700

**SHAHEEN & GORDON, P.A.**
Christine Craig
140 Washington Street
Dover, NH 03821
Tel.: 603-749-5000

*Attorneys for Plaintiff John Cronin and Todd Hill*

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel.: 201-567-7377

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Shane T. Rowley
369 Lexington Avenue
New York, NY 10017
Tel.: 212-983-9330

*Attorneys for Plaintiff Edward A. Scerbo*

**SCOTT+SCOTT LLP**
Joseph P. Guglielmo
500 Fifth Avenue
New York, NY 10110
Tel.: 212-223-6444
      and
Christopher M. Burke
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619-233-4565

**FREED & WEISS LLC**
Jeffrey A. Leon
Eric D. Freed
111 West Washington Street, Suite 1331
Chicago, IL 60602
Tel.: 312-220-0000

**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
James E. Cecchi
Lindsey Taylor
5 Becker Farm Road
Roseland, NJ 07068
Tel.: 973-994-1700

**SEEGER WEISS LLP**
Stephen A. Weiss
James A. O'Brien, III
One William Street
New York, NY 1 0004
Tel.: 888-584-0411

**LAYTIN VERNER LLP**
Jeffrey L. Laytin
Richard B. Verner
One Pennsylvania Plaza, 48th Floor
New York, NY 10119
Tel.: 212-631-8695

*Additional Counsel for Plaintiffs*

**BLOOD HURST & O'REARDON LLP**
Timothy G. Blood
Thomas J. O'Reardon, II
600 B Street, Suite 1550
San Diego, CA 92101
Tel.: 619-338-1100

**THE WRIGHT LAW OFFICE, P.A.**
William C. Wright
301 Clematis Street, Suite 3000
West Palm Beach, FL  33401
Tel.:  561-514-0904

**ADEMI & O'REILLY, LLP**
Shpetim Ademi
Guri Ademi
David J. Syrios
3620 East Layton Avenue
Cudahy, WI  53110
Tel.:  866-264-3995

*Additional Counsel for Plaintiffs*

**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff
Michael Dell'Angelo
1622 Locust Street
Philadelphia, PA  19103
Tel.:  215-875-3000

*Attorneys for Plaintiff Brian Balaguera*

**LEXINGTON LAW GROUP**
Howard Hirsch
503 Divisadero Street
San Francisco, CA  94117
Tel.:  415-913-7800

*Attorneys for Plaintiff James Hewitt*