UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br> -against-<br><br>SIRIUS XM RADIO INC.,<br><br>            Defendant. | No. 09-cv-10035 (HB)(RLE) |

**NOTICE OF MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE, that upon the Second Amended Complaint, the accompanying Declaration of James J. Sabella and the exhibits thereto, the accompanying Declaration of James Langenfeld, the accompanying Declaration of Catherine Brooker, the accompanying Declaration of Shelly Friedland, the accompanying memorandum of law, and all other papers and proceedings herein, the undersigned will move this Court, at the courthouse at 500 Pearl Street, NY, NY, on August 8, 2011, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an order pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for an award of attorneys' fees and reimbursement of expenses in connection with the proposed settlement of this Action with Defendant Sirius XM Radio Inc., and for such other and further relief as the Court deems proper and just.

1

Dated:  July 15, 2011                                      Respectfully submitted,

| **GRANT & EISENHOFER P.A.** | **MILBERG LLP** |
|---|---|
| /s/ James J. Sabella | /s/ Paul F. Novak |
| Jay W. Eisenhofer | Herman Cahn |
| Richard S. Schiffrin | Peter Safirstein |
| James J. Sabella | Anne Fornecker |
| Shelly L. Friedland | One Penn Plaza |
| 485 Lexington Avenue | New York, NY  10119 |
| New York, NY  10017 | Tel.:  212-594-5300 |
| Tel.:  646-722-8500 | Fax:  212-868-1229 |
| Fax:  646-722-8501 |          and |
|          and | Paul F. Novak |
| Mary S. Thomas | One Kennedy Square |
| 1201 N. Market Street | 777 Woodward Avenue, Suite 890 |
| Wilmington, DE  19801 | Detroit, MI  48826 |
| Tel.: 302-622-7000 | Tel.:  313-309-1760 |
|          and |          and |
| Reuben Guttman | Nicole Duckett |
| 1920 L Street, N.W., Suite 400 | 300 S. Grand Avenue, 39th Floor |
| Washington, DC  20036 | Los Angeles, CA  90071 |
| Tel.:  202-386-9500 | Tel.:  213-617-1200 |

                                                                    **COOK, HALL & LAMPROS, LLP**

                                                                    /s/ Christopher B. Hall
                                                                    Edward S. Cook
                                                                    Christopher B. Hall
                                                                    P. Andrew Lampros
                                                                    Promenade Two, Suite 3700
                                                                    1230 Peachtree Street, N.E.
                                                                    Atlanta, GA 30309
                                                                    Tel.:  404 876-8100
                                                                    Fax:   404 876-3477

                                                                            *Class Counsel*

| | |
|---|---|
| **ABBEY SPANIER RODD & ABRAMS, LLP**<br>Jill Abrams<br>Natalie Marcus<br>212 East 39th Street<br>New York, NY  10016<br>Tel.:  212-889-3700 | **FREED & WEISS LLC**<br>Jeffrey A. Leon<br>Eric D. Freed<br>111 West Washington Street, Suite 1331<br>Chicago, IL  60602<br>Tel.:  312-220-0000 |
| **SHAHEEN & GORDON, P.A.**<br>Christine Craig<br>140 Washington Street<br>Dover, NH  03821<br>Tel.:  603-749-5000 | **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>James E. Cecchi<br>Lindsey Taylor<br>5 Becker Farm Road<br>Roseland, NJ  07068<br>Tel.:  973-994-1700 |
| *Attorneys for Plaintiff John Cronin and Todd Hill* | |
| **GARDY & NOTIS, LLP**<br>Mark C. Gardy<br>James S. Notis<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ  07632<br>Tel.:  201-567-7377 | **SEEGER WEISS LLP**<br>Stephen A. Weiss<br>James A. O'Brien, III<br>One William Street<br>New York, NY 1 0004<br>Tel.:  888-584-0411 |
| **FARUQI & FARUQI, LLP**<br>Nadeem Faruqi<br>Shane T. Rowley<br>369 Lexington Avenue<br>New York, NY  10017<br>Tel.:  212-983-9330 | **LAYTIN VERNER LLP**<br>Jeffrey L. Laytin<br>Richard B. Verner<br>One Pennsylvania Plaza, 48th Floor<br>New York, NY  10119<br>Tel.:  212-631-8695 |
| *Attorneys for Plaintiff Edward A. Scerbo* | *Additional Counsel for Plaintiffs* |
| **SCOTT+SCOTT LLP**<br>Joseph P. Guglielmo<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel.:  212-223-6444<br>        and<br>Christopher M. Burke<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Tel.:  619-233-4565 | **BLOOD HURST & O'REARDON LLP**<br>Timothy G. Blood<br>Thomas J. O'Reardon, II<br>600 B Street, Suite 1550<br>San Diego, CA  92101<br>Tel.:  619-338-1100 |

**THE WRIGHT LAW OFFICE, P.A.**
William C. Wright
301 Clematis Street, Suite 3000
West Palm Beach, FL  33401
Tel.:  561-514-0904

**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff
Michael Dell'Angelo
1622 Locust Street
Philadelphia, PA  19103
Tel.:  215-875-3000

*Attorneys for Plaintiff Brian Balaguera*

**ADEMI & O'REILLY, LLP**
Shpetim Ademi
Guri Ademi
David J. Syrios
3620 East Layton Avenue
Cudahy, WI  53110
Tel.:  866-264-3995

*Additional Counsel for Plaintiffs*

**LEXINGTON LAW GROUP**
Howard Hirsch
503 Divisadero Street
San Francisco, CA  94117
Tel.:  415-913-7800

*Attorneys for Plaintiff James Hewitt*