**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL BLESSING, EDWARD A. SCERBO, JOHN CRONIN, CHARLES BONSIGNORE, BRIAN BALAGUERA, SCOTT BYRD, GLENN DEMOTT, ANDREW DREMAK, JAMES HEWITT, TODD HILL, CURTIS JONES, RONALD WILLIAM KADER, EDWARD LEYBA, GREG LUCAS, JOSHUA NATHAN, JAMES SACCHETTA, DAVID SALYER, SUSIE STANAJ, JANEL and KEVIN STANFIELD, PAUL STASIUKEVICIUS, TODD STAVE, and PAOLA TOMASSINI, on Behalf of Themselves and All Others Similarly Situated, | No. 09-cv-10035 (HB)(RLE) |
|                      Plaintiffs, | |
|   -against- | |
| SIRIUS XM RADIO INC., | |
|                      Defendant. | |

## DECLARATION OF AMY LAKE

1.      I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), which serves as the class action administrator for the settlement of the above-captioned action ("Settlement").  I am responsible for supervising the class action administration services provided by Rust Consulting in connection with the Settlement.  I submit this declaration in support of plaintiffs' motion for final approval of the Settlement.  I have personal knowledge of the facts set forth below.

2.      Rust Consulting specializes in class action notification and claims administration.  Rust Consulting has provided claims administration services for class actions in cases involving consumers, pension benefits, securities, product liability, insurance, antitrust, fraud, property, employment, discrimination, bankruptcy and other types of class action cases.  We regularly provide large-scale notification, claim form request processing, claims validation and processing, settlement benefits distribution, and claims administration services.  Rust Consulting has provided claims administration services for more than 3,000 class action settlements and distributed billions of dollars in settlement assets.

3.      Rust Consulting was engaged as Settlement Administrator to, among other things, (a) arrange for the mailing and emailing of the Notice to Sirius XM customers; (b) develop, implement and maintain a Settlement website with links to pertinent documents on file with the Court; (c) establish and maintain a toll-free number where class members are provided pre-recorded answers to general Settlement information and the option to request a long form Notice; and (d) rent a post office box for receipt of undeliverable and forwarded Notices and other communications.

4.      **Class Member Data.**  In connection with providing Notice to the Class, Rust Consulting received an electronic record of the last known name, address and email address (where applicable) of 14,742,566 class members on April 10, 2011.  A subsequent file of 316,811 records was received on May 25, 2011, and an additional file of 2,056,120 records was received on June 8, 2011.  A total of 17,115,497 records were received.

5.      **Individual Notice.**  Between May 27, 2011 and May 31, 2011, Court-approved Notices were mailed via First-Class Mail to 2,756,820 class members.  On June 13, 2011, 499,280 additional notices were mailed to class members, for a total of 3,256,100.  A sample Notice delivered by First-Class Mail is attached hereto as **Exhibit A**.  As of July 8, 2011, 12,048 Notices sent by First-Class Mail were returned as undeliverable with a forward order on file and were promptly re-mailed. 232,715 Notices were returned as undeliverable with no forward order on file.

6.      **Individual Email Notice.**  Between May 23, 2011 and June 3, 2011, Court-approved Notices were emailed to 11,163,225 class members.  Between June 11, 2001 and June 12, 2011, additional Court-approved Notices were emailed to

1,260,961 class members, for a total of 12,424,186 Notices sent by email. A sample email Notice is attached hereto as **Exhibit B**. 3,261,900 emailed Notices were returned as undeliverable, and a Court-approved Notice was promptly sent to each unique address by First-Class Mail where an email Notice could not be delivered. On June 10, 2011, 2,702,952 Court-approved Notices were sent by First-Class Mail to class members who had an undeliverable email. On June 18, 2011, an additional 352,022 Court-approved Notices were sent by First-Class Mail to individuals who had an undeliverable email.

7. **Website.** On May 23, 2011, Rust Consulting established a website at the domain http://www.satelliteradiosuit.com/. Attached hereto as **Exhibit C** is a screen shot of the home page of the Settlement website. The website provides a summary of the Settlement, and also allows class members to view answers to commonly asked questions and review documents relating to the Settlement. Individuals visiting the website are able to download a copy of the Notice in English or Spanish. As of July 8, 2011, 146,808 unique visitors have visited the home page of the Settlement website. The final approval papers (Motion for Final Approval of the Proposed Settlement and Class Counsel's Application For An Award of Attorneys' Fees and Expenses, and supporting documents) will be posted on the website as soon as possible after filing. Additionally, after the August 8 hearing, the status of the Settlement approval process will be updated to indicate whether the Court has given final approval.

8. **Toll-Free Number.** On May 23, 2011, Rust Consulting established a dedicated toll-free telephone number at 1-800-760-6247 with an interactive voice response system containing a scripted Settlement summary in both English and Spanish. The automated system allows callers to select from several pre-recorded frequently asked questions to obtain Settlement information. Callers can also request a copy of the long form Notice. As of July 10, 2011, Rust Consulting has received 46,830 calls to the toll-free number, and 4,478 callers selected the option to request a long form Notice.

9. **Exclusions.** As of July 14, 2011, Rust Consulting has received 1,088 requests for exclusion, and Class Counsel had received an additional 5 requests for exclusion. The complete list of exclusion requests is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 15th, 2011 in Faribault, Minnesota.


_Amy Lake_____
Amy Lake

# EXHIBIT A

*Court-Ordered Legal Notice*

**CLAIMS ADMINISTRATOR**
**PO BOX 2486**
**FARIBAULT, MN  55021-9186**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

*Para una notificación en Español,*
*llamar 1-800-760-6247 o visitar*
*www.SatelliteRadioSuit.com*

**Important Notice About Satellite Radio Settlement**

**Do not call or write to**
**Judge Baer for information.**

NAME
ADDRESS
CITY STATE ZIP CODE

---

## If You Subscribed to Sirius, XM, or Sirius XM Radio
## You Could Get Benefits From a Class Action Settlement

Read this message carefully. Records show you subscribed to Sirius XM Radio. We are sending this notice to tell you about the proposed Settlement of a class action that may affect your legal rights. There is a class action lawsuit against Sirius XM concerning the July 29, 2008 merger that created Sirius XM. The lawsuit claims this merger violated federal antitrust laws and that Sirius XM raised its prices as a result of the merger. Sirius XM denies it did anything wrong.

**Who's Included?** You are included in the Class if you were a Sirius, XM, or Sirius XM subscriber anytime from **July 29, 2008 to July 5, 2011** and you paid: (1) the U.S. Music Royalty Fee; or (2) a monthly multi-radio charge of $8.99; or (3) a $2.99 monthly Internet access charge if you previously did not pay to access Sirius XM's content over the Internet.

**What Does the Settlement Provide?** Under this proposed Settlement, Sirius XM has agreed it will not raise the price of its base subscription plan and certain other prices through the end of 2011. Additionally, subscribers with long term plans (excluding lifetime subscriptions) will be permitted to restart their plan at current rates before December 31, 2011. After approval of the Settlement, former subscribers will also be permitted to either (a) reconnect their satellite radio without paying a reactivation fee and receive one month of service at no cost; or (b) receive one month of Sirius XM Internet streaming service at no cost. The estimated value of the Settlement is $180 million. The Settlement does not provide for cash payments to the Class.

**How to Get Benefits?** Current subscribers scheduled to renew before December 31, 2011 do not need to do anything. Current subscribers who are scheduled to renew after December 31, 2011 and who want to restart their long term plan at current rates as well as former subscribers who want to reconnect service or receive streaming service should go to www.siriusxm.com/blessingclassaction.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself from it. The deadline to exclude yourself is **July 14, 2011**. If you do not exclude yourself, you will release all claims against Sirius XM concerning any conduct arising out of, based on, or relating to the merger that created Sirius XM. If you stay in the Settlement Class, you may object to it by **July 19, 2011**. The detailed notice, available at the website or by calling the toll-free number, tells you how to exclude yourself or object. The Court will hold a hearing on **August 8, 2011**, to consider whether to approve the Settlement and a request by Class Counsel for attorneys' fees and costs up to $13 million, plus interest. You may appear at the hearing, but you don't have to. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing, but you don't have to.

**For more information about the Settlement:**     **www.SatelliteRadioSuit.com**     **1-800-760-6247**

# EXHIBIT B

---

From:   Satellite Radio Class Action Administrator [claimsadministrator@vertismail.com]
To:
Cc:
Subject:   Satellite Radio Settlement - Notice to Current and Former Sirius XM Subscribers

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If You Subscribed to Sirius, XM, or Sirius XM Radio You Could Get Benefits From a Class Action Settlement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Para una notificación en Español, llamar 1-800-760-6247 o visitar http://www.SatelliteRadioSuit.com

Read this message carefully. Records show you subscribed to Sirius XM Radio. We are sending this e-mail to tell you about the proposed Settlement of a class action that may affect your legal rights. Go to http://www.SatelliteRadioSuit.com for a detailed notice about the proposed Settlement. There is a class action lawsuit against Sirius XM concerning the July 28, 2008 merger that created Sirius XM. The lawsuit claims this merger violated federal antitrust laws and that Sirius XM raised its prices as a result of the merger. Sirius XM denies it did anything wrong.

Who's Included? You are included in the Class if you were a Sirius, XM, or Sirius XM subscriber anytime from July 29, 2008 to July 5, 2011 and you paid: (1) the U.S. Music Royalty Fee; or (2) a monthly multi-radio charge of $8.99; or (3) a $2.99 monthly Internet access charge if you previously did not pay to access Sirius XM's content over the Internet.

What Does the Settlement Provide? Under this proposed Settlement, Sirius XM has agreed it will not raise the price of its base subscription plan and certain other prices through the end of 2011. Additionally, subscribers with long term plans (excluding lifetime subscriptions) will be permitted to restart their plan at current rates before December 31, 2011. After approval of the Settlement, former subscribers will also be permitted to either (a) reconnect their satellite radio without paying a reactivation fee and receive one month of service at no cost; or (b) receive one month of Sirius XM Internet streaming service at no cost. The estimated value of the Settlement is $180 million. The Settlement does not provide for cash payments to the Class.

How to Get Benefits? Current subscribers scheduled to renew before December 31, 2011 do not need to do anything. Current subscribers who are scheduled to renew after December 31, 2011 and who want to restart their long term plan at current rates as well as former subscribers who want to reconnect service or receive streaming service should go to www.siriusxm.com/blessingclassaction.

What Are Your Options? If you do not want to be legally bound by the Settlement, you must exclude yourself from it. The deadline to exclude yourself is July 5, 2011. If you do not exclude yourself, you will release all claims against Sirius XM concerning any conduct arising out of, based on, or relating to the merger that created Sirius XM. If you stay in the Settlement Class, you may object to it by July 11, 2011. The detailed notice, available at the website or by calling the toll-free number, tells you how to exclude yourself or object. The Court will hold a hearing on August 8, 2011, to consider whether to approve the Settlement and a request by Class Counsel for attorneys' fees and costs up to $13 million, plus interest. You may appear at the hearing, but you don't have to. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing, but you don't have to.

Do not call or write to Judge Baer for information.

For more information about the Settlement:        http://www.SatelliteRadioSuit.com       1-800-760-6247

# EXHIBIT C

*Welcome to
the Blessing v.
Sirius XM
Radio Settlement
Site*

**CLASS ACTION LAWSUIT**

*Last Updated: June 10, 2011*

HOME

COMMONLY ASKED QUESTIONS

COURT DOCUMENTS

SETTLEMENT DOCUMENTS

NOTICE OF SETTLEMENT

IMPORTANT DATES

UNA NOTIFICACIÓN EN ESPAÑOL

DOWNLOAD ACROBAT READER

Adobe Reader is free and is required to
view and print documents on this site.

A A A

## Welcome

**If You Subscribed to Sirius, XM, or Sirius XM Satellite Radio**

**You Could Be Included in a Class Action Lawsuit**

There is a class action lawsuit (*Blessing v. Sirius XM Radio Inc.*) against Sirius XM concerning the July 28, 2008 merger that created Sirius XM. The lawsuit claims this merger violated federal antitrust laws and that Sirius XM raised its prices as a result of the merger. Sirius XM denies it did anything wrong.

You are included in the Class if you were a Sirius, XM, or Sirius XM subscriber anytime from **July 29, 2008 to July 5, 2011** and you paid: (1) the U.S. Music Royalty Fee; or (2) a monthly multi-radio charge of $8.99; or (3) a $2.99 monthly Internet access charge if you previously did not pay to access Sirius XM's content over the Internet.

As part of the proposed Settlement, Sirius XM has agreed not to raise the price of its base subscription plan and certain other prices through the end of 2011. Additionally, subscribers with long term plans (excluding lifetime subscriptions) will be permitted to restart their plan at current rates before December 31, 2011. After approval of the Settlement, former subscribers will also be permitted to either (a) reconnect their satellite radio without paying a reactivation fee and receive one month service at no cost; or (b) receive one month of Sirius XM Internet streaming service at no cost. The estimated value to the Class of the Settlement is approximately $180 million. The Settlement does not provide for cash payments to Class members.

**Your legal rights are affected even if you do nothing. Read the Notice carefully.** You can get the full Notice by clicking **here.** Do not call Sirius XM Radio or the Court about this settlement or the lawsuit.

# EXHIBIT D

| | |
|---|---|
| 1 | AARON BUNKER |
| 2 | ADAM HOROWITZ |
| 3 | ADAM KALTREIDER |
| 4 | ADAM KLEINSORGE |
| 5 | ADRIANA  MASTROGUISEPPE |
| 6 | ADRIANA CHIQUITO |
| 7 | AHMED HAMED |
| 8 | AL LANEAR |
| 9 | ALAN WATTS |
| 10 | ALBERT NEWBERRY |
| 11 | ALFRED BRADFORD |
| 12 | ALLAN CONSOLATI |
| 13 | ALLAN STEVENS |
| 14 | ALLISON MOORE |
| 15 | ALVARO MOREIRA |
| 16 | AMANDA COMBS |
| 17 | AMANDA HUFF |
| 18 | AMANDA PRICE |
| 19 | AMANDA SACHS |
| 20 | AMANDA YOUNG |
| 21 | AMBER WHITE |
| 22 | ANDRE FARHAT |
| 23 | ANDREA BROWN |
| 24 | ANDREW KRISTOFEK |
| 25 | ANDREW LAURINAITIS |
| 26 | ANDREW MILOS |
| 27 | ANDREW PLEWA |
| 28 | ANDREW RHINEHART |
| 29 | ANDY GANTENBEIN |
| 30 | ANGELA SIMMONS |
| 31 | ANGELITA RIVERA |
| 32 | ANN GONYEA |
| 33 | ANN JONES |
| 34 | ANN MARIE ELLIS |
| 35 | ANN MCCLELLAND |
| 36 | ANN SCHIMES |
| 37 | ANN SCHOLTES |
| 38 | ANN TORRES |
| 39 | ANN WHALEY |
| 40 | ANNE BROWN |
| 41 | ANNE KALUZA |
| 42 | ANNIE CHRISTENSEN |
| 43 | ANTHONY BORDOGNA |
| 44 | ANTHONY IMPROTA |
| 45 | ANTHONY MERLINO |
| 46 | ANTHONY NOTO |
| 47 | ANTHONY RODRIGUEZ |
| 48 | ANTHONY STONE |

| 49 | APRIL BOWEN |
|----|-------------|
| 50 | APRIL CASTILLO |
| 51 | ARLENE FOERSTEL |
| 52 | ARLINE COCHRANE |
| 53 | ARNOLD PERLBERG |
| 54 | ARTHUR AND BELL |
| 55 | ARTHUR BIONDI |
| 56 | ARTHUR GUNNELLS |
| 57 | ASHLEY ADAMS |
| 58 | ASHLEY LINGERFELDT |
| 59 | ASHLEY VERHOFF |
| 60 | ASHLEY WILSON |
| 61 | B CHAVOUS |
| 62 | BABE DARNELL |
| 63 | BARBARA ANDRES |
| 64 | BARBARA CARHIDE |
| 65 | BARBARA GATTUSO |
| 66 | BARBARA HUGHES |
| 67 | BARBARA MC INTYRE |
| 68 | BARBARA PFEIFER |
| 69 | BARBARA WOOLEY |
| 70 | BARRY HAYES |
| 71 | BARRY MINOFF |
| 72 | BARRY WILSON |
| 73 | BEATRICE SANCHO |
| 74 | BELINDA PETRIE |
| 75 | BEN STEIN |
| 76 | BERN HEUPEL |
| 77 | BETH ELLIOTT |
| 78 | BETSY CRUMPLER |
| 79 | BETTY BENNETT |
| 80 | BETTY CAUDILL |
| 81 | BETTY GAMBRELL |
| 82 | BETTY PATT |
| 83 | BEV ERTELT |
| 84 | BEVERLY ALLEN |
| 85 | BEVERLY BARNES |
| 86 | BEVERLY MOORE |
| 87 | BHARATBHAI PATEL |
| 88 | BILL GIEBE |
| 89 | BILL KIRN JR |
| 90 | BILL WHITAKER |
| 91 | BILLY BUCHANAN |
| 92 | BILLY D BLOUNT |
| 93 | BILLY HILDRETH |
| 94 | BILLY KRATZERT |
| 95 | BILLY RAY |
| 96 | BLAINE SPENCER |
| 97 | BLAKE BARNARD |
| 98 | BRAD FUOSS |
| 99 | BRAD PAULEY |
| 100 | BRANDYN KISTNER |

| | |
|---|---|
| 101 | BRENDA STONE |
| 102 | BRIAN CUNNINGHAM |
| 103 | BRIAN HARRIS |
| 104 | BRIAN MACDONALD |
| 105 | BRIAN ROBERTSON |
| 106 | BRIANE BARR |
| 107 | BRITTANY MARKLEY |
| 108 | BRITTANY SPILLER |
| 109 | BRITTANY VAN HOUZEN |
| 110 | BROOKE O DEREMER(IGOU) |
| 111 | BRUCE CHEESEMAN |
| 112 | BRUCE FERGEN |
| 113 | BRUCE REINKE |
| 114 | BRYAN GUNTER |
| 115 | BRYAN MYERS |
| 116 | BRYAN TYRRELL |
| 117 | BRYCE THARP |
| 118 | BUD QUINN |
| 119 | BURAK BAYLAV |
| 120 | C EDWARD SMITH |
| 121 | CALVIN ATKINS |
| 122 | CALVIN HURLBERT |
| 123 | CANDACE A BECKER |
| 124 | CANDICE KATHLEEN MORTIMER |
| 125 | CARL JONES |
| 126 | CARL KUBE |
| 127 | CARL STEWART |
| 128 | CARL ZOELLNER |
| 129 | CARLA STARNES |
| 130 | CAROL BILLINGTON |
| 131 | CAROL DAVIS |
| 132 | CAROL LUETH |
| 133 | CAROL MORGAN |
| 134 | CAROL NEWELL |
| 135 | CAROL SOMERVILLE |
| 136 | CAROLYN D WILSON |
| 137 | CASIMIRO HOLGUIN |
| 138 | CATHERINE BACA |
| 139 | CATHERINE BAKAMUS |
| 140 | CATHERINE CERVANTES |
| 141 | CATHERINE ENGEL |
| 142 | CECILIA LANPHER |
| 143 | CHAD AULTMAN |
| 144 | CHAD DASPIT |
| 145 | CHAD SHELLEY |
| 146 | CHARLENE MCMILLEN |
| 147 | CHARLES BECKER |
| 148 | CHARLES E SIMS SR |
| 149 | CHARLES HARBOUR |
| 150 | CHARLES J OSBORNE |
| 151 | CHARLES SCARROTT |
| 152 | CHARLES TITUS |

| 153 | CHARLES TURNER |
|-----|----------------|
| 154 | CHARLES VOTAVA |
| 155 | CHARLES WILCHER JR |
| 156 | CHARLES YEAGER |
| 157 | CHARLES YOUNCE |
| 158 | CHARLIE BAUMANN |
| 159 | CHARLIE EVANS |
| 160 | CHERI RUSSELL |
| 161 | CHERYL MAURER |
| 162 | CHERYL TEEHAN |
| 163 | CHERYL VANOCKER |
| 164 | CHESTER BRYMER |
| 165 | CHIP DUANE |
| 166 | CHRIS BEERS |
| 167 | CHRIS DISBROW |
| 168 | CHRIS HALL |
| 169 | CHRIS SANCHEZ |
| 170 | CHRISTIN BOOZER |
| 171 | CHRISTINA WEILER |
| 172 | CHRISTINA WILLIAMS |
| 173 | CHRISTINE BOND |
| 174 | CHRISTINE LITAK |
| 175 | CHRISTOPHER ALBRIGHT |
| 176 | CHRISTOPHER CRAWLEY |
| 177 | CHRISTOPHER DAMOUR |
| 178 | CHRISTOPHER KROHN |
| 179 | CHRISTY BURROWS |
| 180 | CINDY SLEPPY |
| 181 | CLARE ORVIN |
| 182 | CLARENCE JACKSON |
| 183 | CLARENCE KEMP |
| 184 | CLAUDE SOWERS |
| 185 | CLIFFORD ONEIL |
| 186 | CLINT BOUCHER |
| 187 | CLINT MORALES |
| 188 | CODY KOEBKE |
| 189 | CONNIE BAKER |
| 190 | CONSTANCE CURTIS |
| 191 | CONSTANCE RUSSELL |
| 192 | CORRINE SUVER |
| 193 | CORY MOORE |
| 194 | CRISPIN GUERSTER |
| 195 | CRISTIANE CUNHA |
| 196 | CURTIS MARC JR |
| 197 | CYNTHIA RICHARDSON |
| 198 | CYNTHIA WEISBORD |
| 199 | DALE BALTZELL JR |
| 200 | DALE DERATANY |
| 201 | DALE HORN |
| 202 | DALE HUNTINGTON |
| 203 | DALE TAYLOR |
| 204 | DAN RUSSELL |

| 205 | DANA BJERRE |
|-----|-------------|
| 206 | DANIEL BOWMAN |
| 207 | DANIEL BUTTS |
| 208 | DANIEL GREENHALGH |
| 209 | DANIEL GROEFSEMA |
| 210 | DANIEL HEAD |
| 211 | DANIEL MALLINGER |
| 212 | DANIEL PORTALES |
| 213 | DANIEL SIWIK |
| 214 | DANIEL TAMAS |
| 215 | DANIELLE KAHN |
| 216 | DANNY HILL |
| 217 | DARIN WARDEN |
| 218 | DARLENE BURDICK |
| 219 | DARLENE RIDGWAY |
| 220 | DARREL MORELAND |
| 221 | DARRELL WALLER |
| 222 | DARYL KIRKHART |
| 223 | DAVE LOFGREEN |
| 224 | DAVE THOMAS |
| 225 | DAVID  T FALVEY |
| 226 | DAVID AASERUD |
| 227 | DAVID ANDROS |
| 228 | DAVID BRAID |
| 229 | DAVID BROOKS |
| 230 | DAVID BULLOCK |
| 231 | DAVID DIXON |
| 232 | DAVID FARONE |
| 233 | DAVID GLIDEWELL |
| 234 | DAVID HARNEY |
| 235 | DAVID HAWORTH |
| 236 | DAVID HELFFERICH |
| 237 | DAVID HILLIARD |
| 238 | DAVID KEALY |
| 239 | DAVID KELLEY |
| 240 | DAVID KEYSER |
| 241 | DAVID KURTZHALS |
| 242 | DAVID LITTLE |
| 243 | DAVID MENNE |
| 244 | DAVID RADECKI |
| 245 | DAVID RHINEHART |
| 246 | DAVID ROY |
| 247 | DAVID SAUR |
| 248 | DAVID TATE |
| 249 | DAVID WAX |
| 250 | DAVIS KIM |
| 251 | DAWN GOODMAN |
| 252 | DAWN HANSON |
| 253 | DEAN FISHER |
| 254 | DEAN ZIMMERMAN |
| 255 | DEBBIE ROGERS |
| 256 | DEENAR AKMAL |

| 257 | DEHAVILLAND HILL |
|-----|------------------|
| 258 | DELBERT PHILLIPS |
| 259 | DELPHINE LIBERATO |
| 260 | DENALI HAUCK |
| 261 | DENISE HOLMES |
| 262 | DENNIS COLE |
| 263 | DENNIS MARTINEZ |
| 264 | DENNIS RAYMOND |
| 265 | DENNIS WILDER |
| 266 | DEREK SALTER |
| 267 | DESIREE BOONE |
| 268 | DEWARD STEGALL |
| 269 | DIANA FULFORD |
| 270 | DIANE E GOULD |
| 271 | DIANE MARSHALL |
| 272 | DIRK PACE |
| 273 | DOMINICK GATALETTO |
| 274 | DON BEASLEY |
| 275 | DON LAVENDER |
| 276 | DONALD ALEXSON |
| 277 | DONALD AND PATRICIA MEHRING |
| 278 | DONALD BLAKE |
| 279 | DONALD COOMBS |
| 280 | DONALD CURTIS |
| 281 | DONALD DEFRATES |
| 282 | DONALD KRAFT |
| 283 | DONALD LYNN |
| 284 | DONALD MACDONALD |
| 285 | DONALD MOCK |
| 286 | DONALD OLSON |
| 287 | DONALD PING |
| 288 | DONALD WEBER |
| 289 | DONALD WELLS |
| 290 | DONNA BICKEL |
| 291 | DONNA FONVILLE |
| 292 | DONNA PETERSON |
| 293 | DONNA ZONGORA |
| 294 | DOREAN PAGE |
| 295 | DORMAN BULLOCK |
| 296 | DOROTHY FIELDS |
| 297 | DOROTHY RITTER |
| 298 | DORTHY COMBS |
| 299 | DOUGLAS A SOJKA |
| 300 | DOUGLAS HILLIKER |
| 301 | DOUGLAS THOMPSON |
| 302 | DOUGLAS TOLKEN |
| 303 | DOUGLAS WINANS |
| 304 | DREW PETERSON |
| 305 | DUANE DARTEZ |
| 306 | DWIGHT KELLEY |
| 307 | E ANGIOLILLO |
| 308 | EARL LILLEY |

| 309 | EARL PEEK |
|-----|-----------|
| 310 | ED BONVILLE |
| 311 | EDGAR QUINN |
| 312 | EDGARDO LLORENS |
| 313 | EDUARDO GARDUNO |
| 314 | EDWARD  J NOVAK |
| 315 | EDWARD BANION |
| 316 | EDWARD HARRIGAN |
| 317 | EDWARD J LYNCH |
| 318 | EDWARD KLINE |
| 319 | EDWARD PESCE |
| 320 | EDWARD RIPP |
| 321 | EDWARD SANFORD |
| 322 | EDWARD WHALEN |
| 323 | EDWIN WILLIS |
| 324 | EILEEN DUPONT |
| 325 | EILEEN ENLOW |
| 326 | ELAINE ABRAMS |
| 327 | ELDON GRAHAM |
| 328 | ELDOR WINDHORN |
| 329 | ELINOR WENZEL |
| 330 | ELIZABETH GOLLA |
| 331 | ELIZABETH JONES |
| 332 | ELLA COMPTON |
| 333 | ELLIOTT SCHULER |
| 334 | EMERY AND GLENNA BROWN |
| 335 | EMILY LEVANDOSKI |
| 336 | ERIC HEPKER |
| 337 | ERIC SALVATI |
| 338 | ERICA HILLE |
| 339 | ERIN BUBB |
| 340 | ERIN PHENIS |
| 341 | ERINNE WINTHROP |
| 342 | ERNEST SPIKES |
| 343 | ESTHER ROBERSON |
| 344 | ETHEL BLANCHARD |
| 345 | EUGENE DYEBO |
| 346 | EUGENE NIBBE |
| 347 | EUGENE SHOEMAKER |
| 348 | EUGENE WONG |
| 349 | EUGENIO DIMICHELE |
| 350 | FERDINAND SANTANIELLO |
| 351 | FLORIM BELEGU |
| 352 | FLOYD SINGER |
| 353 | FRANCES CANN |
| 354 | FRANCES SEITHER |
| 355 | FRANCIS DILLON |
| 356 | FRANCIS GABRIEL |
| 357 | FRANK PACE |
| 358 | FRANK RECCA |
| 359 | FRANK SIMON |
| 360 | FREDDY DEPRIEST |

| 361 | FREDERICK HANSEN |
| 362 | FREDERICK SATTERWHITE |
| 363 | GAIL BROWN |
| 364 | GARRETT WALSH III |
| 365 | GARY  L HILL |
| 366 | GARY BRUBACHER |
| 367 | GARY CHRISTENSON |
| 368 | GARY HALE |
| 369 | GARY REINARZ |
| 370 | GARY ZARICK |
| 371 | GAYE HART |
| 372 | GAYLA ROTH |
| 373 | GENE MEIER |
| 374 | GENELE HAMMONDS |
| 375 | GEORGE CLEMENS |
| 376 | GEORGE COLEMAN |
| 377 | GEORGE JOHNSTON |
| 378 | GEORGE KIRK |
| 379 | GEORGE L MCNITT |
| 380 | GEORGE WILKEN |
| 381 | GEORGETTA STANFORD |
| 382 | GEORGINA FLORES |
| 383 | GERALD SAXON |
| 384 | GERALDINE RUESS |
| 385 | GERALDINE SNIPES |
| 386 | GERTRUDE CLARK |
| 387 | GILBERT BURNS |
| 388 | GINA LUCARELLA |
| 389 | GINGER CUMMINS |
| 390 | GLADYS ARNWINE |
| 391 | GOLDIE FENTRESS |
| 392 | GORDON MCADAMS |
| 393 | GRAHAM MCCOY |
| 394 | GRAYSON RASNIC |
| 395 | GREG BROGCINSKI |
| 396 | GREG CLARK |
| 397 | GREG MORELOCK |
| 398 | GREG PRECHT |
| 399 | GREGARIO BANERA |
| 400 | GRETCHEN WILLIAMS |
| 401 | GUILLERMO SANCHEZ |
| 402 | GUINIVERE SWARTZ |
| 403 | HANNAH DYER |
| 404 | HAROLD BRIDGES |
| 405 | HAROLD GROOVER |
| 406 | HEATH THOMAS |
| 407 | HEATHER ALBER |
| 408 | HEATHER BARR |
| 409 | HECTOR JIMENEZ |
| 410 | HELEN A HAYES |
| 411 | HELEN RILEY |
| 412 | HELEN STAUFFER |

| 413 | HEMANT PATEL |
|-----|--------------|
| 414 | HENRIETTA CLUTTER |
| 415 | HENRY LYLES |
| 416 | HERBERT EUBANKS |
| 417 | HOWARD FISHER |
| 418 | HSIANG HSIUNG |
| 419 | IBRAHIM JILANI |
| 420 | IRENE MCKEE |
| 421 | IRENE OHANIAN |
| 422 | ISABELLE THOMAS |
| 423 | ISMAEL ROSALES |
| 424 | IVY WEISS |
| 425 | J MELLENTIN |
| 426 | JACK BURKE |
| 427 | JACK FILLINGHAM |
| 428 | JACK JOHNSON |
| 429 | JACK PETERSEN |
| 430 | JACKIE COOPER |
| 431 | JACKIE HILBURN |
| 432 | JACLYN KIMBROUGH |
| 433 | JACOB TAFFARO |
| 434 | JACQUELINE SCHODER |
| 435 | JACQUELYN GARRIS |
| 436 | JAMES A HUTCHISON |
| 437 | JAMES AND LAURA MCCALOP |
| 438 | JAMES AYARS |
| 439 | JAMES BURGETT |
| 440 | JAMES CROWNOVER |
| 441 | JAMES ESTEP |
| 442 | JAMES FEEZELL |
| 443 | JAMES FIELDS |
| 444 | JAMES FLANAGAN |
| 445 | JAMES GOULD |
| 446 | JAMES HARTLAGE |
| 447 | JAMES HOMMEL |
| 448 | JAMES HUTCHISON |
| 449 | JAMES MIKOLAJCZYK |
| 450 | JAMES PFEIFER |
| 451 | JAMES RAY DAVIS |
| 452 | JAMES RHODEN |
| 453 | JAMES ROACH |
| 454 | JAMES ROWADER |
| 455 | JAMES SPRAGUE |
| 456 | JAMES THOMPSON |
| 457 | JAMES TURNER |
| 458 | JAMIE ZITZLOFF |
| 459 | JAMYE WEST |
| 460 | JANE KEY |
| 461 | JANE NEGRI |
| 462 | JANE SULLIVAN |
| 463 | JANET CLYMER |
| 464 | JANET REBHUN |

| | |
|---|---|
| 465 | JANICE KEITH |
| 466 | JARED DAVIS |
| 467 | JASON HUGHES |
| 468 | JASON SHEPHERD |
| 469 | JASON SMITH |
| 470 | JAY BUSS |
| 471 | JAY EMBREY |
| 472 | JAY GLOOR |
| 473 | JEAN KRIER |
| 474 | JEAN ROCHEL |
| 475 | JEFF BRINKLEY |
| 476 | JEFF CRAIN |
| 477 | JEFF JORDAN |
| 478 | JEFF PORTER |
| 479 | JEFF WASSERMAN |
| 480 | JEFFREY GOE |
| 481 | JEFFREY KASSEL |
| 482 | JEFFREY KIMBERLY |
| 483 | JEFFREY MOHR |
| 484 | JEFFREY VANOCKER |
| 485 | JENNIFER CONDON |
| 486 | JENNIFER GARRETT |
| 487 | JENNIFER WRIGHT |
| 488 | JEREMY COFFEY |
| 489 | JEREMY GREENE |
| 490 | JEREMY REID |
| 491 | JERRY SEIS |
| 492 | JERRY SISSON |
| 493 | JERRY SIX |
| 494 | JESSE LLOYD |
| 495 | JESSE NIELSEN |
| 496 | JESSICA ABBATE |
| 497 | JESSICA BOCK |
| 498 | JESSICA EVERETT |
| 499 | JESSICA FLESHER |
| 500 | JESSICA LEITSCH |
| 501 | JILL NUDELL |
| 502 | JIM ADAM |
| 503 | JIM KREWALL |
| 504 | JIM MCCUTCHIN |
| 505 | JIM MCGREGOR |
| 506 | JIM MISNER |
| 507 | JIM RODGERS |
| 508 | JIMMY VALENTINE |
| 509 | JO ANN MARTIN |
| 510 | JO NEVINS |
| 511 | JOAN BECHTEL |
| 512 | JOAN HOFFMAN |
| 513 | JOAN SHERE |
| 514 | JODY FREGIA |
| 515 | JOE GREEN |
| 516 | JOE KRAKOWSKI |

| 517 | JOE MCKINNEY |
|-----|--------------|
| 518 | JOEL COTA |
| 519 | JOHN CHICOSKI |
| 520 | JOHN CHRISTINE HOOD |
| 521 | JOHN CORCORAN |
| 522 | JOHN CURTIN |
| 523 | JOHN FEENY |
| 524 | JOHN FREDERIKSEN |
| 525 | JOHN FRERICHS |
| 526 | JOHN GATENS |
| 527 | JOHN GIGLIOTTI |
| 528 | JOHN GORDON |
| 529 | JOHN HOHENSHELL |
| 530 | JOHN HOWARD |
| 531 | JOHN HUGHES |
| 532 | JOHN JACKSON |
| 533 | JOHN KAPPE |
| 534 | JOHN KNOTT |
| 535 | JOHN LUTZ |
| 536 | JOHN MARTIN |
| 537 | JOHN OBERMILLER |
| 538 | JOHN OHERN |
| 539 | JOHN RACK |
| 540 | JOHN RILEY |
| 541 | JOHN SARTORE |
| 542 | JOHN SILVEIRA |
| 543 | JOHN SOLTIS |
| 544 | JOHN SOUCY |
| 545 | JOHN WOESSNER |
| 546 | JON FLINT |
| 547 | JON WESTON |
| 548 | JONATHAN SINGER |
| 549 | JONATHAN STEIN |
| 550 | JORGE HERNANDEZ |
| 551 | JOSEPH ANDREWS |
| 552 | JOSEPH BACIGALUPA |
| 553 | JOSEPH CHENG |
| 554 | JOSEPH COLLARD |
| 555 | JOSEPH FREUND |
| 556 | JOSEPH HORTON |
| 557 | JOSEPH JESSO |
| 558 | JOSEPH LANGSAM |
| 559 | JOSEPH MASSEY |
| 560 | JOSHUA CARRIER |
| 561 | JOSHUA CIAMPINI |
| 562 | JOSHUA FEEZLE |
| 563 | JOSIANNE ARROBAS |
| 564 | JOY SCOTT |
| 565 | JOYCE GAGNE |
| 566 | JOYCE MCADAMS |
| 567 | JOYCE MELLO |
| 568 | JOYCE RIEBLI |

| 569 | JOYELL KESKITALO |
|-----|------------------|
| 570 | JUDITH LAFFERTY |
| 571 | JUDY BILLINGS |
| 572 | JUDY FOX |
| 573 | JUDY HUSKEY |
| 574 | JUDY MASURE |
| 575 | JUDY TOUKE |
| 576 | JULIA ZANGRANDO |
| 577 | JULIAN JOHNSON |
| 578 | JULIE SIMMONS |
| 579 | KAREN CRAIN |
| 580 | KAREN DAVIDSON |
| 581 | KAREN GAY |
| 582 | KAREN LANGER |
| 583 | KAREN MAIL |
| 584 | KAREN MORRIS |
| 585 | KAREN PEARCE |
| 586 | KARI THOMSEN |
| 587 | KARLA WEISS |
| 588 | KARRI STOERP |
| 589 | KATHLEEN FLANAGAN |
| 590 | KATHLEEN PHILLIPS |
| 591 | KATHRINE SMITH |
| 592 | KATHRYN BROWN |
| 593 | KATHY SMITH |
| 594 | KATIE BUELL |
| 595 | KAY DUNN |
| 596 | KEITH ROMAN |
| 597 | KEITH T BODUNGEN |
| 598 | KELLEY TIDWELL |
| 599 | KELLY KELLEHER |
| 600 | KENDALL SHIRILLA |
| 601 | KENDRA WAX |
| 602 | KENNETH AND KATHELEEN SIKES |
| 603 | KENNETH BARNA |
| 604 | KENNETH HUNEYCUTT |
| 605 | KENNETH JONES |
| 606 | KENNETH MACKENZIE |
| 607 | KENNETH MORRISON |
| 608 | KENNY HARLOW |
| 609 | KERON KROL |
| 610 | KEVIN BRATCHER |
| 611 | KEVIN KRIZAN |
| 612 | KEVIN W WAGGONER |
| 613 | KIM KREPS |
| 614 | KIM WILSON |
| 615 | KIMBERLY DECKER |
| 616 | KIMBERLY DEFOREST |
| 617 | KINDELAY SHERILYN |
| 618 | KIRK WATSON |
| 619 | KODY ZABRISKIE |
| 620 | KRISTA ECKERT |

| 621 | KRISTA MULDER |
|-----|---------------|
| 622 | KRISTI BURLEY |
| 623 | KRISTIN LENG |
| 624 | KRISTIN PEVOTO |
| 625 | KURT DAVENPORT |
| 626 | KWAMEE TILLMAN |
| 627 | L JACK WEARE |
| 628 | LACY VARTENUK |
| 629 | LANA BROUSSARD |
| 630 | LANNETTE WIDICK |
| 631 | LARRY BRYAN |
| 632 | LARRY COLLINS |
| 633 | LARRY KIER |
| 634 | LARRY KNELLER |
| 635 | LARRY WHITE |
| 636 | LASANDRA GREENE |
| 637 | LATHER POWELL |
| 638 | LAUREN FREIMAN |
| 639 | LAWRENCE BEVERE |
| 640 | LAWRENCE BLISS |
| 641 | LAWRENCE DODGE |
| 642 | LAWRENCE FREIMAN |
| 643 | LAWRENCE GRIFFIN |
| 644 | LAWRENCE KETTLE |
| 645 | LAWRENCE KINTNER |
| 646 | LEANDER JURJEVICH |
| 647 | LEAR WILLIAMS |
| 648 | LEE BARTINI |
| 649 | LEE HARPER |
| 650 | LEE MARTIN |
| 651 | LEE MCNULTY |
| 652 | LEEANN GREENWOOD |
| 653 | LEONARD KRAUS |
| 654 | LEONARD T SUMMERS |
| 655 | LEROY YATES |
| 656 | LES VEACH |
| 657 | LESLEI WALKERKAIYUM |
| 658 | LESLIE CRONIN |
| 659 | LESLIE HOSACK |
| 660 | LESLIE LONG |
| 661 | LETI MORA |
| 662 | LEWIS BOYLE |
| 663 | LILBURN WILBURN |
| 664 | LINDA BEGNOCHE |
| 665 | LINDA GARFOLD |
| 666 | LINDA GROVEN |
| 667 | LINDA JACKSON |
| 668 | LINDA MARTY |
| 669 | LINDA SHIRLEY |
| 670 | LINDA VOLKMER |
| 671 | LINDA WEST |
| 672 | LINDON KURTZ |

| | |
|---|---|
| 673 | LINDSAY AN WAYMAN |
| 674 | LISA BRUGGER |
| 675 | LISA DARBE |
| 676 | LISA HORA |
| 677 | LLOYD OVERCASH |
| 678 | LOIS JOHNSON |
| 679 | LOLA FALLS |
| 680 | LONNIE ROBINSON |
| 681 | LORA VALENTINE |
| 682 | LOU STEPHENSON |
| 683 | LOUIE WALDRON |
| 684 | LOUIS ARMARO |
| 685 | LOUIS DESROCHERS |
| 686 | LOWENE M DARNELL |
| 687 | LUCA PIERANUNZI |
| 688 | LUKE BORTNEM |
| 689 | LYNN LIBERATO |
| 690 | MANUEL GOMEZ |
| 691 | MARCI DEFRANCESCO |
| 692 | MARCIA LAMAR |
| 693 | MARCIA WALLACE |
| 694 | MARCY LENDER |
| 695 | MARGARET SINGLEY-CLOW |
| 696 | MARGARET TALBOTT |
| 697 | MARGARET WHITE |
| 698 | MARGRET SANSONE |
| 699 | MARIA DI BENEDETTO |
| 700 | MARIA NEUKIRCH |
| 701 | MARIANA GORDEVA |
| 702 | MARIANNE NEUMANN |
| 703 | MARIE DI TULLIO |
| 704 | MARIE HANLON |
| 705 | MARIE SADANG |
| 706 | MARILYN MILBURN |
| 707 | MARILYN OZAROFF |
| 708 | MARION DUPLAIN |
| 709 | MARISA ORTIZ |
| 710 | MARJORIE TENNEY |
| 711 | MARK BUCKLEY |
| 712 | MARK CAMPBELL |
| 713 | MARK GIUSTO |
| 714 | MARK HAILE |
| 715 | MARK JOHNSON |
| 716 | MARK M LAWLOR |
| 717 | MARK MCGAHA |
| 718 | MARK PAYNE |
| 719 | MARK SCHNARR |
| 720 | MARK SCHWARTZ |
| 721 | MARK SMITH |
| 722 | MARLENIS HERNANDEZ |
| 723 | MARLIN BOYD |
| 724 | MARSHELL GUERIN HUGHES |

| | |
|---|---|
| 725 | MARTHA CERRILLO |
| 726 | MARTIN STRULL |
| 727 | MARVIN LAURIE |
| 728 | MARY ALTROCK |
| 729 | MARY ANN ALSIP |
| 730 | MARY BRYANT |
| 731 | MARY CARNAHAN |
| 732 | MARY HAAS |
| 733 | MARY HARLOW |
| 734 | MARY JO CANONICO |
| 735 | MARY LEE JONES |
| 736 | MARY MEYER |
| 737 | MARY REID |
| 738 | MARY V GREEN |
| 739 | MARY VONBANK |
| 740 | MARYANN DIORGI |
| 741 | MARYLOU AVERY |
| 742 | MATIAS MONTEZ |
| 743 | MATT DELZELL |
| 744 | MATT SAVARD |
| 745 | MATTHEW CROSS |
| 746 | MATTHEW NAFTZGER |
| 747 | MATTHEW SINGER |
| 748 | MAURICE JOHNSON |
| 749 | MAURICE LAUGHLIN |
| 750 | MAX EUTENEIER |
| 751 | MEGAN RONSKY |
| 752 | MEGAN SCHNEIDER |
| 753 | MELANIE VRIESENGA |
| 754 | MELISSA PATCH |
| 755 | MELISSA RICKER |
| 756 | MELODY KWAST |
| 757 | MELODY NELSON |
| 758 | MELVIN HUMPHREY |
| 759 | MELVIN LEE |
| 760 | MELVIN OESTMANN |
| 761 | MELVIN TOMALEWSKI |
| 762 | MENG VANG |
| 763 | MICHAEL CUNNINGHAM |
| 764 | MICHAEL GARCIA |
| 765 | MICHAEL GARVEY |
| 766 | MICHAEL HAYNES |
| 767 | MICHAEL HOLCOMB |
| 768 | MICHAEL MARTZ |
| 769 | MICHAEL MCKONLY |
| 770 | MICHAEL NASH |
| 771 | MICHAEL SMITH |
| 772 | MICHAEL STIEF |
| 773 | MICHAEL URBANEC |
| 774 | MICHAEL YOUNG |
| 775 | MICHALEL SWINNEY |
| 776 | MICHEAL ROY |

| | |
|---|---|
| 777 | MICHELE BENNETT |
| 778 | MICHELLE DUKE |
| 779 | MICHELLE RITZMAN |
| 780 | MICHELLE SMITH |
| 781 | MIKE ZIEGLER |
| 782 | MIREYA VALENCIA |
| 783 | MIRO CHRISTINA RAMES |
| 784 | MOLLYANN PERRY |
| 785 | MONA GRONINGER |
| 786 | MONICA MILD |
| 787 | MORRIS BAXTER |
| 788 | MORRIS DOZIER SR |
| 789 | MURRAY GALAN |
| 790 | NAKIA CUNNINGHAM |
| 791 | NANCY DEPOALO |
| 792 | NANCY FOWKES |
| 793 | NANCY HARRISON |
| 794 | NANCY HUGHES |
| 795 | NANCY MATULIS |
| 796 | NAOKI ONISHI |
| 797 | NATALIE AMAN |
| 798 | NATHAN THUE |
| 799 | NEAL HANN JR |
| 800 | NEIL WORSTER |
| 801 | NELIA AZEVEDO |
| 802 | NICHOLAS RIES JR |
| 803 | NICK KAHL |
| 804 | NICK MCGEE |
| 805 | NICOLE TURNER |
| 806 | NIHLA JONES |
| 807 | NINA HAZERLRIGG/GROUP LEEDS EQUITY |
| 808 | NOE NAVA |
| 809 | NORMA STRINGFELLOW |
| 810 | NORMA SULZBERGER |
| 811 | NORMAN BELCHER |
| 812 | NORMAN KESTLER |
| 813 | OLIVER SERAFINI |
| 814 | ORLAND LUNZMAN |
| 815 | OSCAR ORTIZ |
| 816 | PALMER GLUNT |
| 817 | PAMELA DLUGOPOLSKI |
| 818 | PAMELA POSTERNACK |
| 819 | PATRICIA FORD |
| 820 | PATRICIA HAVENS |
| 821 | PATRICIA LATHAM |
| 822 | PATRICIA RENNEISEN |
| 823 | PATRICIA SILSDORF |
| 824 | PATRICIA STOTTLEMYER |
| 825 | PATRICIA VONPOSCH |
| 826 | PATRICK COLLETTI |
| 827 | PATRICK SHAW |
| 828 | PATRICK WAGENER |

| 829 | PATSY MIKOLAJCZYK |
|-----|-------------------|
| 830 | PATSYE LIVELY |
| 831 | PAUL CASTRONOVO |
| 832 | PAUL COLTRIN |
| 833 | PAUL GRIFFITH |
| 834 | PAUL MARTY |
| 835 | PAUL MORONSKI |
| 836 | PAUL POLIDORI |
| 837 | PAULA BRYANT |
| 838 | PAULETTE OLMSTED |
| 839 | PEGGY CINI |
| 840 | PENNY KRONE |
| 841 | PERRI NEAL |
| 842 | PERRY KIRKLAND |
| 843 | PETER CORNEL HOUTSMA |
| 844 | PETER MCMANUS |
| 845 | PHIL PETERSON |
| 846 | PHILIP JACOBS |
| 847 | PHILLIP BROCKETT |
| 848 | PHILLIP DONLEY |
| 849 | PHILLIP EPPLER |
| 850 | PHILLIP LAFOY |
| 851 | PHYLLIS SCHUCK |
| 852 | PRISCILLA ADAMS |
| 853 | QUSAI ALFRAIH |
| 854 | RAFAEL CORONADO |
| 855 | RALPH KELCH |
| 856 | RALPH METZ |
| 857 | RALPH PIKE |
| 858 | RALPH S WORLEY |
| 859 | RALPH T MORTON JR |
| 860 | RANDALL BENTZ |
| 861 | RANDALL BURNS |
| 862 | RANDY ADAMS |
| 863 | RANDY BAUMAN |
| 864 | RAY KENNY |
| 865 | RAY PEACOCK |
| 866 | RAY SONNER |
| 867 | RAYMOND DEBOER |
| 868 | RAYMOND LOFSTROM |
| 869 | RAYMOND MILLER |
| 870 | RAYMOND MILLER JR |
| 871 | REBECCA J SHEVEY |
| 872 | REBI VARGHESE |
| 873 | REED GAUTREAU |
| 874 | REGINA CHABARRIA |
| 875 | RENEE BUTT |
| 876 | RENEE STEGER |
| 877 | RHONDA GREGORETTI |
| 878 | RICHARD BARKER |
| 879 | RICHARD BELL |
| 880 | RICHARD BRUNELLE |

| 881 | RICHARD CONWAY |
|-----|----------------|
| 882 | RICHARD DEGENHARDT |
| 883 | RICHARD KOELLNER |
| 884 | RICHARD MAYBERRY |
| 885 | RICHARD THOMAS |
| 886 | RICHARD UNTERSEHER |
| 887 | RICHARD VAUGHN |
| 888 | RICHIE BEIRIGER |
| 889 | RICK ZUNIGA |
| 890 | RICKCONNINE CARPENTER |
| 891 | ROB PARK |
| 892 | ROBERT ADAMS |
| 893 | ROBERT ARMSTRONG |
| 894 | ROBERT BENSFIELD |
| 895 | ROBERT BERNSTEIN |
| 896 | ROBERT BISCOE |
| 897 | ROBERT BRIGHAM |
| 898 | ROBERT BUSH |
| 899 | ROBERT BUTTS |
| 900 | ROBERT CALL |
| 901 | ROBERT DANGELO |
| 902 | ROBERT DITTMAR JR |
| 903 | ROBERT DUFFUS |
| 904 | ROBERT DUTTON |
| 905 | ROBERT ENOCH |
| 906 | ROBERT GARABED |
| 907 | ROBERT GLADWIN |
| 908 | ROBERT HAMMOND |
| 909 | ROBERT LINDSLEY |
| 910 | ROBERT NELSON |
| 911 | ROBERT NORTON |
| 912 | ROBERT PHILIBOSIAN |
| 913 | ROBERT PUTNAM JR |
| 914 | ROBERT ROBINSON |
| 915 | ROBERT STOFFEL |
| 916 | ROBERT SUEHRING |
| 917 | ROBERT TAYLOR |
| 918 | ROBERT WIITANEN |
| 919 | ROBERT WILLIS |
| 920 | ROBERT YONKER |
| 921 | ROBERTA NORCIA |
| 922 | ROBYN WELSH |
| 923 | ROGER & DEANNA YOUNG |
| 924 | ROGER INGMAN |
| 925 | ROGER NEELY |
| 926 | ROGER SMITH |
| 927 | ROLAND BENSON JR |
| 928 | ROLONDA HENRY |
| 929 | RON BROWN |
| 930 | RONALD BUKOWSKI |
| 931 | RONALD CLUBB |
| 932 | RONALD EVERETT JR |

| | |
|---|---|
| 933 | RONALD IMLER |
| 934 | RONALD LOWE |
| 935 | RONALD OVERTON |
| 936 | RONNIE BECK |
| 937 | ROSA PEREZ |
| 938 | ROSE LANGHALS |
| 939 | ROSS SCHRIFTMAN |
| 940 | ROTH NGIEM |
| 941 | ROY HAWKINS |
| 942 | ROY STARKE |
| 943 | ROY YAGER |
| 944 | RUSSELL BENSETT |
| 945 | RUSSELL BEZANSON |
| 946 | RUSSELL BREIGHNER |
| 947 | RUSSELL SOUTH |
| 948 | RUSSELL WHITEHEAD |
| 949 | RUTH JOHNSON |
| 950 | RUTH MOSELY |
| 951 | RUTH WILSON |
| 952 | RYAN BOWLING |
| 953 | RYAN CORNELL |
| 954 | RYAN JANSKY |
| 955 | SALVATORE RIZZO |
| 956 | SAMANTHA LOVE |
| 957 | SAMANTHA WILLIAMS |
| 958 | SANDRA BOYER |
| 959 | SANDRA CORNEY |
| 960 | SANDRA FOWLER |
| 961 | SARA LATIOLAIS |
| 962 | SARA ST JOHN |
| 963 | SARAH GRAHAM |
| 964 | SARAH JOUBERT |
| 965 | SARAH MANZO |
| 966 | SASHA HUGGINS |
| 967 | SAUNDRA BRATCHER |
| 968 | SAUNDRA FREAUFF |
| 969 | SAUNDRA PENDERGRASS |
| 970 | SCOTT MEYER |
| 971 | SCOTT MILLER |
| 972 | SCOTT VOEHL |
| 973 | SEAN ERVIN |
| 974 | SHANNON HICKS |
| 975 | SHARON CALDWELL |
| 976 | SHARON CONLEY |
| 977 | SHARON ROBAK |
| 978 | SHARON SANDBERG |
| 979 | SHARONDA WILLIAMS |
| 980 | SHAUNA FRENCH |
| 981 | SHEILA KELLEY |
| 982 | SHEILA OWEN |
| 983 | SHEREA SUMRALL |
| 984 | SHERM KEMPP |

| 985 | SHIRLIE PLUMMER-JOSEPH |
|------|------------------------|
| 986 | SILAS GENESON |
| 987 | SRIHARI PARAMESH |
| 988 | STACY WILLIAMS |
| 989 | STANLEY SULLIVAN |
| 990 | STANTON SMITH |
| 991 | STEPHANI METTS |
| 992 | STEPHANIE WOOD |
| 993 | STEVE FERRAND |
| 994 | STEVE YELTON |
| 995 | STEVEN BURKE |
| 996 | STEVEN COX |
| 997 | STEVEN DITTON |
| 998 | STEVEN GORENSTEIN |
| 999 | STEVEN HENDERSON |
| 1000 | STEVEN RABER |
| 1001 | STEVEN THIEL |
| 1002 | STEVEN WILLNER |
| 1003 | STEWART STRAIT |
| 1004 | SUSAN LUNDBLAD |
| 1005 | SUSAN PATTON |
| 1006 | SUSAN STONE |
| 1007 | SUSAN STONE |
| 1008 | SUSAN STRANGE |
| 1009 | SUZANNE COOKSON |
| 1010 | SUZANNE ROY |
| 1011 | TANIE HEITZ |
| 1012 | TANYA BRADFORD |
| 1013 | TANYA DELPRIORE |
| 1014 | TARA TEETOR |
| 1015 | TAVIS RILEY |
| 1016 | TERESA HOLMES |
| 1017 | TERESA ROCCO |
| 1018 | THERESA ALTIERI |
| 1019 | THERESA CARRINGTON |
| 1020 | THOMAS BACHORZ |
| 1021 | THOMAS BALLMAN |
| 1022 | THOMAS BILLMAN |
| 1023 | THOMAS CRONIN |
| 1024 | THOMAS JACOBY |
| 1025 | THOMAS KIME |
| 1026 | THOMAS LARSON |
| 1027 | THOMAS MORRIS |
| 1028 | THOMAS PARTNER |
| 1029 | TIMOTHY ECK |
| 1030 | TIMOTHY HAINES |
| 1031 | TIMOTHY JEREW |
| 1032 | TIMOTHY JONES |
| 1033 | TIMOTHY LEE |
| 1034 | TIMOTHY PLUMMER |
| 1035 | TINA DURHAM |
| 1036 | TINA SMEDLEY |

| | |
|---|---|
| 1037 | TOBIAS LAYMAN |
| 1038 | TOBY FARRIS |
| 1039 | TODD BUSSELL |
| 1040 | TODD LOPPNOW |
| 1041 | TODD SCHRODER |
| 1042 | TOM LAMBERT |
| 1043 | TOM PHELPS |
| 1044 | TOM WEBER |
| 1045 | TOMMY LAKEY |
| 1046 | TONNETTE SPROWLS |
| 1047 | TONY ROGERS |
| 1048 | TONYA WOLCOTT |
| 1049 | TORY ODOM |
| 1050 | TRACY BENNETT |
| 1051 | TRACY JONES |
| 1052 | TRACY LAWRENCE |
| 1053 | TRINA WOLFENBARGER |
| 1054 | TROMBLEY FAMILY TRUST |
| 1055 | TRUDE FISCHER |
| 1056 | V WILBURN |
| 1057 | VANETTA DOIDGE |
| 1058 | VERDELL FOSSUM |
| 1059 | VICKI GARY |
| 1060 | VICTORIA BROWN |
| 1061 | VICTORIA HARKNESS |
| 1062 | VIKTORIA COHEN |
| 1063 | VINCE LARSEN |
| 1064 | VINCE MCDANIEL |
| 1065 | VIRGIL HEISHMAN |
| 1066 | VIRGINIA FORD |
| 1067 | VIRGINIA KICHLINE |
| 1068 | WALTER BUTTON |
| 1069 | WANDA LEE |
| 1070 | WAYNE ADAMS |
| 1071 | WAYNE MITCHELL |
| 1072 | WES DUNCAN |
| 1073 | WILBER EMMERT |
| 1074 | WILL CLEMENS |
| 1075 | WILLIAM BAKAMUS |
| 1076 | WILLIAM BARNES |
| 1077 | WILLIAM BELL |
| 1078 | WILLIAM BELL |
| 1079 | WILLIAM BRITT |
| 1080 | WILLIAM CULLEN |
| 1081 | WILLIAM DELANEY |
| 1082 | WILLIAM FRAZIER JR |
| 1083 | WILLIAM KLEIN |
| 1084 | WILLIAM LEFFINGWELL |
| 1085 | WILLIAM MACKLING REVOCABLE TRUST |
| 1086 | WILLIAM SMITH |
| 1087 | WILLIE ANDERSON |
| 1088 | WILMA MALOTT |

| 1089 | WINDELL GREEN |
|------|---------------|
| 1090 | WINONA READER |
| 1091 | YU LI |
| 1092 | YVONNE MULICH |
| 1093 | YVONNE RIORDAN |