# EXHIBIT 11

EDGAR Online

# SIRIUS SATELLITE RADIO INC

## FORM 10-K
### (Annual Report)

## Filed 02/29/08 for the Period Ending 12/31/07

| | |
|---|---|
| Address | 1221 AVENUE OF THE AMERICAS |
| | 36TH FLOOR |
| | NEW YORK, NY 10020 |
| Telephone | 2128995000 |
| CIK | 0000908937 |
| Symbol | SIRI |
| SIC Code | 4832 - Radio Broadcasting Stations |
| Industry | Broadcasting & Cable TV |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2008, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

Table of Contents

| | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| | | | For the Years Ended December 31, | | |
| | | | (In thousands, except per share amounts) | | |
| **Statements of Operations Data:** | | | | | |
| Total revenue | $ 922,066 | $ 637,235 | $ 242,245 | $ 66,854 | $ 12,872 |
| Loss from operations | (513,090) | (1,067,724) | (829,140) | (678,304) | (437,530) |
| Net loss [1] | (565,252) | (1,104,867) | (862,997) | (712,162) | (226,215) |
| Net loss applicable to common stockholders [1] | (565,252) | (1,104,867) | (862,997) | (712,162) | (314,423) |
| Net loss per share applicable to common stockholders (basic and diluted) | $ (0.39) | $ (0.79) | $ (0.65) | $ (0.57) | $ (0.38) |
| Weighted average common shares outstanding (basic and diluted) | 1,462,967 | 1,402,619 | 1,325,739 | 1,238,585 | 827,186 |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents | $ 438,820 | $ 393,421 | $ 762,007 | $ 753,891 | $ 520,979 |
| Marketable securities | 469 | 15,500 | 117,250 | 5,277 | 28,904 |
| Restricted investments | 53,000 | 77,850 | 107,615 | 97,321 | 8,747 |
| Total assets | 1,694,149 | 1,658,528 | 2,085,362 | 1,957,613 | 1,617,317 |
| Long-term debt, net of current portion | 1,278,617 | 1,068,249 | 1,084,437 | 656,274 | 194,803 |
| Accumulated deficit | (4,398,972) | (3,833,720) | (2,728,853) | (1,865,856) | (1,153,694) |
| Stockholders' (deficit) equity [2] | (792,737) | (389,071) | 324,968 | 1,000,633 | 1,325,194 |

(1)   Net loss and net loss applicable to common stockholders for the year ended December 31, 2003 included other income of $256,538 related to our debt restructuring.

(2)   No cash dividends were declared or paid in any of the periods presented.

### Item 7. *Management's Discussion and Analysis of Financial Condition and Results of Operations*

*This Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws. Actual results and the timing of events could differ materially from those projected in forward-looking statements due to a number of factors, including those described under "Item 1A—Risk Factors" and elsewhere in this Annual Report. See "Special Note Regarding Forward-Looking Statements."*

*(All dollar amounts referenced in this Item 7 are in thousands, unless otherwise stated)*

**Executive Summary**

*Overview:*

We are a satellite radio provider in the United States. We currently broadcast over 130 channels of programming to listeners across the country. We offer 69 channels of 100% commercial-free music and 65 channels of sports, news, talk, entertainment, traffic and weather for a monthly subscription fee of $12.95.

We broadcast through our proprietary satellite radio system, which currently consists of three orbiting satellites, 124 terrestrial repeaters that receive and retransmit our signal, a satellite uplink facility and our studios. Subscribers receive our service through SIRIUS radios, which are sold through our website and by automakers, consumer electronics retailers, and mobile audio dealers. Subscribers can also receive our music channels and certain other channels over the Internet.

Our music channels are available to DISH satellite television subscribers and certain of our music channels are offered to Sprint subscribers over multi-media handsets. We also offer video, traffic and weather data services for a separate fee. Subscribers to DISH satellite television, Sprint and our video, traffic and weather data services are not included in our subscriber count.

25

# EXHIBIT 12

# XM SATELLITE RADIO HOLDINGS INC

1500 ECKINGTON PL NE
WASHINGTON, DC 20002
202. 380.4000

# 10−K

**FORM 10−K**
**Filed on 03/13/2009 − Period: 12/31/2008**
File Number 000−27441

GSI

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
For The Fiscal Year Ended December 31, 2008**

| Commission File Number | Exact name of Registrant As Specified in its Charter | I.R.S. Employer Identification Number |
|---|---|---|
| 000-27441 | **XM SATELLITE RADIO HOLDINGS INC.** | 54-1878819 |
| 333-39178 | **XM SATELLITE RADIO INC.** | 52-1805102 |

**DELAWARE**
(State or other jurisdiction of incorporation or organization of both registrants)
**1500 ECKINGTON PLACE, NE**
**WASHINGTON, DC 20002-2194**
(Address of principal executive offices) (Zip code)
**202-380-4000**
(Registrants' telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:
Not Applicable
Securities registered pursuant to Section 12(g) of the Act:
Not Applicable
(Title of Classes)

Indicate by check mark if each registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act   Yes ☐   No ☒

Indicate by check mark if each registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether each registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of each registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether each registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer, or a smaller reporting company (as defined in Rule 12b-2 of the Exchange Act).

| | | |
|---|---|---|
| XM Satellite Radio Holdings Inc. | Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| | Non-Accelerated Filer ☐ | Smaller Reporting Company ☐ |
| XM Satellite Radio Inc. | Large Accelerated Filer ☐ | Accelerated Filer ☐ |
| | Non-Accelerated Filer ☒ | Smaller Reporting Company ☐ |

Indicate by check mark whether each registrant is a shell company (as defined in Exchange Act Rule 12b-2).   Yes ☐   No ☒

The aggregate market value of common stock held by non-affiliates of XM Satellite Radio Holdings Inc., based upon the closing price of its Class A common stock as of June 30, 2008, is $2,505,566,799.

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| (Class) | (Outstanding as of January 31, 2009) |
|---|---|
| XM SATELLITE RADIO HOLDINGS INC. COMMON STOCK, $0.01 PAR VALUE (all shares are issued to Sirius XM Radio Inc.) | 100 SHARES |
| XM SATELLITE RADIO INC. COMMON STOCK, $0.10 PAR VALUE (all shares are issued to XM Satellite Radio Holdings Inc.) | 125 SHARES |

**DOCUMENTS INCORPORATED BY REFERENCE**
**THE REGISTRANTS MEET THE CONDITIONS SET FORTH IN GENERAL INSTRUCTIONS I(1)(a) AND (b) OF FORM 10-K AND ARE THEREFORE FILING THIS FORM WITH THE REDUCED DISCLOSURE FORMAT.**

Table of Contents

PART II

ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Prior to the completion of the Merger, our common stock was traded on the Nasdaq Global Select Market under the symbol "XMSR."

ITEM 6.    SELECTED FINANCIAL DATA

Our selected financial data set forth below with respect to the consolidated statements of operations for the periods from August 1, 2008 through December 31, 2008 (the Successor Period), from January 1, 2008 through July 31, 2008 (the Predecessor Period) and for the years ended December 31, 2007 and 2006 (Predecessor Periods) and with respect to the consolidated balance sheets at December 31, 2008 and 2007, are derived from our audited consolidated financial statements included in Item 8 of this Annual Report on Form 10-K. Our selected financial data set forth below with respect to the consolidated statements of operations for the years ended December 31, 2005 and 2004, and with respect to the consolidated balance sheets at December 31, 2006, 2005 and 2004 are derived from our predecessor audited consolidated financial statements which are not included in this Annual Report. This selected financial data should be read in conjunction with the Consolidated Financial Statements and related notes thereto included in Item 7 of this Annual Report and "Management's Discussion and Analysis of Financial Condition and Results of Operations."

| (in thousands, except share and per share data) | Successor Entity August 1, 2008 Through December 31, 2008 | Predecessor Entity | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | January 1, 2008 Through July 31, 2008 | Year Ended December 31, 2007 | Year Ended December 31, 2006 | Year Ended December 31, 2005 | Year Ended December 31, 2004 |
| Statements of Operations Data: | | | | | | |
| Total revenue | $ 511,154 | $ 731,194 | $ 1,136,542 | $ 933,417 | $ 558,266 | $ 244,443 |
| Net loss | (6,438,185) | (322,458) | (682,381) | (718,872) | (666,715) | (642,368) |

| | Successor Entity For the Year Ended December 31, | Predecessor Entity | | | |
| --- | --- | --- | --- | --- | --- |
| | 2008 | For the Years Ended December 31, | | | |
| | | 2007 | 2006 | 2005 | 2004 |
| Balance Sheet Data: | | | | | |
| Cash and cash equivalents | $ 206,740 | $ 156,686 | $ 218,216 | $ 710,991 | $ 717,867 |
| Restricted investments | 120,250 | 275 | 2,098 | 5,488 | 4,492 |
| Total assets | 4,336,785 | 1,609,230 | 1,840,618 | 2,223,661 | 1,821,635 |
| Long-term debt, net of current portion | 1,439,102 | 1,480,639 | 1,286,179 | 1,035,584 | 948,741 |
| Stockholder's (deficit) equity (1) | (575,554) | (984,303) | (397,880) | 80,948 | 336,163 |

(1)   No cash dividends were declared or paid in any of the periods presented.

21

# EXHIBIT 13

# SIRIUS XM RADIO INC. (SIRI)

1221 AVENUE OF THE AMERICAS
36TH FLOOR
NEW YORK, NY 10020
212−584−5100

# 10−K

**FORM 10−K**
**Filed on 02/16/2011 − Period: 12/31/2010**
File Number 001−34295



LIVEDGAR® Information Provided by Thomson Reuters Accelus, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10−K

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For Fiscal Year Ended December 31, 2010

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Transition Period From         to

COMMISSION FILE NUMBER 001−34295

# SIRIUS XM RADIO INC.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| Delaware | 52−1700207 |
| *(or other jurisdiction of* | *(I.R.S. Employer* |
| *incorporation of organization)* | *Identification Number)* |

| | |
|---|---|
| 1221 Avenue of the Americas, 36th Floor | 10020 |
| New York, New York | *(Zip Code)* |
| *(Address of principal executive offices)* | |

Registrant's telephone number, including area code:
**(212) 584−5100**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class: | Name of Each Exchange on Which Registered: |
|---|---|
| Common Stock, par value $0.001 per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
**None**
**(Title of class)**

Indicate by check mark if the registrant is a well−known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.  Yes ☐    No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S−T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S−K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10−K or any amendment to this Form 10−K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non−accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b−2 of the Exchange Act. (Check one):

Large accelerated filer ☑    Accelerated filer ☐    Non−accelerated filer ☐    Smaller Reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b−2 of the Act).  Yes ☐    No ☒

The aggregate market value of the registrant's common stock held by non−affiliates of the registrant as of June 30, 2010 was $3,689,667,663. All executive officers and directors of the registrant have been deemed, solely for the purpose of the foregoing calculation, to be "affiliates" of the registrant.

The number of shares of the registrant's common stock outstanding as of February 14, 2011 was 3,933,999,616.

**DOCUMENTS INCORPORATED BY REFERENCE**

Information included in our definitive proxy statement for our 2011 annual meeting of stockholders scheduled to be held on Wednesday, May 25, 2011 is incorporated by reference in Items 10, 11, 12, 13 and 14 of Part III of this report.

**Equity Compensation Plan Information**

| Plan Category<br>(Shares in thousands) | Number of Securities to be Issued Upon Exercise of Outstanding Options, Warrants and Rights<br>(a) | Weighted−Average Exercise Price of Outstanding Options, Warrants and Rights<br>(b) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (Excluding Securities Reflected in Column (a))<br>(c) |
|---|---|---|---|
| Equity compensation plans approved by security holders | 444,291 | $ 1.45 | 268,255 |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 444,291 | $ 1.45 | 268,255 |

**ITEM 6.   SELECTED FINANCIAL DATA**

Our selected financial data set forth below with respect to the consolidated statements of operations for the years ended December 31, 2010, 2009 and 2008, and with respect to the consolidated balance sheets at December 31, 2010 and 2009, are derived from our audited consolidated financial statements included in Item 8 of this Annual Report on Form 10−K. Our selected financial data set forth below with respect to the consolidated statements of operations for the years ended December 31, 2007 and 2006, and with respect to the consolidated balance sheets at December 31, 2008, 2007 and 2006 are derived from our audited consolidated financial statements, which are not included in this Annual Report on Form 10−K. This selected financial data should be read in conjunction with the Consolidated Financial Statements and related notes thereto included in Item 8 of this Annual Report on Form 10−K and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in Item 7 of this Annual Report on Form 10−K.

| | As of and for the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| (In thousands, except per share data) | 2010 | 2009(1) | 2008(1)(2) | 2007 | 2006 |
| **Statements of Operations Data:** | | | | | |
| Total revenue | $ 2,816,992 | $ 2,472,638 | $ 1,663,992 | $ 922,066 | $ 637,235 |
| Net income (loss) | $ 43,055 | $ (538,226) | $ (5,316,910) | $ (565,252) | $ (1,104,867) |
| Net income (loss) per share — basic | $ 0.01 | $ (0.15) | $ (2.45) | $ (0.39) | $ (0.79) |
| Net income (loss) per share — diluted | $ 0.01 | $ (0.15) | $ (2.45) | $ (0.39) | $ (0.79) |
| Weighted average common shares outstanding — basic | 3,693,259 | 3,585,864 | 2,169,489 | 1,462,967 | 1,402,619 |
| Weighted average common shares outstanding — diluted | 6,391,071 | 3,585,864 | 2,169,489 | 1,462,967 | 1,402,619 |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents | $ 586,691 | $ 383,489 | $ 380,446 | $ 438,820 | $ 393,421 |
| Restricted investments | $ 3,396 | $ 3,400 | $ 141,250 | $ 53,000 | $ 77,850 |
| Total assets | $ 7,383,086 | $ 7,322,206 | $ 7,527,075 | $ 1,687,231 | $ 1,650,147 |
| Long−term debt, net of current portion | $ 3,021,763 | $ 3,063,281 | $ 2,820,781 | $ 1,271,699 | $ 1,059,868 |
| Stockholders' equity (deficit)(3) | $ 207,636 | $ 95,522 | $ 75,875 | $ (792,737) | $ (389,071) |

(1) The 2009 and 2008 results and balances reflect the adoption of ASU 2009−15, *Accounting for Own−Share Lending Arrangements in Contemplation of Convertible Debt Issuance or Other Financing.*

(2) The 2008 results and balances reflect the results and balances of XM Satellite Radio Holdings Inc. from the date of the Merger and a $4,766,190 goodwill impairment charge.

(3) No cash dividends were declared or paid in any of the periods presented.

24