```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING ET AL., <br><br> Plaintiffs <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | Case No. <br> 09 Civ. 10035 (HB) <br><br> ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of David Stein, attorney for objector Nicolas Martin, for the admission of Theodore H. Frank pro hac vice, and his affidavit in support, as well as the certificates of good standing showing that Mr. Frank is a member in good standing of the bars of Illinois, California, and the District of Columbia;

   IT IS HEREBY ORDERED THAT:

   Theodore H. Frank
   Center for Class Action Fairness
   1718 M Street NW, No. 236
   Washington, DC 20036
   Phone: (703) 203-3848
   Email: tfrank@gmail.com

is admitted to practice pro hac vice as counsel for Nicolas Martin in the above captioned case.

   It is hereby ordered that Mr. Frank is admitted to practice Pro Hac Vice in the above-captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall apply for an ECF password at nysd.uscourts.gov.

Dated: 7/19, 2011
New York, New York

_____
Hon. Harold Baer, Jr., U.S.D.J.