UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | 09 CV 10035 (HB) |
| ) | MOTION FOR ADMISSION |
| SIRIUS XM RADIO INC., ) | PRO HAC VICE |
| ) | |
| Defendant. ) | |

Pursuant to Rule 1.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, I, John Jacob Pentz, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for class member and Objector Lange M. Thomas in the above-captioned action.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any State or Federal court.

Dated: July 15, 2011          Respectfully submitted,

> */s/ John J. Pentz*
> John J. Pentz
> 2 Clock Tower Place, Suite 400
> Maynard, MA  01754
> Phone: (978) 461-1548
> Fax: (978) 405-5161
> Clasaxn@earthlink.net

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served via first class U.S. mail on the following counsel on July 15, 2011:

James J. Sabella, Esq.
Grant & Eisenhofer, PA
485 Lexington Ave.
New York, NY 10017

Todd R. Geremia, Esq.
Jones Day
22 East 41st Street
New York, NY 10017

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John J. Pentz*
　　　　　　　　　　　　　　　　　　　　　　　John J. Pentz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | 09 CV 10035 (HB) |
| ) | ORDER FOR ADMISSION |
| SIRIUS XM RADIO INC., ) | PRO HAC VICE |
| ) | |
| Defendant. ) | |

The motion of John Jacob Pentz, for admission to practice Pro Hac Vuice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

John J. Pentz
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (978) 405-5161

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lange M. Thomas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant in admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the ECF system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

_____
United States District Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

### John J. Pentz

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **July** in the year of our Lord **two thousand and eleven**.



*Maura S. Doyle*
MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116