UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>  -against-<br><br>SIRIUS XM RADIO INC.,<br><br>         Defendant. | No. 09-cv-10035 (HB)(RLE) |

**SUPPLEMENTAL DECLARATION OF
SHELLY L. FRIEDLAND IN SUPPORT OF
(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF PROPOSED SETTLEMENT AND
(2) CLASS COUNSEL'S APPLICATION FOR AN
<u>AWARD OF ATTORNEYS' FEES AND EXPENSES</u>**

SHELLY L. FRIEDLAND hereby declares under penalty of perjury as follows:

1.  I am an associate with Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), Co-Class Counsel. I make this declaration in support of Plaintiffs' motion for final approval of proposed settlement resolving all claims of the Class, and Class Counsel's application for an award of attorneys' fees and expenses.

2.  Attached hereto is an updated list of class members requesting to be excluded, received by counsel or the claims administrator through July 20, 2011.

  Done at New York, New York this 20th day of July, 2011.

           <u>  /s/ Shelly L. Friedland   </u>
               Shelly L. Friedland

| | Name |
|---|---|
| 1 | AARON BUNKER |
| 2 | ADAM HOROWITZ |
| 3 | ADAM KALTREIDER |
| 4 | ADAM KLEINSORGE |
| 5 | ADRIANA  MASTROGUISEPPE |
| 6 | ADRIANA CHIQUITO |
| 7 | AHMED HAMED |
| 8 | AL LANEAR |
| 9 | ALAN MANNING |
| 10 | ALAN WATTS |
| 11 | ALBERT NEWBERRY |
| 12 | ALFRED BRADFORD |
| 13 | ALLAN CONSOLATI |
| 14 | ALLAN STEVENS |
| 15 | ALLISON MOORE |
| 16 | ALVARO MOREIRA |
| 17 | AMANDA COMBS |
| 18 | AMANDA HUFF |
| 19 | AMANDA PRICE |
| 20 | AMANDA SACHS |
| 21 | AMANDA YOUNG |
| 22 | AMBER WHITE |
| 23 | ANDRE FARHAT |
| 24 | ANDREA BROWN |
| 25 | ANDREW KRISTOFEK |
| 26 | ANDREW LAURINAITIS |
| 27 | ANDREW MILOS |
| 28 | ANDREW PLEWA |
| 29 | ANDREW RHINEHART |
| 30 | ANDY GANTENBEIN |
| 31 | ANGELA SIMMONS |
| 32 | ANGELITA RIVERA |
| 33 | ANN GONYEA |
| 34 | ANN JONES |
| 35 | ANN MARIE ELLIS |
| 36 | ANN MCCLELLAND |
| 37 | ANN SCHIMES |
| 38 | ANN SCHOLTES |
| 39 | ANN TORRES |
| 40 | ANN WHALEY |
| 41 | ANNE BROWN |
| 42 | ANNE KALUZA |
| 43 | ANNIE CHRISTENSEN |
| 44 | ANTHONY BORDOGNA |
| 45 | ANTHONY IMPROTA |
| 46 | ANTHONY MERLINO |
| 47 | ANTHONY NOTO |
| 48 | ANTHONY RODRIGUEZ |
| 49 | ANTHONY STONE |
| 50 | APRIL BOWEN |
| 51 | APRIL CASTILLO |
| 52 | ARLENE FOERSTEL |
| 53 | ARLINE COCHRANE |
| 54 | ARNOLD PERLBERG |
| 55 | ARTHUR AND BELL |
| 56 | ARTHUR BIONDI |
| 57 | ARTHUR GUNNELLS |
| 58 | ASHLEY ADAMS |
| 59 | ASHLEY LINGERFELDT |
| 60 | ASHLEY VERHOFF |

| | Name |
|---|---|
| 61 | ASHLEY WILSON |
| 62 | B CHAVOUS |
| 63 | BABE DARNELL |
| 64 | BARBARA ANDRES |
| 65 | BARBARA CARHIDE |
| 66 | BARBARA GATTUSO |
| 67 | BARBARA HUGHES |
| 68 | BARBARA MC INTYRE |
| 69 | BARBARA PFEIFER |
| 70 | BARBARA WOOLEY |
| 71 | BARRY HAYES |
| 72 | BARRY MINOFF |
| 73 | BARRY WILSON |
| 74 | BEATRICE SANCHO |
| 75 | BELINDA PETRIE |
| 76 | BEN STEIN |
| 77 | BERN HEUPEL |
| 78 | BETH ELLIOTT |
| 79 | BETSY CRUMPLER |
| 80 | BETTY ASHE |
| 81 | BETTY BENNETT |
| 82 | BETTY CAUDILL |
| 83 | BETTY GAMBRELL |
| 84 | BETTY PATT |
| 85 | BEV ERTELT |
| 86 | BEVERLY ALLEN |
| 87 | BEVERLY BARNES |
| 88 | BEVERLY MOORE |
| 89 | BHARATBHAI PATEL |
| 90 | BILL GIEBE |
| 91 | BILL KIRN JR |
| 92 | BILL MYERS |
| 93 | BILL WHITAKER |
| 94 | BILLY BUCHANAN |
| 95 | BILLY D BLOUNT |
| 96 | BILLY HILDRETH |
| 97 | BILLY KRATZERT |
| 98 | BILLY RAY |
| 99 | BLAINE SPENCER |
| 100 | BLAKE BARNARD |
| 101 | BRAD FUOSS |
| 102 | BRAD PAULEY |
| 103 | BRANDYN KISTNER |
| 104 | BRENDA STONE |
| 105 | BRIAN CUNNINGHAM |
| 106 | BRIAN HARRIS |
| 107 | BRIAN MACDONALD |
| 108 | BRIAN ROBERTSON |
| 109 | BRIANE BARR |
| 110 | BRIDGET WINTER |
| 111 | BRITTANY MARKLEY |
| 112 | BRITTANY SPILLER |
| 113 | BRITTANY VAN HOUZEN |
| 114 | BROOKE O DEREMER(IGOU) |
| 115 | BRUCE CHEESEMAN |
| 116 | BRUCE FERGEN |
| 117 | BRUCE REINKE |
| 118 | BRYAN GUNTER |
| 119 | BRYAN MYERS |
| 120 | BRYAN TYRRELL |

| | Name |
|---|---|
| 121 | BRYCE THARP |
| 122 | BRYCE YACKEE |
| 123 | BUD QUINN |
| 124 | BURAK BAYLAV |
| 125 | C EDWARD SMITH |
| 126 | CALVIN ATKINS |
| 127 | CALVIN HURLBERT |
| 128 | CANDACE A BECKER |
| 129 | CANDICE KATHLEEN MORTIMER |
| 130 | CARINA NAVARRO |
| 131 | CARL JONES |
| 132 | CARL KUBE |
| 133 | CARL STEWART |
| 134 | CARL ZOELLNER |
| 135 | CARLA STARNES |
| 136 | CAROL BILLINGTON |
| 137 | CAROL DAVIS |
| 138 | CAROL LUETH |
| 139 | CAROL MORGAN |
| 140 | CAROL NEWELL |
| 141 | CAROL SOMERVILLE |
| 142 | CAROLYN D WILSON |
| 143 | CASIMIRO HOLGUIN |
| 144 | CATHERINE BACA |
| 145 | CATHERINE BAKAMUS |
| 146 | CATHERINE CERVANTES |
| 147 | CATHERINE ENGEL |
| 148 | CECILIA LANPHER |
| 149 | CHAD AULTMAN |
| 150 | CHAD DASPIT |
| 151 | CHAD SHELLEY |
| 152 | CHARLENE MCMILLEN |
| 153 | CHARLES BECKER |
| 154 | CHARLES E SIMS SR |
| 155 | CHARLES HARBOUR |
| 156 | CHARLES J OSBORNE |
| 157 | CHARLES RUTLEDGE |
| 158 | CHARLES SCARROTT |
| 159 | CHARLES TITUS |
| 160 | CHARLES TURNER |
| 161 | CHARLES VOTAVA |
| 162 | CHARLES WILCHER JR |
| 163 | CHARLES YEAGER |
| 164 | CHARLES YOUNCE |
| 165 | CHARLIE BAUMANN |
| 166 | CHARLIE EVANS |
| 167 | CHERI RUSSELL |
| 168 | CHERYL MAURER |
| 169 | CHERYL MESIKANO |
| 170 | CHERYL TEEHAN |
| 171 | CHERYL VANOCKER |
| 172 | CHESTER BRYMER |
| 173 | CHIP DUANE |
| 174 | CHRIS BEERS |
| 175 | CHRIS DISBROW |
| 176 | CHRIS HALL |
| 177 | CHRIS SANCHEZ |
| 178 | CHRISTIN BOOZER |
| 179 | CHRISTINA WEILER |
| 180 | CHRISTINA WILLIAMS |

| | Name |
|---|---|
| 181 | CHRISTINE BEIDLER |
| 182 | CHRISTINE BOND |
| 183 | CHRISTINE LITAK |
| 184 | CHRISTOPHER ALBRIGHT |
| 185 | CHRISTOPHER CRAWLEY |
| 186 | CHRISTOPHER DAMOUR |
| 187 | CHRISTOPHER KROHN |
| 188 | CHRISTOPHER MURRAY |
| 189 | CHRISTY BURROWS |
| 190 | CINDY SLEPPY |
| 191 | CLARE ORVIN |
| 192 | CLARENCE JACKSON |
| 193 | CLARENCE KEMP |
| 194 | CLAUDE SOWERS |
| 195 | CLIFFORD ONEIL |
| 196 | CLINT BOUCHER |
| 197 | CLINT MORALES |
| 198 | CODY KOEBKE |
| 199 | CONNIE BAKER |
| 200 | CONSTANCE CURTIS |
| 201 | CONSTANCE RUSSELL |
| 202 | CORRINE SUVER |
| 203 | CORY MOORE |
| 204 | CRISPIN GUERSTER |
| 205 | CRISTIANE CUNHA |
| 206 | CURTIS MARC JR |
| 207 | CYNTHIA RICHARDSON |
| 208 | CYNTHIA WEISBORD |
| 209 | DALE BALTZELL JR |
| 210 | DALE DERATANY |
| 211 | DALE HORN |
| 212 | DALE HUNTINGTON |
| 213 | DALE TAYLOR |
| 214 | DAN RUSSELL |
| 215 | DANA BJERRE |
| 216 | DANIEL BOWMAN |
| 217 | DANIEL BUTTS |
| 218 | DANIEL GREENHALGH |
| 219 | DANIEL GROEFSEMA |
| 220 | DANIEL HEAD |
| 221 | DANIEL MALLINGER |
| 222 | DANIEL PORTALES |
| 223 | DANIEL SIWIK |
| 224 | DANIEL TAMAS |
| 225 | DANIELLE KAHN |
| 226 | DANNY HILL |
| 227 | DARIN WARDEN |
| 228 | DARLENE BURDICK |
| 229 | DARLENE RIDGWAY |
| 230 | DARREL MORELAND |
| 231 | DARRELL WALLER |
| 232 | DARREN RICHARDSON |
| 233 | DARYL KIRKHART |
| 234 | DAVE LOFGREEN |
| 235 | DAVE THOMAS |
| 236 | DAVID  T FALVEY |
| 237 | DAVID AASERUD |
| 238 | DAVID ANDROS |
| 239 | DAVID BRAID |
| 240 | DAVID BROOKS |

| | Name |
|---|---|
| 241 | DAVID BULLOCK |
| 242 | DAVID DIXON |
| 243 | DAVID FARONE |
| 244 | DAVID GLIDEWELL |
| 245 | DAVID HARNEY |
| 246 | DAVID HAWORTH |
| 247 | DAVID HELFFERICH |
| 248 | DAVID HILLIARD |
| 249 | DAVID KEALY |
| 250 | DAVID KELLEY |
| 251 | DAVID KEYSER |
| 252 | DAVID KURTZHALS |
| 253 | DAVID LITTLE |
| 254 | DAVID MENNE |
| 255 | DAVID RADECKI |
| 256 | DAVID RHINEHART |
| 257 | DAVID ROY |
| 258 | DAVID SAUR |
| 259 | DAVID TATE |
| 260 | DAVID WAX |
| 261 | DAVID WILLEBRAND |
| 262 | DAVIS KIM |
| 263 | DAWN GOODMAN |
| 264 | DAWN HANSON |
| 265 | DEAN FISHER |
| 266 | DEAN ZIMMERMAN |
| 267 | DEBBIE ROGERS |
| 268 | DEENAR AKMAL |
| 269 | DEHAVILLAND HILL |
| 270 | DELBERT PHILLIPS |
| 271 | DELPHINE LIBERATO |
| 272 | DENALI HAUCK |
| 273 | DENISE HOLMES |
| 274 | DENNIS COLE |
| 275 | DENNIS MARTINEZ |
| 276 | DENNIS RAYMOND |
| 277 | DENNIS WILDER |
| 278 | DEREK SALTER |
| 279 | DESIREE BOONE |
| 280 | DEWARD STEGALL |
| 281 | DIANA FULFORD |
| 282 | DIANE E GOULD |
| 283 | DIANE MARSHALL |
| 284 | DIRK PACE |
| 285 | DOMINICK GATALETTO |
| 286 | DON BEASLEY |
| 287 | DON LAVENDER |
| 288 | DONALD ALEXSON |
| 289 | DONALD AND PATRICIA MEHRING |
| 290 | DONALD BLAKE |
| 291 | DONALD COOMBS |
| 292 | DONALD CURTIS |
| 293 | DONALD DEFRATES |
| 294 | DONALD KRAFT |
| 295 | DONALD LYNN |
| 296 | DONALD MACDONALD |
| 297 | DONALD MOCK |
| 298 | DONALD OLSON |
| 299 | DONALD PING |
| 300 | DONALD WEBER |

| | Name |
|---|---|
| 301 | DONALD WELLS |
| 302 | DONNA BICKEL |
| 303 | DONNA FONVILLE |
| 304 | DONNA PETERSON |
| 305 | DONNA ZONGORA |
| 306 | DOREAN PAGE |
| 307 | DORMAN BULLOCK |
| 308 | DOROTHY FIELDS |
| 309 | DOROTHY RITTER |
| 310 | DORTHY COMBS |
| 311 | DOUGLAS A SOJKA |
| 312 | DOUGLAS HILLIKER |
| 313 | DOUGLAS THOMPSON |
| 314 | DOUGLAS TOLKEN |
| 315 | DOUGLAS WINANS |
| 316 | DREW PETERSON |
| 317 | DUANE DARTEZ |
| 318 | DWIGHT KELLEY |
| 319 | E ANGIOLILLO |
| 320 | EARL LILLEY |
| 321 | EARL PEEK |
| 322 | ED BONVILLE |
| 323 | EDGAR QUINN |
| 324 | EDGARDO LLORENS |
| 325 | EDUARDO GARDUNO |
| 326 | EDWARD  J NOVAK |
| 327 | EDWARD BANION |
| 328 | EDWARD HARRIGAN |
| 329 | EDWARD J LYNCH |
| 330 | EDWARD KLINE |
| 331 | EDWARD PESCE |
| 332 | EDWARD RIPP |
| 333 | EDWARD SANFORD |
| 334 | EDWARD WHALEN |
| 335 | EDWIN WILLIS |
| 336 | EILEEN DUPONT |
| 337 | EILEEN ENLOW |
| 338 | ELAINE ABRAMS |
| 339 | ELDON GRAHAM |
| 340 | ELDOR WINDHORN |
| 341 | ELINOR WENZEL |
| 342 | ELIZABETH GOLLA |
| 343 | ELIZABETH JONES |
| 344 | ELLA COMPTON |
| 345 | ELLIOTT SCHULER |
| 346 | EMERY AND GLENNA BROWN |
| 347 | EMILY LEVANDOSKI |
| 348 | ERIC HEPKER |
| 349 | ERIC SALVATI |
| 350 | ERICA HILLE |
| 351 | ERIN BUBB |
| 352 | ERIN PHENIS |
| 353 | ERINNE WINTHROP |
| 354 | ERNEST SPIKES |
| 355 | ESTHER ROBERSON |
| 356 | ETHEL BLANCHARD |
| 357 | EUGENE DYEBO |
| 358 | EUGENE NIBBE |
| 359 | EUGENE SHOEMAKER |
| 360 | EUGENE WONG |

| | Name |
|---|---|
| 361 | EUGENIO DIMICHELE |
| 362 | EYAN MARSHALL |
| 363 | FERDINAND SANTANIELLO |
| 364 | FLORIM BELEGU |
| 365 | FLOYD SINGER |
| 366 | FRANCES CANN |
| 367 | FRANCES SEITHER |
| 368 | FRANCIS DILLON |
| 369 | FRANCIS GABRIEL |
| 370 | FRANK PACE |
| 371 | FRANK RECCA |
| 372 | FRANK SIMON |
| 373 | FREDDY DEPRIEST |
| 374 | FREDERICK HANSEN |
| 375 | FREDERICK SATTERWHITE |
| 376 | GAIL BROWN |
| 377 | GALE CARLSON |
| 378 | GARRETT WALSH III |
| 379 | GARY  L HILL |
| 380 | GARY BRUBACHER |
| 381 | GARY CHRISTENSON |
| 382 | GARY HALE |
| 383 | GARY REINARZ |
| 384 | GARY ZARICK |
| 385 | GAYE HART |
| 386 | GAYLA ROTH |
| 387 | GENE MEIER |
| 388 | GENELE HAMMONDS |
| 389 | GEORGE CLEMENS |
| 390 | GEORGE COLEMAN |
| 391 | GEORGE JOHNSTON |
| 392 | GEORGE KIRK |
| 393 | GEORGE L MCNITT |
| 394 | GEORGE WILKEN |
| 395 | GEORGETTA STANFORD |
| 396 | GEORGINA FLORES |
| 397 | GERALD SAXON |
| 398 | GERALDINE RUESS |
| 399 | GERALDINE SNIPES |
| 400 | GERTRUDE CLARK |
| 401 | GILBERT BURNS |
| 402 | GINA LUCARELLA |
| 403 | GINGER CUMMINS |
| 404 | GLADYS ARNWINE |
| 405 | GLENN MAU |
| 406 | GOLDIE FENTRESS |
| 407 | GORDON MCADAMS |
| 408 | GRAHAM MCCOY |
| 409 | GRAYSON RASNIC |
| 410 | GREG BROGCINSKI |
| 411 | GREG CLARK |
| 412 | GREG MORELOCK |
| 413 | GREG PRECHT |
| 414 | GREGARIO BANERA |
| 415 | GRETCHEN WILLIAMS |
| 416 | GUILLERMO SANCHEZ |
| 417 | GUINIVERE SWARTZ |
| 418 | HANNAH DYER |
| 419 | HAROLD BRIDGES |
| 420 | HAROLD GROOVER |

| | Name |
|---|---|
| 421 | HEATH THOMAS |
| 422 | HEATHER ALBER |
| 423 | HEATHER BARR |
| 424 | HECTOR JIMENEZ |
| 425 | HELEN A HAYES |
| 426 | HELEN RILEY |
| 427 | HELEN STAUFFER |
| 428 | HEMANT PATEL |
| 429 | HENRIETTA CLUTTER |
| 430 | HENRY LYLES |
| 431 | HERBERT EUBANKS |
| 432 | HOWARD FISHER |
| 433 | HSIANG HSIUNG |
| 434 | IBRAHIM JILANI |
| 435 | IRENE MCKEE |
| 436 | IRENE OHANIAN |
| 437 | ISABELLE THOMAS |
| 438 | ISMAEL ROSALES |
| 439 | IVY WEISS |
| 440 | J MELLENTIN |
| 441 | JACK BURKE |
| 442 | JACK FILLINGHAM |
| 443 | JACK JOHNSON |
| 444 | JACK PETERSEN |
| 445 | JACKIE COOPER |
| 446 | JACKIE HILBURN |
| 447 | JACLYN KIMBROUGH |
| 448 | JACOB TAFFARO |
| 449 | JACQUELINE SCHODER |
| 450 | JACQUELYN GARRIS |
| 451 | JAMES  G BEKISH |
| 452 | JAMES A HUTCHISON |
| 453 | JAMES AND LAURA MCCALOP |
| 454 | JAMES AYARS |
| 455 | JAMES BURGETT |
| 456 | JAMES CROWNOVER |
| 457 | JAMES ESTEP |
| 458 | JAMES FEEZELL |
| 459 | JAMES FIELDS |
| 460 | JAMES FLANAGAN |
| 461 | JAMES GOULD |
| 462 | JAMES HARTLAGE |
| 463 | JAMES HOMMEL |
| 464 | JAMES HUTCHISON |
| 465 | JAMES MIKOLAJCZYK |
| 466 | JAMES PFEIFER |
| 467 | JAMES RAY DAVIS |
| 468 | JAMES RHODEN |
| 469 | JAMES ROACH |
| 470 | JAMES ROWADER |
| 471 | JAMES SPRAGUE |
| 472 | JAMES THOMPSON |
| 473 | JAMES TURNER |
| 474 | JAMIE ZITZLOFF |
| 475 | JAMYE WEST |
| 476 | JANE KEY |
| 477 | JANE NEGRI |
| 478 | JANE SULLIVAN |
| 479 | JANET CLYMER |
| 480 | JANET REBHUN |

| | Name |
|---|---|
| 481 | JANICE KEITH |
| 482 | JARED DAVIS |
| 483 | JARED SESSIONS |
| 484 | JASON HUGHES |
| 485 | JASON SHEPHERD |
| 486 | JASON SMITH |
| 487 | JAY BUSS |
| 488 | JAY EMBREY |
| 489 | JAY GLOOR |
| 490 | JEAN KRIER |
| 491 | JEAN ROCHEL |
| 492 | JEFF BRINKLEY |
| 493 | JEFF CRAIN |
| 494 | JEFF JORDAN |
| 495 | JEFF PORTER |
| 496 | JEFF WASSERMAN |
| 497 | JEFFREY GOE |
| 498 | JEFFREY KASSEL |
| 499 | JEFFREY KIMBERLY |
| 500 | JEFFREY MOHR |
| 501 | JEFFREY VANOCKER |
| 502 | JENNIFER CONDON |
| 503 | JENNIFER GARRETT |
| 504 | JENNIFER WRIGHT |
| 505 | JEREMY COFFEY |
| 506 | JEREMY GREENE |
| 507 | JEREMY REID |
| 508 | JERRY SEIS |
| 509 | JERRY SISSON |
| 510 | JERRY SIX |
| 511 | JESSE LLOYD |
| 512 | JESSE NIELSEN |
| 513 | JESSICA ABBATE |
| 514 | JESSICA BOCK |
| 515 | JESSICA EVERETT |
| 516 | JESSICA FLESHER |
| 517 | JESSICA LEITSCH |
| 518 | JILL NUDELL |
| 519 | JIM ADAM |
| 520 | JIM KREWALL |
| 521 | JIM MCCUTCHIN |
| 522 | JIM MCGREGOR |
| 523 | JIM MISNER |
| 524 | JIM RODGERS |
| 525 | JIMMY VALENTINE |
| 526 | JO ANN MARTIN |
| 527 | JO NEVINS |
| 528 | JOAN BECHTEL |
| 529 | JOAN HOFFMAN |
| 530 | JOAN SHERE |
| 531 | JODY FREGIA |
| 532 | JOE GREEN |
| 533 | JOE KRAKOWSKI |
| 534 | JOE MCKINNEY |
| 535 | JOEL COTA |
| 536 | JOHN AND DIANE SPURGEON |
| 537 | JOHN CHICOSKI |
| 538 | JOHN CHRISTINE HOOD |
| 539 | JOHN CORCORAN |
| 540 | JOHN CURTIN |

| | Name |
|---|---|
| 541 | JOHN FEENY |
| 542 | JOHN FREDERIKSEN |
| 543 | JOHN FRERICHS |
| 544 | JOHN GATENS |
| 545 | JOHN GIGLIOTTI |
| 546 | JOHN GORDON |
| 547 | JOHN HOHENSHELL |
| 548 | JOHN HOWARD |
| 549 | JOHN HUGHES |
| 550 | JOHN JACKSON |
| 551 | JOHN KAPPE |
| 552 | JOHN KNOTT |
| 553 | JOHN LUTZ |
| 554 | JOHN MARTIN |
| 555 | JOHN OBERMILLER |
| 556 | JOHN OHERN |
| 557 | JOHN RACK |
| 558 | JOHN RILEY |
| 559 | JOHN SARTORE |
| 560 | JOHN SILVEIRA |
| 561 | JOHN SOLTIS |
| 562 | JOHN SOUCY |
| 563 | JOHN WOESSNER |
| 564 | JON FLINT |
| 565 | JON WESTON |
| 566 | JONATHAN SINGER |
| 567 | JONATHAN STEIN |
| 568 | JORGE HERNANDEZ |
| 569 | JOSEPH ANDREWS |
| 570 | JOSEPH BACIGALUPA |
| 571 | JOSEPH CHENG |
| 572 | JOSEPH COLLARD |
| 573 | JOSEPH FREUND |
| 574 | JOSEPH HORTON |
| 575 | JOSEPH JESSO |
| 576 | JOSEPH LANGSAM |
| 577 | JOSEPH MASSEY |
| 578 | JOSHUA CARRIER |
| 579 | JOSHUA CIAMPINI |
| 580 | JOSHUA FEEZLE |
| 581 | JOSIANNE ARROBAS |
| 582 | JOY SCOTT |
| 583 | JOYCE GAGNE |
| 584 | JOYCE MCADAMS |
| 585 | JOYCE MELLO |
| 586 | JOYCE RIEBLI |
| 587 | JOYELL KESKITALO |
| 588 | JUDITH LAFFERTY |
| 589 | JUDY BILLINGS |
| 590 | JUDY FOX |
| 591 | JUDY HUSKEY |
| 592 | JUDY MASURE |
| 593 | JUDY TOUKE |
| 594 | JULIA ZANGRANDO |
| 595 | JULIAN JOHNSON |
| 596 | JULIE SIMMONS |
| 597 | KARA BAGBY |
| 598 | KAREN CRAIN |
| 599 | KAREN DAVIDSON |
| 600 | KAREN GAY |

| | Name |
|---|---|
| 601 | KAREN LANGER |
| 602 | KAREN MAIL |
| 603 | KAREN MORRIS |
| 604 | KAREN PEARCE |
| 605 | KARI THOMSEN |
| 606 | KARLA WEISS |
| 607 | KARRI STOERP |
| 608 | KATHLEEN FLANAGAN |
| 609 | KATHLEEN PHILLIPS |
| 610 | KATHRINE SMITH |
| 611 | KATHRYN BROWN |
| 612 | KATHY SMITH |
| 613 | KATIE BUELL |
| 614 | KAY DUNN |
| 615 | KEITH ROMAN |
| 616 | KEITH T BODUNGEN |
| 617 | KELLEY JORDAN |
| 618 | KELLEY TIDWELL |
| 619 | KELLY KELLEHER |
| 620 | KENDALL SHIRILLA |
| 621 | KENDRA WAX |
| 622 | KENNETH AND KATHELEEN SIKES |
| 623 | KENNETH BARNA |
| 624 | KENNETH HUNEYCUTT |
| 625 | KENNETH JONES |
| 626 | KENNETH MACKENZIE |
| 627 | KENNETH MORRISON |
| 628 | KENNY HARLOW |
| 629 | KERON KROL |
| 630 | KEVIN BRATCHER |
| 631 | KEVIN KRIZAN |
| 632 | KEVIN W WAGGONER |
| 633 | KIM KREPS |
| 634 | KIM WILSON |
| 635 | KIMBERLY DECKER |
| 636 | KIMBERLY DEFOREST |
| 637 | KINDELAY SHERILYN |
| 638 | KIRK WATSON |
| 639 | KODY ZABRISKIE |
| 640 | KRISTA ECKERT |
| 641 | KRISTA MULDER |
| 642 | KRISTI BURLEY |
| 643 | KRISTIN LENG |
| 644 | KRISTIN PEVOTO |
| 645 | KURT DAVENPORT |
| 646 | KWAMEE TILLMAN |
| 647 | L JACK WEARE |
| 648 | LACY VARTENUK |
| 649 | LANA BROUSSARD |
| 650 | LANNETTE WIDICK |
| 651 | LARRY BRYAN |
| 652 | LARRY COLLINS |
| 653 | LARRY KIER |
| 654 | LARRY KNELLER |
| 655 | LARRY WHITE |
| 656 | LASANDRA GREENE |
| 657 | LATHER POWELL |
| 658 | LAURA BEACHTEL |
| 659 | LAUREN FREIMAN |
| 660 | LAUREN NUEBLING |

| | Name |
|---|---|
| 661 | LAWRENCE BEVERE |
| 662 | LAWRENCE BLISS |
| 663 | LAWRENCE DODGE |
| 664 | LAWRENCE FREIMAN |
| 665 | LAWRENCE GRIFFIN |
| 666 | LAWRENCE KETTLE |
| 667 | LAWRENCE KINTNER |
| 668 | LEANDER JURJEVICH |
| 669 | LEAR WILLIAMS |
| 670 | LEE BARTINI |
| 671 | LEE HARPER |
| 672 | LEE MARTIN |
| 673 | LEE MCNULTY |
| 674 | LEEANN GREENWOOD |
| 675 | LEONARD KRAUS |
| 676 | LEONARD T SUMMERS |
| 677 | LEROY YATES |
| 678 | LES VEACH |
| 679 | LESLEI WALKERKAIYUM |
| 680 | LESLIE CRONIN |
| 681 | LESLIE HOSACK |
| 682 | LESLIE LONG |
| 683 | LETI MORA |
| 684 | LEWIS BOYLE |
| 685 | LICHELLE MONEGAN |
| 686 | LILBURN WILBURN |
| 687 | LINDA BEGNOCHE |
| 688 | LINDA GARFOLD |
| 689 | LINDA GROVEN |
| 690 | LINDA JACKSON |
| 691 | LINDA MARTY |
| 692 | LINDA SHIRLEY |
| 693 | LINDA VOLKMER |
| 694 | LINDA WEST |
| 695 | LINDON KURTZ |
| 696 | LINDSAY AN WAYMAN |
| 697 | LISA BRUGGER |
| 698 | LISA DARBE |
| 699 | LISA HORA |
| 700 | LISA TOWNSON |
| 701 | LLOYD OVERCASH |
| 702 | LOIS JOHNSON |
| 703 | LOLA FALLS |
| 704 | LONNIE ROBINSON |
| 705 | LORA VALENTINE |
| 706 | LOU STEPHENSON |
| 707 | LOUIE WALDRON |
| 708 | LOUIS ARMARO |
| 709 | LOUIS DESROCHERS |
| 710 | LOWENE M DARNELL |
| 711 | LUCA PIERANUNZI |
| 712 | LUKE BORTNEM |
| 713 | LYNN LIBERATO |
| 714 | LYNN RIVERS |
| 715 | MANUEL GOMEZ |
| 716 | MARCI DEFRANCESCO |
| 717 | MARCIA LAMAR |
| 718 | MARCIA WALLACE |
| 719 | MARCOS LUNA |
| 720 | MARCY LENDER |

| | Name |
|---|---|
| 721 | MARGARET SINGLEY-CLOW |
| 722 | MARGARET TALBOTT |
| 723 | MARGARET WHITE |
| 724 | MARGRET SANSONE |
| 725 | MARIA DI BENEDETTO |
| 726 | MARIA NEUKIRCH |
| 727 | MARIANA GORDEVA |
| 728 | MARIANNE NEUMANN |
| 729 | MARIE DI TULLIO |
| 730 | MARIE HANLON |
| 731 | MARIE PERRY |
| 732 | MARIE SADANG |
| 733 | MARILYN MILBURN |
| 734 | MARILYN OZAROFF |
| 735 | MARION DUPLAIN |
| 736 | MARISA ORTIZ |
| 737 | MARJORIE TENNEY |
| 738 | MARK BUCKLEY |
| 739 | MARK CAMPBELL |
| 740 | MARK GIUSTO |
| 741 | MARK HAILE |
| 742 | MARK JOHNSON |
| 743 | MARK M LAWLOR |
| 744 | MARK MCGAHA |
| 745 | MARK PAYNE |
| 746 | MARK ROUTLEY |
| 747 | MARK SCHNARR |
| 748 | MARK SCHWARTZ |
| 749 | MARK SMITH |
| 750 | MARLENIS HERNANDEZ |
| 751 | MARLIN BOYD |
| 752 | MARSHELL GUERIN HUGHES |
| 753 | MARTHA CERRILLO |
| 754 | MARTIN STRULL |
| 755 | MARVIN LAURIE |
| 756 | MARY ALTROCK |
| 757 | MARY ANN ALSIP |
| 758 | MARY BRYANT |
| 759 | MARY CARNAHAN |
| 760 | MARY HAAS |
| 761 | MARY HARLOW |
| 762 | MARY JO CANONICO |
| 763 | MARY LEE JONES |
| 764 | MARY MEYER |
| 765 | MARY REID |
| 766 | MARY V GREEN |
| 767 | MARY VONBANK |
| 768 | MARYANN DIORGI |
| 769 | MARYLOU AVERY |
| 770 | MATIAS MONTEZ |
| 771 | MATT DELZELL |
| 772 | MATT SAVARD |
| 773 | MATTHEW CROSS |
| 774 | MATTHEW NAFTZGER |
| 775 | MATTHEW SINGER |
| 776 | MAURICE JOHNSON |
| 777 | MAURICE LAUGHLIN |
| 778 | MAX EUTENEIER |
| 779 | MEGAN OPIEKUN |
| 780 | MEGAN RONSKY |

| | Name |
|---|---|
| 781 | MEGAN SCHNEIDER |
| 782 | MELANIE VRIESENGA |
| 783 | MELISSA PATCH |
| 784 | MELISSA RICKER |
| 785 | MELODY KWAST |
| 786 | MELODY NELSON |
| 787 | MELVIN HUMPHREY |
| 788 | MELVIN LEE |
| 789 | MELVIN OESTMANN |
| 790 | MELVIN TOMALEWSKI |
| 791 | MENG VANG |
| 792 | MICHAEL CUNNINGHAM |
| 793 | MICHAEL GARCIA |
| 794 | MICHAEL GARVEY |
| 795 | MICHAEL HAYNES |
| 796 | MICHAEL HOLCOMB |
| 797 | MICHAEL MARTZ |
| 798 | MICHAEL MCKONLY |
| 799 | MICHAEL NASH |
| 800 | MICHAEL SHAW |
| 801 | MICHAEL SMITH |
| 802 | MICHAEL STIEF |
| 803 | MICHAEL URBANEC |
| 804 | MICHAEL YOUNG |
| 805 | MICHALEL SWINNEY |
| 806 | MICHEAL ROY |
| 807 | MICHELE BENNETT |
| 808 | MICHELLE DUKE |
| 809 | MICHELLE RITZMAN |
| 810 | MICHELLE SMITH |
| 811 | MIKE ZIEGLER |
| 812 | MIREYA VALENCIA |
| 813 | MIRO CHRISTINA RAMES |
| 814 | MOLLYANN PERRY |
| 815 | MONA GRONINGER |
| 816 | MONICA MILD |
| 817 | MORRIS BAXTER |
| 818 | MORRIS DOZIER SR |
| 819 | MURRAY GALAN |
| 820 | NAKIA CUNNINGHAM |
| 821 | NANCY DEPOALO |
| 822 | NANCY FOWKES |
| 823 | NANCY HARRISON |
| 824 | NANCY HUGHES |
| 825 | NANCY MARSH |
| 826 | NANCY MATULIS |
| 827 | NAOKI ONISHI |
| 828 | NATALIE AMAN |
| 829 | NATHAN THUE |
| 830 | NEAL HANN JR |
| 831 | NEIL WORSTER |
| 832 | NELIA AZEVEDO |
| 833 | NICHOLAS RIES JR |
| 834 | NICK KAHL |
| 835 | NICK MCGEE |
| 836 | NICOLE TURNER |
| 837 | NIHLA JONES |
| 838 | NINA HAZERLRIGG/GROUP LEEDS EQUITY |
| 839 | NOE NAVA |
| 840 | NORMA STRINGFELLOW |

| | Name |
|---|---|
| 841 | NORMA SULZBERGER |
| 842 | NORMAN BELCHER |
| 843 | NORMAN KESTLER |
| 844 | OLIVER SERAFINI |
| 845 | ONESIMO AVALOS |
| 846 | ORLAND LUNZMAN |
| 847 | OSCAR ORTIZ |
| 848 | PALMER GLUNT |
| 849 | PAMELA DLUGOPOLSKI |
| 850 | PAMELA POSTERNACK |
| 851 | PATRICIA FORD |
| 852 | PATRICIA HAVENS |
| 853 | PATRICIA LATHAM |
| 854 | PATRICIA RENNEISEN |
| 855 | PATRICIA SILSDORF |
| 856 | PATRICIA STOTTLEMYER |
| 857 | PATRICIA VONPOSCH |
| 858 | PATRICK COLLETTI |
| 859 | PATRICK SHAW |
| 860 | PATRICK WAGENER |
| 861 | PATSY MIKOLAJCZYK |
| 862 | PATSYE LIVELY |
| 863 | PAUL CASTRONOVO |
| 864 | PAUL COLTRIN |
| 865 | PAUL GRIFFITH |
| 866 | PAUL HEIDRICK |
| 867 | PAUL MARTY |
| 868 | PAUL MORONSKI |
| 869 | PAUL POLIDORI |
| 870 | PAULA BRYANT |
| 871 | PAULETTE OLMSTED |
| 872 | PEGGY CINI |
| 873 | PENNY KRONE |
| 874 | PERRI NEAL |
| 875 | PERRY KIRKLAND |
| 876 | PETER CORNEL HOUTSMA |
| 877 | PETER MCMANUS |
| 878 | PHIL PETERSON |
| 879 | PHILIP JACOBS |
| 880 | PHILLIP BROCKETT |
| 881 | PHILLIP DONLEY |
| 882 | PHILLIP EPPLER |
| 883 | PHILLIP LAFOY |
| 884 | PHYLLIS SCHUCK |
| 885 | PRISCILLA ADAMS |
| 886 | QUSAI ALFRAIH |
| 887 | RAFAEL CORONADO |
| 888 | RALPH KELCH |
| 889 | RALPH METZ |
| 890 | RALPH PIKE |
| 891 | RALPH S WORLEY |
| 892 | RALPH T MORTON JR |
| 893 | RANDALL BENTZ |
| 894 | RANDALL BURNS |
| 895 | RANDY ADAMS |
| 896 | RANDY BAUMAN |
| 897 | RAY KENNY |
| 898 | RAY MCFARLAND |
| 899 | RAY PEACOCK |
| 900 | RAY SONNER |

| | Name |
|---|---|
| 901 | RAYMOND DEBOER |
| 902 | RAYMOND LOFSTROM |
| 903 | RAYMOND MILLER |
| 904 | RAYMOND MILLER JR |
| 905 | REBECCA J SHEVEY |
| 906 | REBI VARGHESE |
| 907 | REED GAUTREAU |
| 908 | REGINA CHABARRIA |
| 909 | RENEE BUTT |
| 910 | RENEE STEGER |
| 911 | RHONDA GREGORETTI |
| 912 | RICHARD BARKER |
| 913 | RICHARD BELL |
| 914 | RICHARD BRUNELLE |
| 915 | RICHARD CONWAY |
| 916 | RICHARD DEGENHARDT |
| 917 | RICHARD KOELLNER |
| 918 | RICHARD MAYBERRY |
| 919 | RICHARD THOMAS |
| 920 | RICHARD ULMAN |
| 921 | RICHARD UNTERSEHER |
| 922 | RICHARD VAUGHN |
| 923 | RICHIE BEIRIGER |
| 924 | RICK ZUNIGA |
| 925 | RICKCONNINE CARPENTER |
| 926 | ROB PARK |
| 927 | ROBERT ADAMS |
| 928 | ROBERT ARMSTRONG |
| 929 | ROBERT BENSFIELD |
| 930 | ROBERT BERNSTEIN |
| 931 | ROBERT BISCOE |
| 932 | ROBERT BRIGHAM |
| 933 | ROBERT BUSH |
| 934 | ROBERT BUTTS |
| 935 | ROBERT CALL |
| 936 | ROBERT DANGELO |
| 937 | ROBERT DITTMAR JR |
| 938 | ROBERT DUFFUS |
| 939 | ROBERT DUTTON |
| 940 | ROBERT ENOCH |
| 941 | ROBERT GARABED |
| 942 | ROBERT GLADWIN |
| 943 | ROBERT HAMMOND |
| 944 | ROBERT LINDSLEY |
| 945 | ROBERT NELSON |
| 946 | ROBERT NORTON |
| 947 | ROBERT PHILIBOSIAN |
| 948 | ROBERT PUTNAM JR |
| 949 | ROBERT ROBINSON |
| 950 | ROBERT STILIN |
| 951 | ROBERT STOFFEL |
| 952 | ROBERT SUEHRING |
| 953 | ROBERT TAYLOR |
| 954 | ROBERT WIITANEN |
| 955 | ROBERT WILLIS |
| 956 | ROBERT YONKER |
| 957 | ROBERTA NORCIA |
| 958 | ROBYN WELSH |
| 959 | ROGER & DEANNA YOUNG |
| 960 | ROGER INGMAN |

| | Name |
|---|---|
| 961 | ROGER NEELY |
| 962 | ROGER SMITH |
| 963 | ROLAND BENSON JR |
| 964 | ROLONDA HENRY |
| 965 | RON BROWN |
| 966 | RONALD BUKOWSKI |
| 967 | RONALD CLUBB |
| 968 | RONALD EVERETT JR |
| 969 | RONALD GREENWOOD |
| 970 | RONALD IMLER |
| 971 | RONALD LOWE |
| 972 | RONALD OVERTON |
| 973 | RONNIE BECK |
| 974 | ROSA PEREZ |
| 975 | ROSE LANGHALS |
| 976 | ROSS SCHRIFTMAN |
| 977 | ROTH NGIEM |
| 978 | ROY HAWKINS |
| 979 | ROY STARKE |
| 980 | ROY YAGER |
| 981 | RUSSELL BENSETT |
| 982 | RUSSELL BEZANSON |
| 983 | RUSSELL BREIGHNER |
| 984 | RUSSELL SOUTH |
| 985 | RUSSELL WHITEHEAD |
| 986 | RUTH JOHNSON |
| 987 | RUTH MOSELY |
| 988 | RUTH WILSON |
| 989 | RYAN BOWLING |
| 990 | RYAN CORNELL |
| 991 | RYAN JANSKY |
| 992 | SALVATORE RIZZO |
| 993 | SAMANTHA LOVE |
| 994 | SAMANTHA WILLIAMS |
| 995 | SAMMY BROOM |
| 996 | SANDRA BOYER |
| 997 | SANDRA CORNEY |
| 998 | SANDRA FOWLER |
| 999 | SARA LATIOLAIS |
| 1000 | SARA ST JOHN |
| 1001 | SARAH GRAHAM |
| 1002 | SARAH JOUBERT |
| 1003 | SARAH MANZO |
| 1004 | SASHA HUGGINS |
| 1005 | SAUNDRA BRATCHER |
| 1006 | SAUNDRA FREAUFF |
| 1007 | SAUNDRA PENDERGRASS |
| 1008 | SCOTT MEYER |
| 1009 | SCOTT MILLER |
| 1010 | SCOTT VOEHL |
| 1011 | SEAN ERVIN |
| 1012 | SHANNON HICKS |
| 1013 | SHANTELLE SANTOVENA |
| 1014 | SHARON CALDWELL |
| 1015 | SHARON CONLEY |
| 1016 | SHARON E WILKES |
| 1017 | SHARON ROBAK |
| 1018 | SHARON SANDBERG |
| 1019 | SHARONDA WILLIAMS |
| 1020 | SHAUNA FRENCH |

| | Name |
|---|---|
| 1021 | SHAWN MCGRATH |
| 1022 | SHEILA KELLEY |
| 1023 | SHEILA LAPOINT |
| 1024 | SHEILA OWEN |
| 1025 | SHEREA SUMRALL |
| 1026 | SHERM KEMPP |
| 1027 | SHIRLIE PLUMMER-JOSEPH |
| 1028 | SILAS GENESON |
| 1029 | SRIHARI PARAMESH |
| 1030 | STACY WILLIAMS |
| 1031 | STANLEY SULLIVAN |
| 1032 | STANTON SMITH |
| 1033 | STEFANIE HAHN |
| 1034 | STEPHANI METTS |
| 1035 | STEPHANIE WOOD |
| 1036 | STEVE FERRAND |
| 1037 | STEVE YELTON |
| 1038 | STEVEN BURKE |
| 1039 | STEVEN COX |
| 1040 | STEVEN DITTON |
| 1041 | STEVEN GORENSTEIN |
| 1042 | STEVEN HENDERSON |
| 1043 | STEVEN RABER |
| 1044 | STEVEN THIEL |
| 1045 | STEVEN WILLNER |
| 1046 | STEWART STRAIT |
| 1047 | SUSAN LUNDBLAD |
| 1048 | SUSAN PATTON |
| 1049 | SUSAN STONE |
| 1050 | SUSAN STONE |
| 1051 | SUSAN STRANGE |
| 1052 | SUZANNE COOKSON |
| 1053 | SUZANNE ROY |
| 1054 | TANIE HEITZ |
| 1055 | TANYA BRADFORD |
| 1056 | TANYA DELPRIORE |
| 1057 | TARA TEETOR |
| 1058 | TAVIS RILEY |
| 1059 | TERESA HOLMES |
| 1060 | TERESA ROCCO |
| 1061 | THERESA ALTIERI |
| 1062 | THERESA CARRINGTON |
| 1063 | THOMAS BACHORZ |
| 1064 | THOMAS BALLMAN |
| 1065 | THOMAS BILLMAN |
| 1066 | THOMAS CRONIN |
| 1067 | THOMAS JACOBY |
| 1068 | THOMAS KIME |
| 1069 | THOMAS LARSON |
| 1070 | THOMAS MORRIS |
| 1071 | THOMAS PARTNER |
| 1072 | TIMOTHY ECK |
| 1073 | TIMOTHY HAINES |
| 1074 | TIMOTHY JEREW |
| 1075 | TIMOTHY JONES |
| 1076 | TIMOTHY LEE |
| 1077 | TIMOTHY PLUMMER |
| 1078 | TINA DURHAM |
| 1079 | TINA SMEDLEY |
| 1080 | TOBIAS LAYMAN |

| | Name |
|---|---|
| 1081 | TOBY FARRIS |
| 1082 | TODD BOREK |
| 1083 | TODD BUSSELL |
| 1084 | TODD LOPPNOW |
| 1085 | TODD SCHRODER |
| 1086 | TOM LAMBERT |
| 1087 | TOM PHELPS |
| 1088 | TOM WEBER |
| 1089 | TOMMY LAKEY |
| 1090 | TONNETTE SPROWLS |
| 1091 | TONY ROGERS |
| 1092 | TONYA WOLCOTT |
| 1093 | TORY ODOM |
| 1094 | TRACIE BONE |
| 1095 | TRACY BENNETT |
| 1096 | TRACY JONES |
| 1097 | TRACY LAWRENCE |
| 1098 | TRINA WOLFENBARGER |
| 1099 | TROMBLEY FAMILY TRUST |
| 1100 | TRUDE FISCHER |
| 1101 | TY WHEELER |
| 1102 | TYLER MCDOWELL |
| 1103 | V WILBURN |
| 1104 | VANETTA DOIDGE |
| 1105 | VERDELL FOSSUM |
| 1106 | VICKI GARY |
| 1107 | VICTORIA BROWN |
| 1108 | VICTORIA HARKNESS |
| 1109 | VIKTORIA COHEN |
| 1110 | VINCE LARSEN |
| 1111 | VINCE MCDANIEL |
| 1112 | VIRGIL HEISHMAN |
| 1113 | VIRGINIA FORD |
| 1114 | VIRGINIA KICHLINE |
| 1115 | WALLACE HARRY |
| 1116 | WALTER BUTTON |
| 1117 | WANDA LEE |
| 1118 | WAYNE ADAMS |
| 1119 | WAYNE MITCHELL |
| 1120 | WES DUNCAN |
| 1121 | WHITNEY MESHAY |
| 1122 | WILBER EMMERT |
| 1123 | WILL CLEMENS |
| 1124 | WILLIAM BAKAMUS |
| 1125 | WILLIAM BARNES |
| 1126 | WILLIAM BELL |
| 1127 | WILLIAM BELL |
| 1128 | WILLIAM BRITT |
| 1129 | WILLIAM CULLEN |
| 1130 | WILLIAM DELANEY |
| 1131 | WILLIAM FRAZIER JR |
| 1132 | WILLIAM KLEIN |
| 1133 | WILLIAM LEFFINGWELL |
| 1134 | WILLIAM MACKLING REVOCABLE TRUST |
| 1135 | WILLIAM SMITH |
| 1136 | WILLIE ANDERSON |
| 1137 | WILMA MALOTT |
| 1138 | WINDELL GREEN |
| 1139 | WINONA READER |
| 1140 | YU LI |

| | Name |
|------|----------------|
| 1141 | YVONNE MULICH |
| 1142 | YVONNE RIORDAN |