UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                               Plaintiffs,<br><br>  -against-<br><br>SIRIUS XM RADIO INC.,<br><br>                               Defendant. | No. 09-cv-10035 (HB)(RLE) |

**REPLY DECLARATION OF SHELLY L. FRIEDLAND IN SUPPORT OF
(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF PROPOSED SETTLEMENT AND
(2) CLASS COUNSEL'S APPLICATION FOR AN
<u>AWARD OF ATTORNEYS' FEES AND EXPENSES</u>**

SHELLY L. FRIEDLAND hereby declares under penalty of perjury as follows:

1. I am an associate with Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), Co-Class Counsel. I make this reply declaration in support of Plaintiffs' motion for final approval of proposed settlement resolving all claims of the Class, and Class Counsel's application for an award of attorneys' fees and expenses.

2. Attached hereto are copies of all objections received after July 14, 2011:

    1.      Christopher Batman
    2.      Tom Carder
    3.      Stephen Crutchfield, *et al.*
    4.      Monty Delluomo
    5.      Gregory S. Gerson
    6.      Brian David Goe
    7.      Michael Hartlieb
    8.      Jason Hawkins, *et al.*
    9.      John Ireland
  10.     Sherilyn Kindelay
  11.     Randy Lyons
  12.     Nicolas Martin

      13. Linda Mrosko
      14. Donald K. Nace
      15. Page Nash
      16. Gary, Warren and Sara Sibley
      17. Marvin Union, *et al.*
      18. Marguerite S. Willis

Done at New York, New York this 3d day of August, 2011.

                        /s/ Shelly L. Friedland
                        Shelly L. Friedland