# CURRICULUM VITAE

January 2010

Harvey S. Rosen, Ph.D.

| | | |
|---|---|---|
| Business Address: | BURKE, ROSEN & ASSOCIATES | |
| | 2800 Euclid Avenue, Suite 300 | |
| | Cleveland, OH  44115 | |
| Business Phone: | (216) 566-9300 | |
| E-mail | h.rosen@burkerosen.com | |

**Education:**

| | | |
|---|---|---|
| B.B.A. | Western Reserve University | 1964 |
| M.A. | Western Reserve University | |
| | University of California Berkeley | 1966 |
| Ph.D. | Case Western Reserve University | 1969 |

**Academic Experience:**

| | |
|---|---|
| 1966 | Lecturer, Western Reserve University |
| | Lecturer, Cleveland State University |
| 1967 - 1969 | Instructor, Cleveland State University |
| 1969 - 1973 | Assistant Professor, Cleveland State University |
| 1974 - 1993 | Associate Professor, Cleveland State University |
| 1993 - 1994 | Retired Associate Professor |
| 11/94- | Associate Professor Emeritus |
| 1999-Present | Adjunct Associate Professor, John Carroll University |

**Professional Membership:**

- American Economic Association
- National Association of Business Economists
- Ohio Association of Economists and Political Scientists
  - At Large Representative to the Executive Board 1995-96

**Honors and Awards:**

- Recipient of United States Government Fellowship for Graduate Education (NDEA), 1966-1969
- Runner-up - Dissertation Fellowship - Federal Reserve Bank of Cleveland, 1968
- Omicron Delta Epsilon - Honorary in Economics, 1965
- Beta Alpha Psi - Honorary in Accounting, 1964

**Court and Governmental Appointments:**

| | | |
|---|---|---|
| Franklin County Common Pleas Court as Class Economist – Georgia Pacific Litigation | 2002 | |
| Hamilton County Common Pleas Court as Special Master – Bengals Litigation | 2001 | |
| Hamilton County Common Pleas Court as Special Master – A & D Building Litigation | | 1997 |
| Federal Court, Southern District of Ohio – Pfizer Heart Valve | 1994 | |
| Federal Bankruptcy Court, Cincinnati – Eagle– Pitcher Reorganization | 1992 | |
| Hamilton County Common Pleas Court – BASF Chemical Plant Explosion | | 1992 |
| Montgomery County Common Pleas Court     - CSX Train Derailment, Miamisburg, OH | 1991 | |
| Attorney General's Office, State of Ohio – | | |
| Innocent Victims of Crime Compensation Program | 1983 | |
| State Court, Kentucky – Beverly Hills Supper Club Fire | | 1980 |
| Federal Court, Southern District of Ohio – Beverly Hills Supper Club Fire | 1980 | |

**Private Distributions:**

| | |
|---|---|
| Cincinnati Pressman Litigation | 1984 |
| Cincinnati Carriers Litigation | 1997 |
| Indian Creek Elevator | 1993-94 |
| Ohio Valley Fireworks | 1998 |

**Limited Fund/Fairness Hearing Analysis & Testimony:**

Eagle-Pitcher
Acromed
Interneuron (Redux)
Telectronics
American Home Products (Pfen-fen)
Sulzer Medica
Microsoft (Consumer Case 2001)
UPS EV Settlement (2004)

**Articles and Publications:**

2010    Brown, R, ed., *Valuing Professional Practices & Licenses: A Guide for the Matrimonial Practitioner,* 3rd ed. (*Aspen Publishers 1998-2010*), Ch. 31, John F. Burke, Jr., Ph.D and Harvey S. Rosen, Ph. D., "Valuing Educational Attainment as an Educational Asset."

1993    "Valuing Educational Attainment as a Distributable Asset, " <u>Valuing Professional Practices and Licenses:  A Guide For The Matrimonial Practitioner</u>, Edited by Ronald L. Brown, Copyright 1993, Prentice Hall Law & Business, co-authored.

1991    Co-editor <u>Handbook of Financial Planning for Divorce and Separation</u>, 1992 Supplement, Ed. John Wiley & Sons, Inc., New York, NY, with J.F.B.

"Uniform Child Support Guidelines",  <u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed., second edition.

1990    Reprint, February 1990, "The Value of a Professional License" <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol. 7, No.1, with J.F.B. for use by the Indiana Judicial Center for distribution and application in a seminar to assist in understanding the valuations in closely-held corporations.

"Economic Models of Valuation in Divorce Proceedings," <u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed. John Wiley & Sons, Inc., with J.F.B.

1987    "Using an Economist in Evaluating Claims," <u>Settling Personal Injury Insurance Claims in</u>, Professional Education systems, Inc., 1987, co-authored.

"Valuing Educational Attainment as a Distributable Asset," <u>Expert Valuation of Professions: The Value of Law and Medical Degrees and Licenses Upon Divorce</u>, Edited by Ronald L. Brown, Copyright 1987,          Prentice Hall Law & Business, co-authored.

1986    "Settling Personal Injury Insurance Claims in Michigan," <u>Professional Education Systems, Inc.</u>, Eau Claire, Wisconsin, November 5, 1986, co-authored.

"Forecasting Enhanced Educational Attainment," <u>Fair$hare Law and Business, Inc.</u>, Harcourt and Brace, Vol. 6, May, 1986, co-authored.

1985    "Economic Value of a Professional License," and "Basic Approach to Valuing Closely-Held Corporations," Reprinted in <u>Contemporary Matrimonial Law Issues: A Guide to Divorce Economics and Practice</u>, Edited by Foster & Brown, Law & Business, Harcourt, Brace & Jovanovich, New York, 1985.

1984    "Consumption & Family Size," <u>Proceedings of the Industrial Relations Research Association</u>, Spring, 1984, co-authored.

**Articles and Publications: (Continued)**

1984    "The Value of a Professional License," <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol 7, No. 1.

1983    "Taxes and Compensation for Lost Earnings-A Comment," <u>The Journal of Legal Studies</u>, Vol. 12, No. 1, January, 1983, co-authored.

       "ABC'S of Valuing Closely Held Corporations," <u>FairShare</u>, January 1983. Co-authored

1982    "Pseudo String Arrays," <u>Hewlett Packard Basic Exchange</u>, Vol. 3, No. 1, Spring, 1982.

1981    "Use of Experts to Establish and Quantify Standard of Living," proceedings of the <u>Education Institute of American Academy of Matrimonial Lawyers</u>, San Diego, California, 1981.

1974    "A New Technique for Obtaining Regional Employment Multipliers." <u>Land Economics,</u> January, 1974 co-authored with Vijay Mathur.

       "The Monetary Value of a Housewife: A Replacement Cost Approach." <u>American Journal of Economics and Sociology,</u> January, 1974.  Reviewed in Luisella Goldschmidt-Clermont, <u>Unpaid Work in the Household:  A review of Economic Evaluation Methods.</u> Geneva: International Labor Office, 1982.

       "The Use of Statistical Analysis for Performance Review," July 1974, in <u>Personal Journal,</u> co-authored with Howard Polster.

1973    "An Econometric Technique vs. Traditional Techniques for Obtaining Regional Employment Multipliers: A Comparative Study," <u>Environment and Planning</u>, June, 1973.

1972    "An Econometric Export Base Model:  A New Technique" in <u>London Papers on Regional Science,</u> 1972, (A Publication of the British Section of the Regional Science Association), co-authored with Vijay Mathur.

1969    "A Euro-Dollar Primer," <u>Central Economic Letter,</u> Vol. 8, No. 5, July, 1969.

       "A Cleveland Area Business Index." <u>Central Economic Letter</u>, Vol. 8, No. 1, February, 1969.

       "Monetary Policy and Fluctuating Exchange Rates: The Canadian Experience," an abstract.  <u>The Financial Review</u>, Spring, 1969.

1968    "The Dollar and Floating Exchange Rates." <u>Central Economic Letter,</u> Vol. 7, No. 12. December, 1968.

**Speeches and Seminars:**
2007    Chase Law School, Seminar in Economic Damages
1996    Ohio Society of Certified Public Accountants, Cleveland Chapter, Litigation Services Committee, "Damages", November 1996

1996    Trial Skills Tune-Up, Trial Fundamentals for Litigators of all Experience Levels to the Cincinnati Bar Association and The John W. Peck Cincinnati Chapter Association of the Federal Bar Association, November 1996.
1996    Potter Stewart Inn of Court "Projecting Economic Damages", March 26, 1996.
1990    Ohio Personal Injury Damages Seminar. "Working With an Economist" prepared for Professional Education Systems, Inc., April 1990.
       "Measuring Economic Damages in Wrongful Employment Discharge Cases" for Plaintiff Employment Lawyer's Association, October 25, 1990.
1988    "The Hedonic Value of Life," to Cleveland Trial Lawyers' Association, November, 1988.

**Speeches and Seminars: (Continued)**

1987    "Purchasing Power of Ohio Judges," Prepared for the ~Select Committee~ at the request of Ohio Judges. February 27, 1987, co-authored.

"Evaluation of a Business," Ohio Association of Trial Lawyers, February 20, 1987, Columbus, Ohio, with James Wilsman and J.F.B.

Federal Trial Practice Seminar prepared at the request of Federal Judge Manos, September 11, 1987, Cleveland, Ohio, with J.F.B.

Mock Cross-Examination - Cleveland Area Civil Trial Attorneys Association, September 14, 1987.

1987    Ohio State Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, April 9, 1987; April 22, 1987; May 14, 1987.

1986    Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, March 19, 1986.

1985    "Consumption Patterns by Size of Family and Income", Eastern Economic Association, Pittsburgh, P.A., March 1985.

1984    "More Evidence on Consumption by Family Size", Eastern Economic Association, New York, March, 1984.

1983    "Consumption by Family Size: a Labor Relations Study", Presented to the Allied Social Science Association, San Francisco, December 1983.

"Preliminary Evidence on Consumption by Family Size", Atlantic Economic Society, Philadelphia PA., October, 1983.

"A Taxation Algorithm in Personal Injury Awards", Eastern Economic Association, Boston, March 1983.

1982    Discussants on "The Offset Method of Calculating Personal Injury Awards", Mid-Western Economic Association, Chicago, April 1982.

"Taxation and Personal Injury Awards as a Result of the Liepelt Decision.", Eastern Economic Association, Washington D.C., March 1982.

1981    "Use of Experts to Establish and Quantify Standard of Living," presented at the Education Institute of American Academy of Matrimonial Lawyers. San Diego, California, March, 1981.

1975    "Litigators, Computer Simulation and the Regulatory Process." (with co-authors) American Bar Association, Section on Litigation, National Institute, New York, New York, February 7, 1975.

1973    "An Econometric Technique vs. Traditional Techniques for Obtaining Regional Employment Multipliers: A Comparative Study," presented at the Monterey meeting of the Western Regional Science Association. Monterey, California, February, 1973.

1972    "The Economic Value of an Individual: A Methodology," presented to meetings of the Ohio Academy of Trial Lawyers.

1971    "An Econometric Export Base Model: A new Technique," (with Mathur) presented at meetings of the British Section of Regional Science Association, London, England, August 20, 1971.

**Consulting Experience:**

1968-1969     Economic Research Consultant. Central National Bank of Cleveland:  Prepared newsletter, devised Cleveland area business index which was published monthly in the bank's newsletter.

1969-Present   Called upon to provide economic expertise involving matters of economic damage determination and measurement.  There have been cases covering business losses, anti-trust proceedings, discrimination, family law, personal injury and wrongful death.

                Have appeared and been qualified or been deposed as an expert witness in the states of Ohio, Michigan, Kentucky, West Virginia, Massachusetts, Maryland, District of Columbia, Pennsylvania, Louisiana, California, Rhode Island, Texas, New York, Nevada, Colorado, New Jersey, Illinois, Virginia, Tennessee, and Puerto Rico.

1995          Reviewer.  <u>Financial Practice and Education</u>, Raj Aggarwal, John Carroll University, Editor. <u>Financial Practice and Education</u> has a responsibility to help prospective authors improve the quality of their research and its presentation.  Therefore, the job of the reviewer is both to help the editor make accept/reject decisions and to provide the authors with suggestions for improvement of their research.

**Selected Cases:**

1973   The Thalidomide Case
1975   The Kent State Case
1979   The Sinking of the Edmund Fitzgerald
1980   The Beverly Hills Supper Club Fire
       Swine Flu cases for the Justice Department of the Northern District of Ohio
1981   Pick 'N Pay Supermarket Anti-Trust Case (Cleveland & Lorain)
       Asbestos Litigation (John Manville)
1982   The MGM Fire
1983   The Thurman Munson Crash
       The Hyatt Kansas City Collapse
       The Air Florida Crash
1984   The Dalkon Shield Case
       The Pan American Crash Disaster
       The Bendectin Case
       The Bhopal India Case
1985   The Air Canada Air Disaster
1986   The Gander Cases - Arrow Air Disaster
1987   The LTV Bankruptcy-Oglebay Norton Case
       The May Company-Supermarket Anti-Trust Case
       The Home State Savings and Loan Company Case
       The Fernald Nuclear Plant Case
1989   The Cincinnati Pipefitters Case
       The WD40 Cases
1989   The Lockerbie, Scotland Case - Pan Am Flight 103
1990   Stark County Toxic Landfill Case
       Miamisburg Train Derailment
1992   The BASF Explosion
       USAir Los Angeles Crash
1993   Eagle Pitcher Bankruptcy
       Pfizer Heart Valve, US formula
       Mentor Corporation Breast Implant Litigation
       USAir 405 Crash
       USAir Beckley, West Virginia Crash
1994   Pfizer Heart Valve Foreign Fracture Panel, Co-Chair

**Selected Cases: (Continued)**

| | |
|---|---|
| 1994 | Ernst & Young Age Discrimination Case |
| 1996 | The Protection Group (Toledo) |
| 1996 | Queen Village Pharmacy (Philadelphia) |
| 1997 | The Pension Benefit Guaranty Corporation (Cincinnati) |
| | Acromed Orthopedic Bone Screw |
| 1998 | Ohio Valley Fireworks Litigation |
| | Firestone Insurance Claim |
| | Telectronics Corporation- Pacemaker J lead litigation |
| 1999 | Bogalusa Chemical Release- Gaylord |
| | Phen-Fen Interneuron Corporation |
| 2000 | American Home Products Phen-Fen |
| | Louisiana Smokers Litigation- Scott |
| 2001 | Sulzer Medica- Hip Implant Litigation |
| 2002 | Kodak Employment Case |
| | State Alarm Litigation |
| 2003 | Worldwide Basketball/NCAA Litigation |
| | Lucent Ponder Litigation |
| | P&G/Amway Litigation Michigan Case |
| | Thomas Kinkade Media Arts Trademark Case |
| | International Paper |
| | Lamson Sessions Contract Case |
| | Dayton Power & Light Shareholder Litigation |
| 2004 | World Trade Center/Victims Compensation Fund |
| | Louisiana Smokers Litigation- Smoke Cessation Program |
| | UPS EV Settlement |
| 2005 | STRS Medco Health Solutions Litigation |
| 2006 | Toshiba Notebook Cover Litigation Los Angeles |
| | Hatano, Makiko- Grand Canyon Helicopter Crash |
| | Interstate Diesel- Bosch Trademark Case |
| | Knowlton (Cincinnati Bengals) estate Litigation |
| 2007 | P&G Utah |
| | Comair Lexington KY Aircrash |
| | WR Grace Pension Fund Employee Litigation |
| | Tamaraz- Welding Rod Fumes MDL Litigation |
| | Rawls- West Virginia Water Litigation Litigation |
| | Standard Radio Litigation |
| | Penn Central Railroad Litigation |
| 2008 | Mound SuperFund Real Estate Litigation |