UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carl Blessing et. al.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Sirius XM Radio

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

09   Civ. 10035   (HB) (RLE)

**NOTICE OF APPEARANCE**

Please take notice that I, Christopher Batman, ~~a defendant~~ an objector in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  Corpus Christi, Texas
(town/city)    (state)

August   11, 2011

*Signature of Defendant*

7414 Lake Micala Dr.
*Address*

Corpus Christi, Texas 78413
*City, State & Zip Code*

(361) 548-8712
*Telephone Number*

361 · 698 · 5250
*Fax Number (if you have one)*

*Rev. 05/2007*        3

CHRISTOPHER BATMAN
7414 LAKE MICALA DR.
CORPUS CHRISTI, TEXAS 78413
Telephone: (361) 548-8712

August 11, 2011

Clerk of the United States
District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007-1312

RE: *Blessing v. Sirius XM Radio Inc., Civil Action No 09-CV-10035 HB*

    I called the clerk today and was told that my objection was not filed because I didn't file a notice of appearance. I was told that in order to get my objection on file I need to file a Notice of Appearance. Enclosed for filing, please find the Notice of Appearance.

Sincerely,

Christopher Batman

cc:    James J. Sabella, Esq.
        GRANT & EISENHOFER, P.A.
        485 Lexington Avenue
        New York, NY 10017
        **Class Counsel**