UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carl Blessing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sirius XM Radio, Inc.<br><br>Defendant. | CASE No : 09 – CV- 10035 HB (S.D.N.Y.)<br>"ECF CASE"<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Charles M. Thompson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tom Carder in the above-captioned action.

I am in good standing of the bar of the state of Alabama and there are no pending disciplinary proceedings against me in any state or federal court.(See Certificate of Good Standing attached hereto as Exhibit A)

Dated:  August 3, 2011

Respectfully submitted,

Applicant Signature

Applicant's Name: Charles M. Thompson

Firm Name:  Charles M. Thompson, P.C.

Address:  5615 Canongate Lane

City/State/Zip: Birmingham, AL 35242

Telephone/Fax: 205-995-0068/205-995-0078

Email:  cmtlaw316@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via first class U.S. mail, postage prepaid on this the 3rd day of August, 2011 to:

James J. Sabella, Esq.
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017

Todd R. Geremia, Esq.
Jones Day
22 East 41st Street
New York, NY 10017

_____
Charles M. Thompson

# Exhibit A



## ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

***STATE OF ALABAMA***

***COUNTY OF MONTGOMERY***

    *I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Charles Medford Thompson has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

    *I further certify that Charles Medford Thompson was admitted to the Alabama State Bar April 12, 1966.*

    *I further certify that the said Charles Medford Thompson is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2011.*

    *IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 27th day of July, 2011.*

*Keith B. Norman*

*Keith B. Norman, Secretary*





LAWYERS RENDER SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carl Blessing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sirius XM Radio, Inc.<br><br>Defendant. | CASE No : 09 - CV- 10035 HB (S.D.N.Y.)<br>"ECF CASE"<br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Charles M. Thompson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Alabama; and that his contact information is as follows:

Applicant's Name: Charles M. Thompson____

Firm Name:  Charles M. Thompson, P.C.____

Address:  5615 Canongate Lane____

City/State/Zip: Birmingham, AL 35242____

Telephone/Fax: 205-995-0068/205-995-0078

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tom Carder in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated:                                    _____

United States District / Magistrate Judge