UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

CARL BLESSING, ET AL.

Vs.

SIRIUS XM RADIO, INC.

_____X

CASE NO: 09 cv 10035(HB)

JUDGE: HAROLD BAER, JR.

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Marvin Union, Adam Falkner, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Craig Cantrall and Ben and Kim Frampton, Objectors in the above-styled cause, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order Awarding Attorneys' Fees and Expenses and the Final Order and Judgment entered August 25, 2011 in this matter, both of which are attached hereto as Exhibits.

Respectfully submitted,

_____
Edward F. Siegel (Ohio Bar 0012912)
27600 Chagrin Blvd. #340
Cleveland Ohio 44122
Voice: (216) 831-3424
Fax: (216) 831-6584
e-mail: efsiegel@efs-law.com
admitted pro hac vice