USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 3 SEP 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIRIUS XM RADIO, INC.<br><br>Defendant. | CASE NO. 09 cv 10035 (HB) (RLE)<br><br>**NOTICE OF APPEAL IN A CIVIL CASE** |

Notice is hereby given that Joel Broida (Objector), in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the August 24, 2011 Opinion & Order (docket #160) of final approval of class action settlement.

Dated: September 1, 2011

MORRIS AND ASSOCIATES

by: *Stephen Morris*
Stephen B. Morris (SB# 126192)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
Tel: (619) 239-1300
Fax: (619) 234-3672
morris@sandiegolegal.com

Attorneys for Objector