UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CARL BLESSING, et al., on Behalf of Themselves and
All Others Similarly Situated

                Plaintiffs,

-against-

SIRIUS XM RADIO INC.

                Defendant.

------------------------------------------------------------x

Civil Action

09 CV 10035 (HB)(RLE)

ECF CASE

**NOTICE OF APPEAL**

U.S. DISTRICT COURT
FILED
SEP 21 2011
U.S.
S.D. OF N.Y.

Notice is hereby given that objectors Jason Hawkins, Sheila Massie, and John Sullivan in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Order and Judgment and Order Awarding Attorneys' Fees entered in this action on August 25, 2011.

                                        **ERLANGER LAW FIRM PLLC**

                                        By: _____
                                              Robert K. Erlanger (RE 0886)

                                        Attorneys for Objectors Jason Hawkins,
                                        Sheila Massie, and John Sullivan
                                        122 East 42 Street, Suite 518
                                        New York, New York 10168
                                        (212) 686-8045
                                        rke@erlangerlaw.com

Dated: September 20, 2011