USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 SEP 2011

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CARL BLESSING, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SIRIUS XM RADIO INC.,

    Defendant.

Case No: 09-cv-10035 (HB) (RLE)
ECF CASE

## NOTICE OF APPEAL

David Stein
SAMUEL & STEIN
38 West 32nd St. Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Email: dstein@samuelandstein.com

Theodore H. Frank (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

Attorneys for Objector Nicolas Martin

Notice is hereby given that objector in the above-named case Nicholas Martin hereby appeals to the United States Court of Appeals for the Second Circuit from the order certifying the class dated March 29, 2011 (Docket No. 85); the final order approving settlement entered in this action on August 24, 2011 (Docket No. 160); the order awarding attorneys' fees and expenses entered in this action on August 25, 2011 (Docket No. 163); and the final judgment entered in this action on August 25, 2011 (Docket No. 162), and all orders and opinions that merge therein.

Dated: September 21, 2011

                                    Respectfully submitted,

                                    */s/ David Stein*

                                    David Stein
                                    SAMUEL & STEIN
                                    38 West 32nd St. Suite 1110
                                    New York, NY 10001
                                    Phone: (212) 563-9884
                                    Email: dstein@samuelandstein.com

                                    */s/ Theodore H. Frank*

                                    Theodore H. Frank (*pro hac vice*)
                                    CENTER FOR
                                    CLASS ACTION FAIRNESS LLC
                                    1718 M Street NW, No. 236
                                    Washington, DC 20036
                                    Telephone: (703) 203-3848
                                    Email: tedfrank@gmail.com

                                    Attorneys for Nicolas Martin

# PROOF OF SERVICE

The undersigned hereby certifies that on this date, I caused the foregoing document to be served upon the following counsel of record via First Class Mail:

Jill Sharyn Abrams
Natalie Sharon Marcus
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

Timothy Gordon Blood
Thomas J. O'Reardon, II
Blood Hurst & O'Reardon LLP
600 B Street Suite 1550
San Diego, CA 92101

Christopher M. Burke
Hal D. Cunningham
Scott + Scott, LLP (CA)
600 B Street
Suite 1500
San Diego, CA 92101

Edward S Cook
Christopher B. Hall
COOK, HALL & LAMPROS, LLP
1230 Peachtree Street, N.E
Atlanta, GA 30309

Christine Craig
Shaheen & Gordon
140 Washington Street
Dover, NH 03821

Thomas Demitrack
Brian Keith Grube
Jones Day (Cleveland)
901 Lakeside Avenue
Cleveland, OH 44114

Jay W. Eisenhofer
Shelly L Friedland
James Joseph Sabella
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017

Robert Keith Erlanger
Erlanger Law Firm, PLLC
122 East 42nd Street
Suite 519
New York, NY 10168

Nadeem Faruqi
Shane Thomas Rowley
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017

Anne Kristin Fornecker
Peter George Safirstein
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

Mark Casser Gardy
James Stuart Notis
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Todd R. Geremia
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

R. Stephen Griffis
2100 Riverhaven Drive
Suite 1
Hoover, AL 35244

Joseph Peter Guglielmo
Scott + Scott, L.L.P.( NYC)
500 Fifth Avenue
40th Floor
New York, NY 10110

Reuben Guttman
1920 L Street, NW
Suite 400
Washington, DC 20036

John Michael Majoras
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001

Steve A. Miller
1625 Larimer St., Suite 2905
Denver, CO 80202

Stephen B. Morris
Morris and Associates
444 West C Street
Suite 300
San Diego, CA 92101

Paul F. Novak
Milberg LLP
One Kennedy Square, 777 Woodward
Avenue, Suite 890
Detroit, MI 48226

John J Pentz
2 Clock Tower Place
Maynard, MA 017454

Rachel Eve Schwartz
Rachel E. Schwartz, Esq.,
267 Edgecome Avenue
Suite 2H
New York, NY 10031

Edward Frank Siegel
27600 Chagrin Blvd. #340
Cleveland, OH 44124
Mary Sikra Thomas
Grant & Eisenhofer P.A.
1201 N. Market Street
Wilmington, DE 19801

Charles M. Thompson
Charles M. Thompson, P.C.
5615 Canongate Lane
Birmingham, AL 35242

Matthew Jay Weiss
Weiss & Associates, P.C
419 Park Avenue South
2nd Flr.
New York, NY 10001

William C. Wright
Leopold-Kuvin, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: September 21, 2011

_____
Theodore H. Frank