UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARL BLESSING, et al. on Behalf of Themselves
And All Others Similarly Situated,

                    Plaintiffs,

                    No. 09-cv-10035 (HB)

v.

SIRIUS XM RADIO INC.



U.S. DISTRICT COURT FILED SEP 23 2011 D.S. S.D. OF N.Y.

                  Defendant.

---

### NOTICE OF APPEAL

Notice is hereby given that Steven Crutchfield, Scott D. Krueger, Asset Strategies, Inc., Charles B. Zuravin, and Jennifer Deachin, Objectors and unnamed Class Members in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on the 25th day of August, 2011 (Doc. No. 162) and the Order Awarding Attorneys' Fees and Expenses (Doc. Nos. 160 and 163).

Dated: September 21, 2011

                            Respectfully submitted,

                            /s/ Matthew J. Weiss (9972)
                            Matthew J. Weiss
                            Weiss & Associates, P.C.
                            440 Park Avenue South
                            3rd Floor
                            New York, NY 10016
                            212-683-7373
                            212-726-0135 fax
                            mjweiss@weissandassociatespc.com

                            ATTORNEY FOR STEVEN CRUTCHFIELD, SCOTT D. KRUEGER, ASSET STRATEGIES, INC., CHARLES B. ZURAVIN, AND JENNIFER DEACHIN