UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street New York, NY 10007-1213

| | |
|---|---|
| Carl Blessing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sirius XM Radio, Inc.<br><br>Defendant. | CASE No : 09 – CV- 10035 HB (S.D.N.Y.)<br><br>NOTICE OF APPEAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2 3 SEP 2011 |

Notice is hereby given that Randy Lyons, Objector in the above styled cause, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Awarding Attorneys' Fees and Expenses and the Final Order and Judgment entered on August 25, 2011 in this matter.

Respectfully submitted,

R. Stephen Griffis, Esq.
Admitted Pro Hac Vice

R. Stephen Griffis, PC
2100 Riverhaven Dr., Suite 1
Hoover, AL 35244
Email: rsglaw@bellsouth.net
Ph: 205-402-7476
Fax: 205-402-7292