UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street New York, NY 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 3 SEP 2011

| Carl Blessing, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Sirius XM Radio, Inc. <br><br> Defendant. | CASE No : 09 – CV- 10035 HB (S.D.N.Y.) <br><br> NOTICE OF APPEAL |
|---|---|

Notice is hereby given that Tom Carder, Objector in the above styled cause, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Awarding Attorneys' Fees and Expenses and the Final Order and Judgment entered on August 25, 2011 in this matter.

Respectfully submitted,

Charles M. Thompson, Esq.
Admitted Pro Hac Vice

Charles M. Thompson, PC
5615 Canongate Lane
Birmingham, AL 35242
Email: cmtlaw316@gmail.com
Ph: 205-995-0068
Fax: 205-995-0078