USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2 6 SEP 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

SIRIUS XM RADIO, INC.,

Defendant.

09-cv-10035(HB)(RLE)

ECF CASE

**NOTICE OF APPEAL**

Notice is hereby given that Objector Jeannine Miller hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered August 24, 2011 [Doc. 160], the Final Order and Judgment entered August 25, 2011 [Doc. 162] and the Order Awarding Attorneys' Fees and Expenses entered August 25, 2011 [Doc. 163].

Dated: September 23, 2011

Respectfully submitted,

Steve A. Miller (*pro hac vice*)
Steve A. Miller, P.C.
1625 Larimer St., Suite 2905
Denver, CO 80202
Ph.: 303.892.9933
Fax: 303.892.8925
Email: sampc01@gmail.com

1