UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL BLESSING

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 10035 (HB) (RLE)

- against -

SIRIUS XM RADIO INC.

**NOTICE OF APPEAL IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that ___JOHN IRELAND___
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment Final Order and Judgment (Doc 162) and Order Awarding Attorneys' Fees and Expenses (Doc. 163)
*(describe the judgment)*

entered in this action on the __25th__ day of __August__, 20__11__.
*(date)*    *(month)*    *(year)*

__[signature]__
Signature

603 N. Highway 101, Suite A
*Address*

Solana Beach, CA 92075
*City, State & Zip Code*

DATED: September 22, 2011     ( 858 ) 792 - 5600
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Carl Blessing         v.

Sirius XM Radio Inc.

**CERTIFICATE OF SERVICE**
Docket Number: 09-cv-10035-HB-RLE

I, Maria V. Carapia, hereby certify under penalty of perjury that on September 21, 2011, I served a copy of Notice of Appeal in a Civil Case

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

See attached service list

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

September 22, 2011
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

SERVICE LIST FOR CASE #: 1:09-cv-10035-HB -RLE
Blessing v. Sirius XM Radio Inc.

**Plaintiff**

| | | |
|---|---|---|
| **Carl Blessing** *on behalf of himself and all others similarly situated* | represented by | **James Joseph Sabella** **Jay W. Eisenhofer** **Shelly L Friedland** Grant & Eisenhofer P.A. (NY) 485 Lexington Avenue, 29th Floor New York, NY 10017 Phone: (646) 722-8500 / Fax: (646) 722-8501 Email: jsabella@gelaw.com Email: jeisenhofer@gelaw.com Email: sfriedland@gelaw.com |

**Mary Sikra Thomas**
Grant & Eisenhofer P.A.
1201 N. Market Street
Wilmington, DE 19801
Phone: (302)-622-7148 / Fax: (302)-622-7100
Email: mthomas@gelaw.com

**Peter George Safirstein**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 271-8205 / Fax: (212) 868-1229
Email: psafirstein@milberg.com

**Christopher B. Hall**
**Edward S Cook**
Cook, Hall & Lampros, LLP
1230 Peachtree Street, N.E
Promenade Two, Suite 3700
Atlanta, GA 30309
Phone: (404)-876-8100 / Fax: 404 876-3477
Email: chall@cookhall.com
Email: ecook@cookhall.com

**Reuben Guttman**
1920 L Street, NW, Suite 400
Washington, DC 20036
Phone: 202-386-9500

**Thomas J. O'Reardon, II**
**Timothy Gordon Blood**
Blood Hurst & O'reardon, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Phone: (619) 338-1100 / Fax: (619) 338-1101
Email: toreardon@bholaw.com
Email: tblood@bholaw.com

**Plaintiff**

| | | |
|---|---|---|
| **Edward A. Scerbo** *on behalf of themselves and all others similarly situated* | represented by | **James Stuart Notis** Gardy & Notis, LLP 560 Sylvan Avenue Englewood Cliffs, NJ 07632 Phone: (201) 567-7377 / Fax: (201) 567-7337 Email: jnotis@gardylaw.com |

**Mark Casser Gardy**
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632
Phone: (201)567-7377 / Fax: (201)567-7337
Email: mgardy@gardylaw.com

**Nadeem Faruqi**
**Shane Thomas Rowley**
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330 / Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
Email: srowley@faruqilaw.com

**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

**Plaintiff**

| | | |
|---|---|---|
| **John Cronin** *on behalf of themselves and all others similarly situated* | represented by | **Christine Craig** Shaheen & Gordon 140 Washington Street Dover, NH 03821 Phone: 603-749-5000 / Fax: 603-749-1838 |

**Jill Sharyn Abrams**
**Natalie Sharon Marcus**
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
Phone: (212) 889-3700 / Fax: (212) 684-5191
Email: jabrams@abbeyspanier.com
Email: nmarcus@abbeyspanier.com

**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

### Plaintiff

**Curtis Jones**
*on behalf of themselves and all others similarly situated*

represented by

**Reuben Guttman**
1920 L Street, NW, Suite 400
Washington, DC 20036
Phone: 202-783-6091

**Christopher B. Hall** (See above for address)
**Edward S Cook** (See above for address)
**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Shelly L Friedland** (See above for address)
**Mary Sikra Thomas** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

### Plaintiff

**Todd Hill**
**Joshua Nathan**
**Susie Stanaj**
**Scott Byrd**
**Glenn Demott**
**James Hewitt**
**Ronald William Kader**
**Edward Leyba**
**Greg Lucas**
**Kevin Stanfield**
**Paola Tomassini**
**Janel Stanfield**

represented by

**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

### Plaintiff

**James Sacchetta**
**David Salyer**
**Paul Stasiukevicius**

represented by

**Christopher B. Hall** (See above for address)
**Edward S Cook** (See above for address)
**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Reuben Guttman** (See above for address)
**Shelly L Friedland** (See above for address)
**Mary Sikra Thomas** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

### Plaintiff

**Thomas Himinez**

represented by

**Thomas Himinez**
PRO SE

**Consolidated Plaintiff**

**Brian Balaguera** represented **Christopher M. Burke**
*Individually and* by Scott + Scott, LLP (CA)
*on behalf all* 600 B Street, Suite 1500
*others similarly* San Diego, CA 92101
*situated* Phone: (619) 233-4565 / Fax: (619) 233-0508
Email: cburke@scott-scott.com

**Hal D. Cunningham**
Scott+Scott LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Phone: (619) 233-4565 / Fax: (619) 233-0508
Email: hcunningham@scott-scott.com

**Joseph Peter Guglielmo**
Scott + Scott, L.L.P.( NYC)
500 Fifth Avenue, 40th Floor
New York, NY 10110
Phone: (212) 223-6444 / Fax: (212) 223-6444
Email: jguglielmo@scott-scott.com

**William C. Wright**
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-935-4801

**James Joseph Sabella** (See above for address)
**Jay W. Eisenhofer** (See above for address)
**Peter George Safirstein** (See above for address)
**Thomas J. O'Reardon II** (See above for address)
**Timothy Gordon Blood** (See above for address)

**Defendant**

**Sirius XM Radio** represented **Todd R. Geremia**
**Inc.** by Jones Day (NYC)
222 East 41st Street
New York, NY 10017
Phone: 212-326-3429 / Fax: 212-755-7306
Email: trgeremia@jonesday.com

**John Michael Majoras**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
Phone: (202)-879-3939 / Fax: (202)-626-1700
Email: jmmajoras@jonesday.com

                **Brian Keith Grube**
                **Thomas Demitrack**
                Jones Day (Cleveland )
                901 Lakeside Avenue
                Cleveland, OH 44114
                Phone: (216) 586-7096 / Fax: (216) 579-0212
                Email: bkgrube@jonesday.com
                Email: tdemitrack@jonesday.com

**Objector**

| | | |
|---|---|---|
| **Marvin Union** <br> **Adam Falkner** | represented by | **Edward Frank Siegel** <br> 27600 Chagrin Blvd. #340 <br> Cleveland, OH 44124 <br> Phone: (216) 831-3424 / Fax: (216) 831-6584 <br> Email: efsiegel@efs-law.com |

**Objector**

| | | |
|---|---|---|
| **Nicolas Martin** | represented by | **David Stein** <br> Samuel & Stein <br> 38 West 32nd Street, Suite 1210 <br> New York, NY 10001 <br> Phone: (212) 563-9884 / Fax: (212) 563-9870 <br> Email: dstein@samuelandstein.com <br><br> **Theodore H Frank** <br> Center for Class Action Fairness <br> 1718 M Street NW, NO 236 <br> Washington, DC 20036 <br> Phone: (703) 203-3848 |

**Objector**

| | | |
|---|---|---|
| **Lange M. Thomas** | represented by | **John J Pentz** <br> 2 Clock Tower Place <br> Maynard, MA 017454 <br> Phone: (978) 461-1548 / Fax: (978) 405-5161 |

**Objector**

| | | |
|---|---|---|
| **John Sullivan** <br> **Sheila Massie** <br> **Jason M. Hawkins** | represented by | **Robert Keith Erlanger** <br> Erlanger Law Firm, PLLC <br> 122 East 42nd Street, Suite 519 <br> New York, NY 10168 <br> Phone: (212) 686-8045 / Fax: (212) 986-1379 <br> Email: rke@erlangerlaw.com |

**Interested Party**

| | | |
|---|---|---|
| **Dave Denny** | represented by | **Rachel Eve Schwartz** <br> Rachel E. Schwartz, Esq., <br> 267 Edgecome Avenue, Suite 2H <br> New York, NY 10031 <br> Phone: (646)-415-4977 <br> Email: racheleschwartz@juno.com |

**Objector**

**Ms. Linda Mrosko**
**Crutchfield Stephen**
**Krueger D Scott**
**Asset Strategies, Inc.**
**Zuravin B Charles**
**Deachin Jennifer**
**Jill Piazza**
**Ken Ward**
**Ruth Cannata**
**Lee Clanton**
**Craig Cantrall**
**Ben Frampton**