IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 SEP 2011

CARL BLESSING, ET AL., on Behalf of Themselves and All Others Similarly Situated )
)
PLAINTIFFS, )
)
-against- ) No.: 09-cv-10035(HB)(RLE)
)
SIRIUS XM RADIO, INC., )
)
DEFENDANT. )

## NOTICE OF APPEAL

Notice is given that class member Donald K. Nace hereby appeals to the United States Court of Appeals for the Second Circuit the Order and Opinion entered on August 24, 2011, the Final Order and Judgment approving the class action settlement entered on August 25, 2011, and the Order Awarding Attorneys' Fees and Expenses entered on August 25, 2011.

Respectfully submitted,

Donald K. Nace
1000 Suffolk Court
Cedar Park, TX 78613
(512) 569-3232

1

## CERTIFICATE OF SERVICE

I certify that on September 22, 2011, I mailed a copy of this document to the Court and sent this document by certified mail to:

James J. Sabella
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, New York 10017

Clerk of the United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Donald K. Nace

"Clerk of Court-SDNY" File Fee enclosed

2