UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-2011

Carl Blessing on behalf of himself and all others similarly situated
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09   Civ. 10035   (HB ) (RLE )

- against -

Sirius XM Radio, Inc.
_____

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Christopher Batman, Objector
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Opinion & Order (Doc #160) Approving Settlement Agreement and Award of Attorneys' Fees
*(describe the judgment)*

entered in this action on the 24th day of August, 2011.
*(date)*   *(month)*   *(year)*

_____
Signature

500 N. Shoreline, Ste. 1020
*Address*

Corpus Christi, Texas 78401-0353
*City, State & Zip Code*

DATED: September 21, 2011    (361) 698 - 5255
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*