UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br> -against-<br><br>SIRIUS XM RADIO INC.,<br><br>           Defendant. | No. 09-cv-10035 (HB)(RLE) |

### DECLARATION OF JAMES J. SABELLA IN SUPPORT OF MOTION TO REQUIRE APPELLANTS TO POST AN APPEAL BOND

JAMES J. SABELLA hereby declares under penalty of perjury as follows:

1.  I have been a member of the Bar of this Court for over 34 years and am a director of Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), Co-Class Counsel. I make this declaration in support of Plaintiffs' motion to require Appellants to post a bond on their appeal from the final judgment approving the settlement and awarding attorneys' fees and expenses.

2.  Attached hereto are the following materials referred to in Plaintiffs' accompanying Memorandum:

  Exhibit 1. Sirius XM press release, available at http://investor.siriusxm.com/releasedetail.cfm?ReleaseID=605526

  Exhibit 2. Excerpt from Edward F. Siegel's website

  Exhibit 3. R. Meiser, *Edward Siegel is on a quest to either stop exorbitant lawyer payouts – or score some easy money*, CLEVELAND SCENE, June 4, 2008

  Exhibit 4. Notice of Appeal filed by Charles M. Thompson in *In re Currency Conversion Antitrust Litigation*, MDL No. 1409 (S.D.N.Y.)

1

Exhibit 5. Memorandum of Law filed by Erlanger Law Firm in *Am. Medical Ass'n v. United Healthcare Corp.*, No. 00-cv-2800 (S.D.N.Y.)

Exhibit 6. Excerpts from www.nytrafficticket.com

Exhibit 7. Appellee's motion to dismiss appeal in *CLRB Hanson Industries, LLC v. Weiss & Associates, PC*, No. 09-17380 (9th Cir.)

Exhibit 8. 2009 federal tax return for Donors Trust, Inc.

Exhibit 9. Excerpt from the Project for Fair Representation website

Done at New York, New York this 5th day of October, 2011.

                                                /s/ James J. Sabella
                                                   James J. Sabella