UNITED STATES DISTCT COURT

SOUTHERN DISTRICT OF NEW YORK

CARL BLESSING, et al

   v.                                              NO. 09-cv-10035 (HB)

SIRIUS XM RADIO, INC.

OPPOSITION TO MOTION FOR APPEAL BOND

Now come unnamed class member/objectors Marvin Union, Adam Falkner, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Chris Centrall and Ben and Kim Frampton, by and through the undersigned counsel, and hereby file this opposition to Class Counsel's Motion for an Appeal Bond (Docket no. 185)

In the interest of judicial economy, and in order to not burden the Court with duplicative paper work, these objectors join in the Opposition filed by Objector Randy Lyons (Docket no. 185) and Section I of the Opposition filed by Nicolas Martin (Docket no. 186).

                                                    Respectfully Submitted

                                                    Edward F. Siegel

                                                    State Bar of Ohio  001291
27600 Chagrin Blvd., Ste. 340
Cleveland, OH 44122
(216) 831-3424

(216) 831-6584  - fax

Counsel for Objectors Union, Falkner, et al.

## CERTIFICATE OF SERVICE

I certify that copies of the forgoing objections were filed with the Court through its electronic system, on the 19th day of October, 2011, and were by such system served on other counsel of record.

s/Edward Siegel

