Charles M. Thompson
Charles M. Thompson, PC
5615 Canongate Lane
Birmingham, AL 35242
Ph: 205-995-0068
Fax: 205-995-0078
Email: cmtlaw316@gmail.com

Attorney for Objector:
Tom Carder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carl Blessing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sirius XM Radio, Inc.<br><br>Defendant. | CASE No : 09 – CV- 10035 HB (S.D.N.Y.)<br><br><br>OPPOSITION TO MOTION FOR APPEAL BOND |

COMES Tom Carder ("Objecting Class Member") by his counsel of record, Charles M. Thompson, and does file this his Opposition to Motion for Appeal Bond (Docket no. 182).

In the interest of judicial economy and in order to not

burden the Court with duplicative paper work, this objector joins in the Opposition filed by Objector Randy Lyons (Docket no. 185) and Section I of the Opposition filed by Nicolas Martin (Docket no. 186).

Dated:     October 20, 2011          Respectfully Submitted,

                                By:
                                    /s/ Charles M. Thompson
                                    Charles M. Thompson

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via CM/ECF on this the 20th day of October, 2011.

                                          /s/ Charles M. Thompson
                                          Charles M. Thompson