UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL BLESSING, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | 09-cv-10035(HB)(RLE)<br><br>ECF CASE<br><br>**OPPOSITION TO MOTION FOR APPEAL BOND** |

Objector/Appellant Jeannine Miller by her counsel of record, Steve A. Miller files this Opposition to Motion for Appeal Bond [Doc. 182].

In the interest of judicial economy and in order to not burden the Court with duplicative paper work, this objector joins in the Opposition filed by Objector Randy Lyons [Doc. 185] and Section I of the Opposition filed by Nicolas Martin [Doc. 186].

Dated:  October 21, 2011

                                            Respectfully submitted,

                                            /s/Steve A. Miller
                                            _____
                                            Steve A. Miller (*pro hac vice*)
                                            Steve A. Miller, P.C.
                                            1625 Larimer St., Suite 2905
                                            Denver, CO  80202
                                            Ph.: 303.892.9933
                                            Fax: 303.892.8925
                                            Email: sampc01@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via CM/ECF on this 21st day of October, 2011.

                                              <u>/s/Steve A. Miller</u>
                                              Steve A. Miller