# MANDATE

N.Y.S.D. Case #
09-cv-10035(HB)

**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of October, two thousand and eleven,

_____

Carl Blessing, Edward A. Scerbo, John Cronin, Charles Bonisignore, Andrew Dremak,
Todd Hill, Curtis Jones, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj,
Paul Stasiukevicius, Scott Byrd, Glenn Demott, Melissa Fast, James Hewitt,
Ronald William Kader, Edward Leyba, Greg Lucas, Kevin Stanfield, Todd Stave,
Paola Tomassini, Janel Stanfield, Brian Balaguera, Individually and on behalf of all others similarly situated,

Plaintiffs - Appellees,

v.

Sirius XM Radio Inc.,

Defendant - Appellee,

v.

Marvin Union, Adam Falkner, Nicolas Martin, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Craig Cantrall, Ben Frampton, Kim Frampton, Joel Broida, John Sullivan, Sheila Massie, Jason M. Hawkins, Steven Crutchfield, Scott D. Krueger, Asset Strategies, Inc., Charles B. Zuravin, and Jennifer Deachin, Randy Lyons, Tom Carder, John Ireland, Jeannie Miller, Michael Hartleib, Brian David Goe, Donald K. Nace, Christopher Batman,

Objectors - Appellants,

ORDER
Docket Number: 11-3729(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 30, 2011

MANDATE ISSUED ON 11/30/2011

Linda Mrosko, Lange M. Thomas,

   Objectors.
_____

   A notice of appeal was filed by Appellant Joel Broida on September 13, 2011. Appellant's Form C and Form D, were due on September 27, 2011. The case is deemed in default.

   IT IS HEREBY ORDERED that the appeal will be dismissed effective October 18, 2011, if the Form C and Form D are not filed by that date.

                                         For The Court:

                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit