# MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

N.Y.S.D. Case #
09-cv-10035(HB)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of November, two thousand and eleven,

_____

Carl Blessing, on behalf of himself and all others similarly situated, Edward A. Scerbo, on behalf of themselves and all others similarly situated, John Cronin, on behalf of themselves and all others similarly situated, Charles Bonisignore, on behalf of themselves and all others similarly situated, Andrew Dremak, on behalf of themselves and all others similarly situated, Todd Hill, on behalf of themselves and all others similarly situated, Curtis Jones, on behalf of themselves and all others similarly situated, Joshua Nathan, James Sacchetta, on behalf of themselves and all others similarly situated, David Salyer, on behalf of themselves and all others similarly situated, Susie Stanaj, on behalf of themselves and all others similarly situated, Paul Stasiukevicius, on behalf of themselves and all others similarly situated, Scott Byrd, on behalf of themselves and all others similarly situated, Glenn Demott, on behalf of themselves and all others similarly situated, Melissa Fast, on behalf of themselves and all others similarly situated, James Hewitt, on behalf of themselves and all others similarly situated, Ronald William Kader, on behalf of themselves and all others similarly situated, Edward Leyba, on behalf of themselves and all others similarly situated, Greg Lucas, on behalf of themselves and all others similarly situated, Kevin Stanfield, on behalf of themselves and all others similarly situated, Todd Stave, on behalf of themselves and all others similarly situated, Paola Tomassini, on behalf of themselves and all others similarly situated, Janel Stanfield, on behalf of themselves and all others similarly situated, Thomas Himinez, Brian Balaguera, Individually and on behalf of all others similarly situated,

ORDER
Docket Number: 11-4061

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 10, 2012

**MANDATE ISSUED ON 02/10/2012**

Plaintiffs - Appellees,

v.

Sirius XM Radio Inc.,

Defendant - Appellee,
v.

Linda Mrosko, Crutchfield Stephen, Krueger D. Scott, Asset Strategies, Inc., Adam Falkner, Jill Piazza, Zuravin B. Charles, Ken Ward, Ruth Cannata, Deachin Jennifer, Lee Clanton, Craig Cantrall, Kim Frampton, Joel Broida, Ben Frampton, Jason M. Hawkins, Scott D. Krueger, Steven Crutchfield, Lange M. Thomas, John Sullivan, Brian Goe, Sheila Massie, Asset Strategies, Inc., Nicolas Martin, Charles B. Zuravin, Jennifer Deachin, Tom Carder, Randy Lyons, John Ireland, Christopher Batman, Michael Hartleib, Brian David Goe, Jeannie Miller, Marvin Union,

Objectors,

Donald K. Nace,

Objector - Appellant.

_____

    A notice of appeal by Appellant Donald K. Nace was filed on September 26, 2011. Appellant's Form D-P was due. The case is deemed in default.

    IT IS HEREBY ORDERED that the appeal by Appellant Donald K. Nace will be dismissed effective December 12, 2011 if the Form D-P is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit