**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

N.Y.S.D. Case #
09cv10035(HB)

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the first day of February, two thousand and twelve,

_____

Carl Blessing, Edward A. Scerbo, John Cronin, Charles Bonisignore, Andrew Dremak,
Todd Hill, Curtis Jones, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj,
Paul Stasiukevicius, Scott Byrd, Glenn Demott, Melissa Fast, James Hewitt,
Ronald William Kader, Edward Leyba, Greg Lucas, Kevin Stanfield, Todd Stave,
Paola Tomassini, Janel Stanfield, Brian Balaguera, Individually and on behalf of all others similarly situated,

Plaintiffs - Appellees,

v.

Sirius XM Radio Inc.,

Defendant - Appellee,

v.

Marvin Union, Adam Falkner, Nicolas Martin, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Craig Cantrall, Ben Frampton, Kim Frampton, Joel Broida, John Sullivan, Sheila Massie, Jason M. Hawkins, Steven Crutchfield, Scott D. Krueger, Asset Strategies, Inc., Charles B. Zuravin, and Jennifer Deachin, Randy Lyons, Tom Carder, John Ireland, Jeannie Miller, Michael Hartleib, Brian David Goe, Donald K. Nace, Christopher Batman,

AMENDED ORDER
Docket Number: 11-3834

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2012

MANDATE ISSUED ON 02/16/2012

Objectors - Appellants,

Linda Mrosko, Lange M. Thomas,

Objectors.

_____

     A notice of appeal was filed on September 23, 2011. Appellant's brief and appendix, due January 3, 2012, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 20, 2012 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

                                                   For The Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit