# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case #
09-cv-10035(HB)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand thirteen.

Before: Robert D. Sack,
      Denny Chin,
      Raymond J. Lohier, Jr.,
        *Circuit Judges.*

DOCKETED AS
A JUDGMENT #13,0685
ON 4/2/13

---

Carl Blessing, Edward A. Scerbo, John Cronin, Charles Bonisignore, Andrew Dremak, Todd Hill, Curtis Jones, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj, Paul Stasiukevicius, Scott Byrd, Glenn Demott, Melissa Fast, James Hewitt, Ronald William Kader, Edward Leyba, Greg Lucas, Kevin Stanfield, Todd Stave, Paola Tomassini, Janel Stanfield, Brian Balaguera, Individually and on behalf of all others similarly situated,

      Plaintiffs - Appellees,

      v.

Sirius XM Radio Inc.,
Defendant - Appellee,

      v.

Marvin Union, Adam Falkner, Nicolas Martin, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Craig Cantrall, Ben Frampton, Kim Frampton, Joel Broida, John Sullivan, Sheila Massie, Jason M. Hawkins, Steven Crutchfield, Scott D. Krueger, Asset Strategies, Inc., Charles B. Zuravin, and Jennifer Deachin, Randy Lyons, Tom Carder, John Ireland, Jeannie Miller, Michael Hartleib, Brian David Goe, Donald K. Nace, Christopher Batman,

      Objectors - Appellants,

Linda Mrosko, Lange M. Thomas,

      Objectors.

---

**ORDER**

| Docket Nos. | |
|---|---|
| | 11-3696 (Lead) |
| | 11-3729 (Con.) |
| | 11-3834 (Con.) |
| | 11-3883 (Con.) |
| | 11-3908 (Con.) |
| | 11-3910 (Con.) |
| | 11-3916 (Con.) |
| | 11-3965 (Con.) |
| | 11-3970 (Con.) |
| | 11-3972 (Con.) |
| | 11-4061 (Con.) |
| | 11-4064 (Con.) |

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:** April 02, 2013

Appellee Sirius XM Radio Inc. and Appellees Carl Blessing, et al. each filed Bills of Costs. Appellant Nicholas Martin opposed the applications and moved for sanctions. IT IS HEREBY ORDERED that costs in the amount of $1,989.20 are awarded in favor of Sirius XM Radio.

CERTIFIED COPY ISSUED ON 04/02/2013

IT IS FURTHER ORDERED that costs in the amount of $257.59 are awarded in favor of Carl Blessing, et al.

IT IS FURTHER ORDERED that the motion by the appellant for sanctions is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit